**Jed W. Manwaring ISB #3040**
**EVANS KEANE LLP**
**1161 W. River Street, Suite 100**
**P. O. Box 959**
**Boise, Idaho  83701-0959**
**Telephone:  (208) 384-1800**
**Facsimile:   (208) 345-3514**
**E-mail:  jmanwaring@evanskeane.com**

**Attorneys for Trustee, Noah G. Hillen**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 17-00450-TLM |
| FARMERS GRAIN, LLC, | Chapter 7 |
| Debtor. | |
| NOAH G. HILLEN, Trustee, | Adv. Pro. No. 19-06015-TLM |
| Plaintiff, | |
| vs. | |
| PETERSON FARMS OF NYSSA, INC., | |
| Defendant. | |

### STIPULATION FOR PARTIAL
### DISMISSAL OF CLAIM

Plaintiff Noah G. Hillen, Trustee, and Defendant Peterson Farms of Nyssa, Inc., by and through undersigned counsel, hereby stipulate to dismiss with prejudice, the claim of preference in the First Amended Complaint arising out of Check No. 9206 dated 02/17/2017 in the amount

*STIPULATION FOR PARTIAL DISMISSAL OF CLAIM - 1*

of $5,526.30.  All other allegations and claims in the First Amended Complaint should remain pending and unaltered by this Stipulation.

DATED this 24th day of July, 2019.

EVANS KEANE LLP

By    /s/ Jed W. Manwaring
      Jed W. Manwaring, Of the Firm
      Attorneys for Trustee

DATED this 24th day of July, 2019.

GIVENS PURSLEY LLP

By    /s/ Randall A. Peterman   *w/permission*
      Randall A. Peterman, Of the Firm
      Attorneys for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2019, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

**Randall A. Peterman** rap@givenspursley.com, kad@givenspursley.com; wandawhite@givenspursley.com

   /s/ Jed W. Manwaring
   Jed W. Manwaring

*STIPULATION FOR PARTIAL DISMISSAL OF CLAIM - 2*