# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | **Case No. 17-00450-TLM** |
| **FARMERS GRAIN, LLC,** | **Chapter 7** |
| **Debtor.** | |
| **NOAH G. HILLEN, Trustee,** | **Adv. Pro. No. 19-06015-TLM** |
| **Plaintiff,** | |
| **vs.** | |
| **PETERSON FARMS OF NYSSA, INC.,** | |
| **Defendant.** | |

## ORDER FOR PARTIAL DISMISSAL OF CLAIM

Pursuant to the Stipulation for Partial Dismissal of Claim (Doc. 13), and for good cause appearing, the claim of preference in the First Amended Complaint arising out of Check No. 9206 dated 02/17/2017 in the amount of $5,526.30 is hereby dismissed with prejudice.   All other allegations and claims in the First Amended Complaint remain pending and unaltered by this Order.  ///end of text///

DATED:  July 25, 2019

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

Submitted by Jed W. Manwaring
Attorney for Plaintiff Trustee

*ORDER FOR PARTIAL DISMISSAL OF CLAIM*