Randall A. Peterman, ISB No. 1944
Melodie A. McQuade, ISB No. 9433
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
melodiemcquade@givenspursley.com
014668-0002

Attorneys for Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>FARMERS GRAIN, LLC,<br><br>　　　　　Debtor. | Case No. 17-00450-TLM<br>Chapter 7 |
| NOAH G. HILLEN, Trustee,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETERSON FARMS OF NYSSA, INC.,<br><br>　　　　　Defendant. | Adversary No. 19-06015-TLM |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Peterson Farms of Nyssa, Inc., by and through its counsel of record, Givens Pursley LLP, and hereby moves for summary judgment against plaintiff Noah G. Hillen as Chapter 7 Trustee for Farmers Grain, LLC.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1**                                                14937639.1

This Motion is made and based on Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56, the accompanying Memorandum in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, Declaration of Robert Peterson, Declaration of Chester Millsap, Declaration of Randall A. Peterman, and the pleadings and documents of record in this case.

DATED this 7th day of January, 2020.

GIVENS PURSLEY LLP

By  */s/ Randall A. Peterman*
Randall A. Peterman – Of the Firm
Melodie A. McQuade – Of the Firm
Attorneys for Defendant

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2**                                14937639.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 7th day of January, 2020, I filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Jed W. Manwaring**
jmanwaring@evanskeane.com
valerie@evanskeane.com

                                  */s/ Randall A. Peterman*
                                  Randall A. Peterman

Case 19-06015-TLM    Doc 22    Filed 01/07/20    Entered 01/07/20 16:17:19    Desc Main
Document      Page 3 of 3