Jed W. Manwaring ISB #3040
**EVANS KEANE LLP**
1161 W. River Street, Suite 100
P. O. Box 959
Boise, Idaho 83701-0959
Telephone: (208) 384-1800
Facsimile: (208) 345-3514
E-mail: jmanwaring@evanskeane.com

Attorneys for Trustee, Noah G. Hillen

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 17-00450-TLM |
| **FARMERS GRAIN, LLC,** | Chapter 7 |
| Debtor. | |
| **NOAH G. HILLEN, Trustee,** | Adv. Pro. No. 19-06009-TLM |
| Plaintiff, | |
| vs. | |
| **CLARICH FARMS, LLC,** | |
| Defendant. | |
| vs. | Adv. Proc. No. 19-06010-TLM |
| **DESERET FARMS, INC.,** | |
| Defendant. | |
| vs. | Adv. Proc. No. 19-06011-TLM |
| **FRAHM FARM, LLC,** | |
| Defendant. | |

*DECLARATION OF TRUSTEE IN SUPPORT OF TRUSTEE'S MOTIONS FOR SUMMARY JUDGMENT - 1*

vs.                                                   Adv. Proc. No. 19-06013-TLM

**GW FARMS LLC,**

        **Defendant.**

vs.                                                   Adv. Proc. No. 19-06015-TLM

**PETERSON FARMS OF NYSSA, INC.,**

        **Defendant.**

## DECLARATION OF TRUSTEE NOAH G. HILLEN IN SUPPORT OF TRUSTEE'S MOTIONS FOR SUMMARY JUDGMENT

NOAH G. HILLEN, declares and states as follows:

1.      I am the Chapter 7 Trustee appointed in the above bankruptcy case and have personal knowledge of the facts stated below.  I have been serving as a Chapter 7 Bankruptcy Trustee since January 1, 2014 and have developed an expertise in this area of business.

2.      The Debtor Farmers Grain LLC ("Farmers Grain" or "Debtor") filed its Chapter 11 Bankruptcy Petition on April 18, 2017 and was converted to Chapter 7 on August 15, 2017.  I was appointed Trustee on August 16, 2017.  The public information and business records of the Debtor disclose that it operated as a grain and elevator business buying and selling wheat and corn from 2011 through August 15, 2017.

3.      I am the custodian of record for the documents and business records of Farmers Grain, having removed and secured them all documents from the business premises of Farmers Grain at Nyssa, OR.  I have reviewed many of the records and, so far as reasonably possible, kept them in the form and organization as they were kept at the business premises of the Debtor.   The attached Exhibits were included in and copied from those business records.

4.      Attached as Exhibit 1 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain  check number 9179 issued to Clarich Farms dated on or about February 17, 2017.

5.      Attached as Exhibit 2 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain  check number 5022 issued to Deseret Farms dated on or about March 28, 2017.

6.      Attached as Exhibit 3 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain  check number 5021 issued to Frahm Farm dated on or about April 5, 2017.

7.      Attached as Exhibit 4 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain  check number 9215 issued to GW Farms dated on or about April 5, 2017.

8.      Attached as Exhibit 5 are a true and correct copy of the Final Scale Ticket Settlement Statement and Farmers Grain  check number 9205 issued to Peterson Farms dated on or about February 17, 2017.

9.      I have reviewed the Farmers Grain bank statements and verified that each of the above described checks were paid from and cleared the Debtor's bank account within 90 days of the Debtor's Petition date of April 18, 2017.

10.     Attached as Exhibit 6 is a true and correct copy of the file folder and its contents labeled "2016 Wheat Contracts" from the Debtor's business records.

11.     Attached as Exhibit 7 is a true and correct copy of the file folder and its contents labeled "2015 Wheat Contracts" from the Debtor's business records.

12.    Attached as Exhibit 8 are true and correct copies of excerpts of a "Shipment Listing by Commodity Report" taken from the Debtor's business records detailing substantial shipments of Soft White Wheat ("SWW") from Farmers Grain to other entities during and after the July SWW harvests in 2016 and 2015.

13.    I have reviewed the Proofs of Claim and assets of the Debtor in this case and determined that there will not be a 100 percent dividend payment to unsecured creditors. Therefore, the five payments to Defendants described above enabled the Defendants to receive more recovery than they would have otherwise received in a chapter 7 liquidation.

14.    As part of my regular and ordinary duties as an expert chapter 7 bankruptcy Trustee, I routinely investigate the Debtor's former business licenses and registrations with governmental agencies and interview former principals and employees, and I have done so in this case. Based upon the information or lack thereof, I have concluded and verified that Farmers Grain was not licensed, approved, bonded, or insured as a "public warehouse" or "warehouseman" in the State of Oregon during its existence and operation from 2011 through August 2017.

15.    In addition, I have reviewed the Oregon Secretary of State filings regarding the renewal of any O.R.S. §87.755 180-day statutory security interest on grain delivered by Defendants in July 2016 to Farmers Grain. I determined that none of the above Defendants filed a renewal of security interests with the Secretary of State pursuant to O.R.S. § 87.762(2) for SWW delivered to Farmers Grain in July 2016.

Pursuant to 28 U.S.C. §1746, I declare, certify, verify, or state under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of January, 2020.

_____
Noah G. Hillen, Trustee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of January, 2020, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

**Melodie Annalise McQuade**  melodiemcquade@givenspursley.com, kendrah@givenspursley.com; kad@givenspursley.com

**Randall A. Peterman** rap@givenspursley.com, kad@givenspursley.com; wandawhite@givenspursley.com

_____/s/ Jed W. Manwaring_____
Jed W. Manwaring

| Settled On: | 01/14/2017 | | | | | | | | | | | | | Page: | 1 |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:  726    COPY 1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| | | | |
|---|---|---|---|
| Printed On: | 01/14/2017 | | |

To Acct. of: CLAFA
Clarich Farms, LLC
4181 Riverview Pl
Parma, ID  83660

From Acct. of: CLAFA
Clarich Farms, LLC
4181 Riverview Pl
Parma, ID  83660

Date Settled:    01/14/2017
Commodity:     **SWW Whole Wheat**
Ownership:      All Ownership Types
Action Code:    All Action Codes
Origin:

### Ticket Detail

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | CLAFA's Portion | CLAFA's Stlmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014224 | 7/9/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.30 | 59.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014233 | 7/9/16 | 48,620 | 24.31 | 24.31 | 24.31 | 24.310 | 9.10 | 59.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014246 | 7/9/16 | 32,320 | 16.16 | 16.16 | 16.16 | 16.180 | 9.90 | 59.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014259 | 7/9/16 | 43,060 | 21.53 | 21.53 | 21.53 | 21.530 | 9.80 | 57.20 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014356 | 7/15/16 | 30,840 | 15.42 | 15.42 | 15.42 | 15.420 | 10.50 | 57.70 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014371 | 7/15/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 11.80 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014388 | 7/15/16 | 33,180 | 16.59 | 16.59 | 16.59 | 16.590 | 10.00 | 57.40 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014509 | 7/18/16 | 46,740 | 23.37 | 23.37 | 23.37 | 23.370 | 9.60 | 58.20 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014527 | 7/18/16 | 34,380 | 17.19 | 17.19 | 17.19 | 17.190 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 01014599 | 7/19/16 | 43,960 | 21.98 | 21.98 | 21.98 | 21.980 | 9.10 | 57.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | |
| 11000009 | 7/15/16 | 43,880 | 21.94 | 21.94 | 21.94 | 21.940 | 10.80 | 58.10 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000011 | 7/15/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.80 | 57.60 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000018 | 7/15/16 | 33,600 | 16.80 | 16.80 | 16.80 | 16.800 | 9.00 | 57.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000029 | 7/16/16 | 45,480 | 22.74 | 22.74 | 22.74 | 22.740 | 9.50 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000041 | 7/16/16 | 34,180 | 17.09 | 17.09 | 17.09 | 17.090 | 9.90 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000051 | 7/16/16 | 28,980 | 14.49 | 14.49 | 14.49 | 14.490 | 9.90 | 56.90 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000061 | 7/16/16 | 31,420 | 15.71 | 15.71 | 15.71 | 15.710 | 10.30 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000089 | 7/16/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 9.50 | 57.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000074 | 7/16/16 | 32,420 | 16.21 | 16.21 | 16.21 | 16.210 | 9.40 | 57.70 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000077 | 7/18/16 | 30,380 | 15.19 | 15.19 | 15.19 | 15.190 | 10.20 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000084 | 7/18/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 8.70 | 57.70 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000091 | 7/18/16 | 42,860 | 21.43 | 21.43 | 21.43 | 21.430 | 9.70 | 57.40 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000092 | 7/18/16 | 34,920 | 17.46 | 17.46 | 17.46 | 17.460 | 9.20 | 57.60 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000097 | 7/18/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 9.20 | 56.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000106 | 7/18/16 | 32,520 | 16.26 | 16.26 | 16.26 | 16.260 | 9.50 | 56.60 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000118 | 7/18/16 | 34,140 | 17.07 | 17.07 | 17.07 | 17.070 | 9.00 | 57.30 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000121 | 7/18/16 | 31,780 | 15.89 | 15.89 | 15.89 | 15.890 | 9.20 | 57.50 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000135 | 7/19/16 | 29,020 | 14.51 | 14.51 | 14.51 | 14.510 | 9.20 | 56.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000141 | 7/19/16 | 31,740 | 15.87 | 15.87 | 15.87 | 15.870 | 9.50 | 57.20 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000145 | 7/19/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 9.50 | 57.30 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000161 | 7/20/16 | 34,640 | 17.32 | 17.32 | 17.32 | 17.320 | 10.20 | 58.40 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000165 | 7/20/16 | 33,620 | 16.81 | 16.81 | 16.81 | 16.810 | 9.80 | 58.40 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000168 | 7/20/16 | 14,100 | 7.05 | 7.05 | 7.05 | 7.050 | 9.50 | 58.70 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000169 | 7/20/16 | 32,180 | 16.09 | 16.09 | 16.09 | 16.090 | 9.80 | 58.40 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 11000171 | 7/20/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.90 | 58.80 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| Ticket Totals: | | 1,189,640 | 594.82 | 594.82 | 594.82 | 594.82 | | | | | | | 0.00 | 0.00 | 0.00 |

Settlement Totals and Weighted Avg Grades for CLAFA:    594.82   9.67  18.42  0.00  0.00  0.00    0.00    0.00    0.00

| | | |
|---|---|---|
| Net TON Settled: | 594.82 | Net TON Settled To Others: |

### Ticket Settlement And Disposition

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 594.82 | 112.3300 |



**EXHIBIT 1**

FG 35829

| Settled On: | 01/14/2017 | **FINAL SCALE TICKET SETTLEMENT STATEMENT** | Page: | 2 |
| Printed On: | 01/14/2017 | SETTLEMENT #:   728    COPY 1 | | |

**FARMERS GRAIN, LLC**
PO BOX 1568
256 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

Gross TON Paid (less shrink):  594.82          Dockage:  0.00

* Settlement #:  728, 100.00% to Clarich Farms, LLC (CLAFA), 594.820 TON.

|  | 594.82 |
| --- | --- |
| **Net TON Paid: 594.82** | |
| Settlement Summary | |
| Gross Owed | $66,816.13 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $1,586.19 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| **Net Paid** | **$65,229.94** |
| **Check Number** | **9179** |

FG 35830



| | |
|---|---|
| **Capture Date** | 20170123 |
| **Sequence Number** | 520051394 |
| **Serial Number** | 9179 |
| **Account Number** | 261150350 |
| **Optional Field 6** | 0 |
| **Amount** | $65,229.94 |
| **Routing Number** | 122238420 |
| **Transaction Code** | 800 |

FG 01222

Settled On: 03/28/2017
Printed On: 03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   777   COPY 1

Page:   1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of: DESFA

Deseret Farms, Inc
PO Box 1585
Nyssa, OR  97913

From Acct. of: DESFA

Deseret Farms, Inc
PO Box 1585
Nyssa, OR  97913

| | |
|---|---|
| Date Settled: | 03/28/2017 |
| Commodity: | SWW Whole Wheat |
| Ownership: | All Ownership Types |
| Action Code: | All Action Codes |
| Origin: | ID |

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | DESFA's Portion | DESFA's Sttmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014088 | 7/7/16 | 32,140 | 16.07 | 16.07 | 16.07 | 16.070 | 10.70 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014095 | 7/7/16 | 34,740 | 17.37 | 17.37 | 17.37 | 17.370 | 11.70 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014097 | 7/7/16 | 30,340 | 15.17 | 15.17 | 15.17 | 15.170 | 10.70 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014101 | 7/7/16 | 33,020 | 16.51 | 16.51 | 16.51 | 16.510 | 11.00 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014102 | 7/7/16 | 31,780 | 15.89 | 15.89 | 15.89 | 15.890 | 11.20 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014107 | 7/8/16 | 31,960 | 15.98 | 15.98 | 15.98 | 15.980 | 9.90 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014108 | 7/8/16 | 32,480 | 16.24 | 16.24 | 16.24 | 16.240 | 10.70 | 60.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014109 | 7/8/16 | 31,640 | 15.82 | 15.82 | 15.82 | 15.820 | 11.10 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014121 | 7/8/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 10.40 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014146 | 7/8/16 | 34,320 | 17.16 | 17.16 | 17.16 | 17.160 | 10.70 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014149 | 7/8/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 10.20 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014158 | 7/8/16 | 34,820 | 17.41 | 17.41 | 17.41 | 17.410 | 12.50 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014168 | 7/8/16 | 33,340 | 16.67 | 16.67 | 16.67 | 16.670 | 10.10 | 61.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014174 | 7/8/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 14.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014206 | 7/9/16 | 33,320 | 16.66 | 16.66 | 16.66 | 16.660 | 10.20 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014207 | 7/9/16 | 34,040 | 17.02 | 17.02 | 17.02 | 17.020 | 9.40 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014215 | 7/9/16 | 32,220 | 16.11 | 16.11 | 16.11 | 16.110 | 10.10 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014216 | 7/9/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 9.80 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014243 | 7/9/16 | 33,100 | 16.55 | 16.55 | 16.55 | 16.550 | 10.70 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014250 | 7/9/16 | 33,160 | 16.58 | 16.58 | 16.58 | 16.580 | 10.20 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014260 | 7/9/16 | 35,240 | 17.62 | 17.62 | 17.62 | 17.620 | 10.00 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014272 | 7/9/16 | 33,380 | 16.69 | 16.69 | 16.69 | 16.690 | 9.90 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014386 | 7/15/16 | 34,880 | 17.44 | 17.44 | 17.44 | 17.440 | 9.80 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014401 | 7/15/16 | 31,560 | 15.78 | 15.78 | 15.78 | 15.780 | 11.30 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014413 | 7/15/16 | 26,920 | 13.46 | 13.46 | 13.46 | 13.460 | 11.00 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014423 | 7/15/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 10.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014430 | 7/15/16 | 30,280 | 15.14 | 15.14 | 15.14 | 15.140 | 10.70 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014439 | 7/16/16 | 33,500 | 16.75 | 16.75 | 16.75 | 16.750 | 10.20 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014449 | 7/16/16 | 32,380 | 16.19 | 16.19 | 16.19 | 16.190 | 10.20 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014482 | 7/16/16 | 30,500 | 15.25 | 15.25 | 15.25 | 15.250 | 10.20 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014490 | 7/16/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 10.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014497 | 7/16/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 10.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014504 | 7/18/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 10.70 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014516 | 7/18/16 | 31,920 | 15.96 | 15.96 | 15.96 | 15.960 | 9.50 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014534 | 7/18/16 | 31,240 | 15.62 | 15.62 | 15.62 | 15.620 | 9.80 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014544 | 7/18/16 | 30,080 | 15.04 | 15.04 | 15.04 | 15.040 | 9.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014552 | 7/18/16 | 20,060 | 10.03 | 10.03 | 10.03 | 10.030 | 10.50 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014584 | 7/18/16 | 29,860 | 14.93 | 14.93 | 14.93 | 14.930 | 10.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014572 | 7/18/16 | 32,680 | 16.34 | 16.34 | 16.34 | 16.340 | 9.80 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014579 | 7/18/16 | 32,460 | 16.23 | 16.23 | 16.23 | 16.230 | 9.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014586 | 7/18/16 | 35,020 | 17.51 | 17.51 | 17.51 | 17.510 | 9.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014594 | 7/19/16 | 33,500 | 16.75 | 16.75 | 16.75 | 16.750 | 9.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014596 | 7/19/16 | 28,140 | 14.07 | 14.07 | 14.07 | 14.070 | 9.50 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014605 | 7/19/16 | 32,100 | 16.05 | 16.05 | 16.05 | 16.050 | 9.30 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014615 | 7/19/16 | 32,460 | 16.23 | 16.23 | 16.23 | 16.230 | 9.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35754

**EXHIBIT**
tabbies®
**2**

Settled On:  03/28/2017
Printed On:  03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   777   COPY 1

Page:   2

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| Ticket | Date | Weight | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014619 | 7/19/16 | 30,820 | 15.41 | 15.41 | 15.41 | 15.410 | 10.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014631 | 7/19/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 10.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014641 | 7/19/16 | 31,680 | 15.84 | 15.84 | 15.84 | 15.840 | 9.80 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014644 | 7/19/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 9.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014656 | 7/19/16 | 21,720 | 10.86 | 10.86 | 10.86 | 10.860 | 9.70 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014662 | 7/19/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 9.70 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014665 | 7/19/16 | 31,160 | 15.58 | 15.58 | 15.58 | 15.580 | 9.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014681 | 7/20/16 | 26,720 | 13.36 | 13.36 | 13.36 | 13.360 | 9.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014686 | 7/20/16 | 28,600 | 14.30 | 14.30 | 14.30 | 14.300 | 9.70 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014695 | 7/20/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 9.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014700 | 7/20/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.30 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014712 | 7/20/16 | 33,820 | 16.91 | 16.91 | 16.91 | 16.910 | 9.70 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014726 | 7/20/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 9.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014733 | 7/20/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 9.60 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014748 | 7/20/16 | 29,080 | 14.54 | 14.54 | 14.54 | 14.540 | 9.40 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014759 | 7/20/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.30 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014760 | 7/20/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014769 | 7/21/16 | 29,740 | 14.87 | 14.87 | 14.87 | 14.870 | 9.20 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014774 | 7/21/16 | 32,200 | 16.10 | 16.10 | 16.10 | 16.100 | 9.20 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014781 | 7/21/16 | 34,360 | 17.18 | 17.18 | 17.18 | 17.180 | 8.90 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014787 | 7/21/16 | 32,700 | 16.35 | 16.35 | 16.35 | 16.350 | 9.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014798 | 7/21/16 | 20,320 | 10.16 | 10.16 | 10.16 | 10.160 | 10.00 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014808 | 7/21/16 | 30,140 | 15.07 | 15.07 | 15.07 | 15.070 | 10.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014821 | 7/21/16 | 29,940 | 14.97 | 14.97 | 14.97 | 14.970 | 9.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014836 | 7/21/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.60 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014841 | 7/21/16 | 29,800 | 14.90 | 14.90 | 14.90 | 14.900 | 9.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014844 | 7/21/16 | 30,180 | 15.09 | 15.09 | 15.09 | 15.090 | 9.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014846 | 7/21/16 | 29,260 | 14.63 | 14.63 | 14.63 | 14.630 | 9.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014854 | 7/22/16 | 29,360 | 14.68 | 14.68 | 14.68 | 14.680 | 9.00 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014857 | 7/22/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 9.20 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014860 | 7/22/16 | 33,000 | 16.50 | 16.50 | 16.50 | 16.500 | 8.90 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014877 | 7/22/16 | 30,160 | 15.08 | 15.08 | 15.08 | 15.080 | 8.90 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014892 | 7/22/16 | 30,060 | 15.03 | 15.03 | 15.03 | 15.030 | 9.40 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014907 | 7/22/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 9.30 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014922 | 7/22/16 | 33,040 | 16.52 | 16.52 | 16.52 | 16.520 | 9.30 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014939 | 7/22/16 | 32,700 | 16.35 | 16.35 | 16.35 | 16.350 | 9.20 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014947 | 7/22/16 | 34,380 | 17.19 | 17.19 | 17.19 | 17.190 | 9.20 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014953 | 7/22/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 9.50 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014961 | 7/22/16 | 33,600 | 16.80 | 16.80 | 16.80 | 16.800 | 9.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014971 | 7/23/16 | 27,520 | 13.76 | 13.76 | 13.76 | 13.760 | 9.20 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014972 | 7/23/16 | 29,600 | 14.80 | 14.80 | 14.80 | 14.800 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014987 | 7/23/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.10 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015003 | 7/23/16 | 27,780 | 13.89 | 13.89 | 13.89 | 13.890 | 9.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015018 | 7/23/16 | 14,760 | 7.38 | 7.38 | 7.38 | 7.380 | 9.40 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015264 | 7/27/16 | 34,040 | 17.02 | 17.02 | 17.02 | 17.020 | 8.90 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015273 | 7/27/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.70 | 61.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015280 | 7/27/16 | 31,260 | 15.63 | 15.63 | 15.63 | 15.630 | 8.60 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015291 | 7/27/16 | 30,760 | 15.38 | 15.38 | 15.38 | 15.380 | 8.50 | 60.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015298 | 7/28/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 8.60 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015299 | 7/28/16 | 31,880 | 15.94 | 15.94 | 15.94 | 15.940 | 8.50 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015306 | 7/28/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 8.70 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015316 | 7/28/16 | 32,300 | 16.15 | 16.15 | 16.15 | 16.150 | 8.40 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015322 | 7/28/16 | 34,300 | 17.15 | 17.15 | 17.15 | 17.150 | 8.80 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015329 | 7/28/16 | 36,120 | 18.06 | 18.06 | 18.06 | 18.060 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015338 | 7/28/16 | 33,120 | 16.56 | 16.56 | 16.56 | 16.560 | 8.70 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**FG 35755**

Settled On:  03/28/2017  
Printed On:  03/28/2017

## FINAL SCALE TICKET SETTLEMENT STATEMENT
SETTLEMENT #:   777    COPY 1

Page:   3

### FARMERS GRAIN, LLC
PO BOX 1568  
255 KING AVE  
NYSSA, OR  97913  
Phone: 541-372-2201

| Ticket | Date | Weight | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01015342 | 7/28/16 | 33,480 | 18.74 | 16.74 | 16.74 | 16.740 | 8.60 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015349 | 7/28/16 | 35,600 | 17.80 | 17.80 | 17.80 | 17.800 | 8.60 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015354 | 7/29/16 | 34,340 | 17.17 | 17.17 | 17.17 | 17.170 | 8.40 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015359 | 7/29/16 | 31,540 | 15.77 | 15.77 | 15.77 | 15.770 | 8.40 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015364 | 7/29/16 | 36,000 | 18.00 | 18.00 | 18.00 | 18.000 | 8.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015372 | 7/29/16 | 33,420 | 16.71 | 16.71 | 16.71 | 16.710 | 9.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015376 | 7/29/16 | 24,920 | 12.46 | 12.46 | 12.46 | 12.460 | 8.80 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015380 | 7/29/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.50 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015387 | 7/29/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 9.30 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015391 | 7/29/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 9.10 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015395 | 7/29/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 9.00 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015397 | 7/29/16 | 29,380 | 14.69 | 14.69 | 14.69 | 14.690 | 8.90 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015398 | 7/30/16 | 30,780 | 15.39 | 15.39 | 15.39 | 15.390 | 8.80 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015406 | 7/30/16 | 33,080 | 16.54 | 16.54 | 16.54 | 16.540 | 8.40 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015408 | 7/30/16 | 29,840 | 14.92 | 14.92 | 14.92 | 14.920 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015410 | 7/30/16 | 12,660 | 6.33 | 6.33 | 6.33 | 6.330 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015414 | 7/30/16 | 34,520 | 17.26 | 17.26 | 17.26 | 17.260 | 9.60 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015420 | 7/30/16 | 28,140 | 14.07 | 14.07 | 14.07 | 14.070 | 9.60 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015424 | 7/30/16 | 30,880 | 15.44 | 15.44 | 15.44 | 15.440 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015425 | 7/30/16 | 29,800 | 14.90 | 14.90 | 14.90 | 14.900 | 8.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015428 | 8/1/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 8.90 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015438 | 8/1/16 | 31,040 | 15.52 | 15.52 | 15.52 | 15.520 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015443 | 8/1/16 | 30,680 | 15.34 | 15.34 | 15.34 | 15.340 | 8.70 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015444 | 8/1/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 8.50 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015448 | 8/1/16 | 28,920 | 14.46 | 14.46 | 14.46 | 14.460 | 8.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015449 | 8/1/16 | 26,120 | 13.06 | 13.06 | 13.06 | 13.060 | 8.30 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015451 | 8/1/16 | 31,020 | 15.51 | 15.51 | 15.51 | 15.510 | 8.20 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015453 | 8/1/16 | 32,520 | 16.26 | 16.26 | 16.26 | 16.260 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015458 | 8/1/16 | 32,160 | 16.08 | 16.08 | 16.08 | 16.080 | 8.80 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015459 | 8/1/16 | 31,680 | 15.84 | 15.84 | 15.84 | 15.840 | 8.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015460 | 8/1/16 | 32,760 | 16.38 | 16.38 | 16.38 | 16.380 | 8.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015464 | 8/2/16 | 33,900 | 16.95 | 16.95 | 16.95 | 16.950 | 8.10 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015465 | 8/2/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 8.00 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015469 | 8/2/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 8.20 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015470 | 8/2/16 | 32,800 | 16.40 | 16.40 | 16.40 | 16.400 | 8.20 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015473 | 8/2/16 | 33,960 | 16.98 | 16.98 | 16.98 | 16.980 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015476 | 8/2/16 | 32,300 | 16.15 | 16.15 | 16.15 | 16.150 | 8.80 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015480 | 8/2/16 | 30,180 | 15.09 | 15.09 | 15.09 | 15.090 | 8.60 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015481 | 8/3/16 | 26,300 | 13.15 | 13.15 | 13.15 | 13.150 | 8.40 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015487 | 8/3/16 | 27,860 | 13.93 | 13.93 | 13.93 | 13.930 | 8.60 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015495 | 8/3/16 | 12,340 | 6.17 | 6.17 | 6.17 | 6.170 | 8.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015500 | 8/3/16 | 31,940 | 15.97 | 15.97 | 15.97 | 15.970 | 8.40 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015501 | 8/3/16 | 19,340 | 9.67 | 9.67 | 9.67 | 9.670 | 9.80 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ticket Totals:** | | 4,382,580 | 2,191.29 | 2,191.29 | 2,191.29 | 2,191.29 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Settlement Totals and Weighted Avg Grades for DESFA:**   2,191.29   9.46  59.66  0.00  0.00   0.00   0.00  0.00  0.00

Net TON Settled:   2,191.29          Net TON Settled To Others:

#### Ticket Settlement And Disposition

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 2,191.29 | $100.0800 |

FG 35756

Settled On:   03/28/2017
Printed On:   03/28/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   777    COPY 1

Page:    4

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

Gross TON Paid (less shrink): 2,191.29          Dockage:  0.00

\* Settlement #:  777, 100.00% to Deseret Farms, Inc (DESFA), 2191.290 TON.

2,191.29

| Net TON Paid: 2,191.29 | |
| --- | --- |
| Settlement Summary | |
| Gross Owed | $219,304.30 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $12,855.56 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Net Paid | $206,448.74 |
| Check Number | 0 |

**FG 35757**



**FARMERS GRAIN LLC**
PO BOX 1588
NYSSA, OR 97913
541-372-2201

WELLS FARGO BANK, N.A.
www.wellsfargo.com
92-379/1241

5022

4/7/2017

PAY TO THE
ORDER OF ___ Deseret Farms, Inc.        $ **206,448.74

Two Hundred Six Thousand Four Hundred Forty-Eight and 74/100********************************************************* DOLLARS

Deseret Farms, Inc
PO Box 1585
Nyssa, OR 97913

MEMO

2016 Wheat Settlement 777 16W 1240

AUTHORIZED SIGNATURE

⑈000000SO22⑈ ⑆⑈⑆124103799⑆⑈⑆ 639991707б⑈⑆

REQUEST 00007072315000000 206448.74
ROLL ECIA   20170410  000000286147400
JOB ECIA  E  ACCT 1130006399917076
REQUESTOR U592251
19176988  01/10/2018 Research 19187175

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

Settled On: 04/04/2017
Printed On: 04/04/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   781   COPY 1

Page:    1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

To Acct. of: FRAFA
Frahm Farm Inc
418 King Ave
Ontario, OR 97914

From Acct. of: FRAFA
Frahm Farm Inc
418 King Ave
Ontario, OR 97914

Date Settled: 04/04/2017
Commodity: **SWW Whole Wheat**
Ownership: All Ownership Types
Action Code: All Action Codes
Origin:

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | FRAFA's Portion | FRAFA's Stlmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014284 | 7/11/16 | 25,660 | 12.83 | 12.83 | 12.83 | 12.830 | 10.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014287 | 7/12/16 | 25,600 | 12.80 | 12.80 | 12.80 | 12.800 | 10.30 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014306 | 7/13/16 | 28,600 | 14.30 | 14.30 | 14.30 | 14.300 | 10.50 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014532 | 7/18/16 | 25,240 | 12.62 | 12.62 | 12.62 | 12.620 | 9.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014550 | 7/18/16 | 28,960 | 14.48 | 14.48 | 14.48 | 14.480 | 9.40 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014562 | 7/18/16 | 24,940 | 12.47 | 12.47 | 12.47 | 12.470 | 9.50 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014570 | 7/18/16 | 31,180 | 15.59 | 15.59 | 15.59 | 15.590 | 10.30 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014581 | 7/18/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.70 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014592 | 7/19/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 9.40 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014610 | 7/19/16 | 28,780 | 14.39 | 14.39 | 14.39 | 14.390 | 9.50 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014620 | 7/19/16 | 26,280 | 13.14 | 13.14 | 13.14 | 13.140 | 9.40 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014624 | 7/19/16 | 27,400 | 13.70 | 13.70 | 13.70 | 13.700 | 9.60 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014634 | 7/19/16 | 25,880 | 12.94 | 12.94 | 12.94 | 12.940 | 9.70 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014637 | 7/19/16 | 27,800 | 13.90 | 13.90 | 13.90 | 13.900 | 10.30 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014650 | 7/19/16 | 25,540 | 12.77 | 12.77 | 12.77 | 12.770 | 9.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014653 | 7/19/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 10.70 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014660 | 7/19/16 | 26,640 | 13.32 | 13.32 | 13.32 | 13.320 | 9.50 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014667 | 7/19/16 | 25,000 | 12.50 | 12.50 | 12.50 | 12.500 | 9.70 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014676 | 7/19/16 | 27,200 | 13.60 | 13.60 | 13.60 | 13.600 | 9.90 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014678 | 7/20/16 | 26,900 | 13.45 | 13.45 | 13.45 | 13.450 | 9.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014685 | 7/20/16 | 25,000 | 12.50 | 12.50 | 12.50 | 12.500 | 8.80 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014693 | 7/20/16 | 25,360 | 12.68 | 12.68 | 12.68 | 12.680 | 8.90 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014697 | 7/20/16 | 25,920 | 12.96 | 12.96 | 12.96 | 12.960 | 9.00 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014706 | 7/20/16 | 24,980 | 12.49 | 12.49 | 12.49 | 12.490 | 9.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014710 | 7/20/16 | 26,520 | 13.26 | 13.26 | 13.26 | 13.260 | 8.60 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014720 | 7/20/16 | 27,520 | 13.76 | 13.76 | 13.76 | 13.760 | 9.30 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014722 | 7/20/16 | 24,420 | 12.21 | 12.21 | 12.21 | 12.210 | 9.20 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014727 | 7/20/16 | 25,620 | 12.81 | 12.81 | 12.81 | 12.810 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014729 | 7/20/16 | 30,640 | 15.32 | 15.32 | 15.32 | 15.320 | 9.30 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014739 | 7/20/16 | 28,560 | 14.28 | 14.28 | 14.28 | 14.280 | 9.20 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014745 | 7/20/16 | 26,640 | 13.32 | 13.32 | 13.32 | 13.320 | 9.00 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014750 | 7/20/16 | 25,020 | 12.51 | 12.51 | 12.51 | 12.510 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014757 | 7/20/16 | 28,960 | 14.48 | 14.48 | 14.48 | 14.480 | 8.70 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014765 | 7/20/16 | 26,760 | 13.38 | 13.38 | 13.38 | 13.380 | 8.70 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014776 | 7/21/16 | 25,420 | 12.71 | 12.71 | 12.71 | 12.710 | 8.70 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014895 | 7/22/16 | 30,600 | 15.30 | 15.30 | 15.30 | 15.300 | 9.00 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014912 | 7/22/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 9.40 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014913 | 7/22/16 | 24,220 | 12.11 | 12.11 | 12.11 | 12.110 | 9.10 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014927 | 7/22/16 | 22,700 | 11.35 | 11.35 | 11.35 | 11.350 | 9.30 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014929 | 7/22/16 | 25,960 | 12.98 | 12.98 | 12.98 | 12.980 | 9.60 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014941 | 7/22/16 | 26,320 | 13.16 | 13.16 | 13.16 | 13.160 | 9.10 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014942 | 7/22/16 | 26,940 | 13.47 | 13.47 | 13.47 | 13.470 | 9.10 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014955 | 7/22/16 | 28,740 | 14.37 | 14.37 | 14.37 | 14.370 | 9.10 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014978 | 7/23/16 | 27,800 | 13.90 | 13.90 | 13.90 | 13.900 | 8.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014981 | 7/23/16 | 27,040 | 13.52 | 13.52 | 13.52 | 13.520 | 8.80 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35769

EXHIBIT
3
tabbies

Settled On:      04/04/2017                **FINAL SCALE TICKET SETTLEMENT STATEMENT**                              Page:      2
Printed On:      04/04/2017                        SETTLEMENT #:      781      COPY 1

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014995 | 7/23/16 | 26,160 | 13.08 | 13.08 | 13.08 | 13.080 | 8.90 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | | |
| 11000099 | 7/18/16 | 25,400 | 12.70 | 12.70 | 12.70 | 12.700 | 10.30 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000107 | 7/18/16 | 25,500 | 12.75 | 12.75 | 12.75 | 12.750 | 9.60 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000119 | 7/18/16 | 27,220 | 13.61 | 13.61 | 13.61 | 13.610 | 9.30 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000122 | 7/19/16 | 26,300 | 13.15 | 13.15 | 13.15 | 13.150 | 9.20 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000129 | 7/19/16 | 25,800 | 12.90 | 12.90 | 12.90 | 12.900 | 10.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000136 | 7/19/16 | 26,360 | 13.18 | 13.18 | 13.18 | 13.180 | 9.40 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ticket Totals: | | 1,396,500 | 698.25 | 698.25 | 698.25 | 698.25 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Settlement Totals and Weighted Avg Grades for FRAFA:          698.25   9.39  52.14  0.00  0.00  0.00          0.00       0.00       0.00       0.00

Net TON Settled:          698.25          Net TON Settled To Others:

### Ticket Settlement And Disposition

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 698.25 | 100.6700 |
| | | | | | | | 698.25 | |

Gross TON Paid (less shrink):  698.25          Dockage:  0.00

| Net TON Paid: 698.25 | |
|---|---|
| **Settlement Summary** | |
| Gross Owed | $70,292.83 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $4,515.35 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| **Net Paid** | **$65,777.48** |
| **Check Number** | **5021** |

* Settlement #: 781, 100.00% to Frahm Farm Inc (FRAFA), 698.250 TON.

**FG 35770**

**FARMERS GRAIN LLC**

5021

Frahm Farm Inc

| Date | Type | Reference | Original Amt. | Balance Due | 4/5/2017 Discount | Payment |
|------|------|-----------|---------------|-------------|-------------------|---------|
| 4/4/2017 | Bill | 16W 1244 | 65,777.48 | 65,777.48 | | 65,777.48 |

Check Amount        65,777.48

Wells Fargo Checking    2016 Wheat Settlement 781 16W 1244                    65,777.48

**FG 35771**



**FARMERS GRAIN LLC**
PO BOX 1566
NYSSA, OR 97913
541-372-2201

WELLS FARGO BANK, N.A.
www.wellsfargo.com
92-379/1241

5021

4/5/2017

PAY TO THE
ORDER OF    Frahm Farm Inc    $ **85,777.48

Sixty-Five Thousand Seven Hundred Seventy-Seven and 48/100*************************************************** DOLLARS

Frahm Farm Inc
Rod Frahm
418 King Ave.
Ontario, OR. 97914

MEMO

2016 Wheat Settlement 781 16W 1244

AUTHORIZED SIGNATURE

⑈000000502⑈ ⑈124103799⑈ 6399917076⑈

1515900008810

For Deposit Only
6399917076

REQUEST 00007072315000000 65777.48
ROLL ECIA   20170406  000008220018369
JOB ECIA  E  ACCT 1130006399917076
REQUESTOR U592251
19176988  01/10/2018 Research 19187175

Summons and Subpoenas Department
S4001-01F
Phoenix AZ  85038

Settled On:     03/04/2017
Printed On:     03/04/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:    757    COPY 1

Page:    1

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

To Acct. of:  GWFAR
GW Farms
418 Commercial Ave
Nyssa, OR  97913

From Acct. of:  GWFAR
GW Farms
418 Commercial Ave
Nyssa, OR  97913

Date Settled:    03/04/2017
Commodity:    **SWW Whole Wheat**
Ownership:    All Ownership Types
Action Code:    All Action Codes
Origin:

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | GWFAR's Portion | GWFAR's Stmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014055 | 7/6/16 | 25,380 | 12.69 | 12.69 | 12.69 | 12.690 | 8.80 | 61.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014068 | 7/7/16 | 35,020 | 17.51 | 17.51 | 17.51 | 17.510 | 8.80 | 61.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014070 | 7/7/16 | 31,540 | 15.77 | 15.77 | 15.77 | 15.770 | 9.00 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014074 | 7/7/16 | 32,260 | 16.13 | 16.13 | 16.13 | 16.130 | 8.90 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014078 | 7/7/16 | 31,880 | 15.94 | 15.94 | 15.94 | 15.940 | 9.30 | 61.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014080 | 7/7/16 | 29,500 | 14.75 | 14.75 | 14.75 | 14.750 | 9.20 | 61.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014085 | 7/7/16 | 29,100 | 14.55 | 14.55 | 14.55 | 14.550 | 9.20 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014090 | 7/7/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.30 | 61.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014099 | 7/7/16 | 25,780 | 12.89 | 12.89 | 12.89 | 12.890 | 9.00 | 61.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014104 | 7/7/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 8.80 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014134 | 7/8/16 | 31,300 | 15.65 | 15.65 | 15.65 | 15.650 | 9.00 | 60.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014138 | 7/8/16 | 24,560 | 12.28 | 12.28 | 12.28 | 12.280 | 10.60 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014143 | 7/8/16 | 26,680 | 13.34 | 13.34 | 13.34 | 13.340 | 10.00 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014151 | 7/8/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.30 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014173 | 7/8/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 11.00 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014247 | 7/9/16 | 28,660 | 14.33 | 14.33 | 14.33 | 14.330 | 11.10 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014252 | 7/9/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 11.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014266 | 7/9/16 | 29,280 | 14.64 | 14.64 | 14.64 | 14.640 | 9.90 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014273 | 7/9/16 | 29,760 | 14.88 | 14.88 | 14.88 | 14.880 | 10.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014335 | 7/14/16 | 30,600 | 15.30 | 15.30 | 15.30 | 15.300 | 11.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014344 | 7/14/16 | 29,900 | 14.95 | 14.95 | 14.95 | 14.950 | 11.20 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014361 | 7/15/16 | 32,320 | 16.16 | 16.16 | 16.16 | 16.160 | 10.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014372 | 7/15/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.80 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014384 | 7/15/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 11.30 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014802 | 7/21/16 | 33,700 | 16.85 | 16.85 | 16.85 | 16.850 | 9.00 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014974 | 7/23/16 | 27,740 | 13.87 | 13.87 | 13.87 | 13.870 | 8.50 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014990 | 7/23/16 | 23,820 | 11.91 | 11.91 | 11.91 | 11.910 | 8.40 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014997 | 7/23/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 8.50 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015001 | 7/23/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 8.80 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015008 | 7/23/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 8.80 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015014 | 7/23/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 8.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015024 | 7/23/16 | 29,860 | 14.93 | 14.93 | 14.93 | 14.930 | 8.80 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015028 | 7/23/16 | 29,440 | 14.72 | 14.72 | 14.72 | 14.720 | 8.70 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015042 | 7/25/16 | 28,380 | 14.19 | 14.19 | 14.19 | 14.190 | 8.60 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015048 | 7/25/16 | 25,520 | 12.76 | 12.76 | 12.76 | 12.760 | 8.80 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015067 | 7/25/16 | 29,540 | 14.77 | 14.77 | 14.77 | 14.770 | 8.50 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015076 | 7/25/16 | 29,460 | 14.73 | 14.73 | 14.73 | 14.730 | 9.10 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015087 | 7/25/16 | 29,080 | 14.54 | 14.54 | 14.54 | 14.540 | 8.70 | 56.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015094 | 7/25/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 9.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015116 | 7/25/16 | 29,840 | 14.92 | 14.92 | 14.92 | 14.920 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015128 | 7/25/16 | 29,400 | 14.70 | 14.70 | 14.70 | 14.700 | 8.90 | 55.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015132 | 7/26/16 | 28,020 | 14.01 | 14.01 | 14.01 | 14.010 | 8.80 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015152 | 7/26/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 8.70 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015153 | 7/26/16 | 18,100 | 9.05 | 9.05 | 9.05 | 9.050 | 8.90 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015166 | 7/26/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 10.30 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35872

**EXHIBIT**
4

| Settled On: | 03/04/2017 |
| Printed On: | 03/04/2017 |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**

SETTLEMENT #:    757    COPY 1

Page:    2

### FARMERS GRAIN, LLC

PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01015181 | 7/26/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 9.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015188 | 7/26/16 | 31,040 | 15.52 | 15.52 | 15.52 | 15.520 | 8.40 | 61.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015198 | 7/26/16 | 30,240 | 15.12 | 15.12 | 15.12 | 15.120 | 9.30 | 60.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015204 | 7/26/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 8.90 | 61.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015211 | 7/26/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.90 | 61.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015227 | 7/27/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 8.40 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015235 | 7/27/16 | 30,560 | 15.28 | 15.28 | 15.28 | 15.280 | 8.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015245 | 7/27/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015251 | 7/27/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.20 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015253 | 7/27/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.30 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015282 | 7/27/16 | 32,920 | 16.46 | 16.46 | 16.46 | 16.460 | 8.70 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015263 | 7/27/16 | 29,160 | 14.58 | 14.58 | 14.58 | 14.580 | 8.90 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015271 | 7/27/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 8.80 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015283 | 7/27/16 | 31,240 | 15.62 | 15.62 | 15.62 | 15.620 | 8.80 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015287 | 7/27/16 | 33,260 | 16.63 | 16.63 | 16.63 | 16.630 | 8.90 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015300 | 7/28/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 8.50 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015308 | 7/28/16 | 31,920 | 15.96 | 15.96 | 15.96 | 15.960 | 8.60 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015311 | 7/28/16 | 30,760 | 15.38 | 15.38 | 15.38 | 15.380 | 8.70 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015312 | 7/28/16 | 30,380 | 15.19 | 15.19 | 15.19 | 15.190 | 8.60 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015319 | 7/28/16 | 31,360 | 15.68 | 15.68 | 15.68 | 15.680 | 8.90 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015323 | 7/28/16 | 31,600 | 15.80 | 15.80 | 15.80 | 15.800 | 8.80 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015328 | 7/28/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 8.80 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015343 | 7/28/16 | 31,400 | 15.70 | 15.70 | 15.70 | 15.700 | 8.60 | 56.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015344 | 7/28/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 8.40 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015351 | 7/28/16 | 29,580 | 14.79 | 14.79 | 14.79 | 14.790 | 8.30 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015357 | 7/29/16 | 30,900 | 15.45 | 15.45 | 15.45 | 15.450 | 8.40 | 57.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015368 | 7/29/16 | 27,240 | 13.62 | 13.62 | 13.62 | 13.620 | 8.80 | 53.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015373 | 7/29/16 | 28,340 | 14.17 | 14.17 | 14.17 | 14.170 | 8.60 | 56.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015377 | 7/29/16 | 26,280 | 13.14 | 13.14 | 13.14 | 13.140 | 8.30 | 54.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015381 | 7/29/16 | 29,600 | 14.80 | 14.80 | 14.80 | 14.800 | 8.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015389 | 7/29/16 | 29,200 | 14.60 | 14.60 | 14.60 | 14.600 | 8.30 | 55.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01015403 | 7/30/16 | 34,200 | 17.10 | 17.10 | 17.10 | 17.100 | 8.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | |
| 11000008 | 7/15/16 | 9,900 | 4.95 | 4.95 | 4.95 | 4.950 | 11.10 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000014 | 7/15/16 | 28,880 | 14.43 | 14.43 | 14.43 | 14.430 | 9.90 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000019 | 7/15/16 | 22,500 | 11.25 | 11.25 | 11.25 | 11.250 | 10.90 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000020 | 7/15/16 | 30,220 | 15.11 | 15.11 | 15.11 | 15.110 | 9.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000024 | 7/15/16 | 22,900 | 11.45 | 11.45 | 11.45 | 11.450 | 11.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000026 | 7/15/16 | 31,200 | 15.60 | 15.60 | 15.60 | 15.600 | 9.50 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000037 | 7/18/16 | 27,200 | 13.60 | 13.60 | 13.60 | 13.600 | 9.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000049 | 7/18/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000058 | 7/18/16 | 32,440 | 16.22 | 16.22 | 16.22 | 16.220 | 9.60 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000065 | 7/18/16 | 33,340 | 16.67 | 16.67 | 16.67 | 16.670 | 9.60 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000071 | 7/18/16 | 29,240 | 14.62 | 14.62 | 14.62 | 14.620 | 9.60 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000073 | 7/18/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 9.30 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000079 | 7/18/16 | 29,000 | 14.50 | 14.50 | 14.50 | 14.500 | 8.80 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000080 | 7/18/16 | 30,820 | 15.41 | 15.41 | 15.41 | 15.410 | 9.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000082 | 7/18/16 | 32,740 | 16.37 | 16.37 | 16.37 | 16.370 | 9.30 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000086 | 7/18/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 9.60 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000089 | 7/18/16 | 31,900 | 15.95 | 15.95 | 15.95 | 15.950 | 9.60 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000095 | 7/18/16 | 29,520 | 14.76 | 14.76 | 14.76 | 14.760 | 10.80 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000103 | 7/18/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.80 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000108 | 7/18/16 | 31,620 | 15.81 | 15.81 | 15.81 | 15.810 | 9.80 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000112 | 7/18/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.70 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000126 | 7/19/16 | 34,200 | 17.10 | 17.10 | 17.10 | 17.100 | 10.00 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**FG 35873**

Settled On: 03/04/2017
Printed On: 03/04/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   757    COPY 1

Page:   3

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11000131 | 7/19/16 | 25,540 | 12.77 | 12.77 | 12.77 | 12.770 | 9.70 | 60.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000138 | 7/19/16 | 28,400 | 14.20 | 14.20 | 14.20 | 14.200 | 9.40 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000142 | 7/19/16 | 33,480 | 16.74 | 16.74 | 16.74 | 16.740 | 9.30 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000149 | 7/19/16 | 27,720 | 13.86 | 13.86 | 13.86 | 13.860 | 9.00 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000152 | 7/19/16 | 28,460 | 14.23 | 14.23 | 14.23 | 14.230 | 8.70 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000154 | 7/19/16 | 29,480 | 14.74 | 14.74 | 14.74 | 14.740 | 8.70 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000156 | 7/19/16 | 28,620 | 14.31 | 14.31 | 14.31 | 14.310 | 8.70 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000159 | 7/19/16 | 30,220 | 15.11 | 15.11 | 15.11 | 15.110 | 8.70 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000160 | 7/20/16 | 28,820 | 14.41 | 14.41 | 14.41 | 14.410 | 8.70 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000164 | 7/20/16 | 28,240 | 14.12 | 14.12 | 14.12 | 14.120 | 9.10 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000170 | 7/20/16 | 34,700 | 17.35 | 17.35 | 17.35 | 17.350 | 9.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000175 | 7/20/16 | 34,780 | 17.38 | 17.38 | 17.38 | 17.380 | 8.90 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000181 | 7/20/16 | 30,260 | 15.13 | 15.13 | 15.13 | 15.130 | 9.00 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000184 | 7/20/16 | 34,660 | 17.33 | 17.33 | 17.33 | 17.330 | 9.00 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000187 | 7/20/16 | 33,380 | 16.69 | 16.69 | 16.69 | 16.690 | 9.00 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000189 | 7/20/16 | 30,400 | 15.20 | 15.20 | 15.20 | 15.200 | 8.90 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000191 | 7/20/16 | 36,120 | 18.06 | 18.06 | 18.06 | 18.060 | 8.80 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000195 | 7/21/16 | 28,920 | 14.46 | 14.46 | 14.46 | 14.460 | 8.30 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ticket Totals:** | | 3,492,720 | 1,746.36 | 1,746.36 | 1,746.36 | 1,746.36 | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Settlement Totals and Weighted Avg Grades for GWFAR:**   1,746.36   9.20   39.03   0.00   0.00   0.00   0.00   0.00   0.00   0.00

Net TON Settled:   1,746.36          Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obi Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 1,746.36 | $108.0000 |
| | | | | | | | 1,746.36 | |

Gross TON Paid (less shrink): 1,746.36          Dockage: 0.00

* Settlement #:  757, 100.00% to GW Farms (GWFAR), 1746.360 TON.

| Net TON Paid: 1,746.36 | |
|---|---|
| **Settlement Summary** | |
| Gross Owed | $188,606.88 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $8,848.22 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Net Paid | $179,758.66 |
| Check Number | 9215 |

**FG 35874**



| | |
|---|---|
| **Capture Date** | 20170310 |
| **Sequence Number** | 520166503 |
| **Serial Number** | 9215 |
| **Account Number** | 261150350 |
| **Optional Field 6** | 0 |
| **Amount** | $179,758.66 |
| **Routing Number** | 122238420 |
| **Transaction Code** | 800 |



Settled On: 02/17/2017  
Printed On: 02/17/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**  
SETTLEMENT #:   750    COPY 1

Page:   1

**FARMERS GRAIN, LLC**  
PO BOX 1568  
255 KING AVE  
NYSSA, OR  97913  
Phone: 541-372-2201

To Acct. of: PETFA  
    Peterson Farms, Inc  
    2597 Hwy 201  
    Nyssa, OR  97913

From Acct. of: PETFA  
    Peterson Farms, Inc  
    2597 Hwy 201  
    Nyssa, OR  97913

Date Settled: 02/17/2017  
Commodity: **SWW Whole Wheat**  
Ownership: All Ownership Types  
Action Code: All Action Codes  
Origin:

**Ticket Detail**

| Ticket ID | Date | Net Lbs | Gross TON | Net TON | PETFA's Portion | PETFA's Stlmt Amt | Mois | Test | Fm | Dock | Dama | Dock | Discount | Drying | Hauling |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FARMERS GRAIN | | | | | | | | | | | | | | | |
| 01014021 | 7/5/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 9.60 | 60.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014024 | 7/5/16 | 29,880 | 14.94 | 14.94 | 14.94 | 14.940 | 11.10 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014025 | 7/5/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 10.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014027 | 7/5/16 | 32,900 | 16.45 | 16.45 | 16.45 | 16.450 | 10.40 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014028 | 7/5/16 | 31,140 | 15.57 | 15.57 | 15.57 | 15.570 | 10.10 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014030 | 7/5/16 | 29,660 | 14.83 | 14.83 | 14.83 | 14.830 | 9.60 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014031 | 7/5/16 | 29,740 | 14.87 | 14.87 | 14.87 | 14.870 | 9.00 | 58.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014034 | 7/5/16 | 32,380 | 16.19 | 16.19 | 16.19 | 16.190 | 9.00 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014035 | 7/5/16 | 29,100 | 14.55 | 14.55 | 14.55 | 14.550 | 8.80 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014037 | 7/6/16 | 28,540 | 14.27 | 14.27 | 14.27 | 14.270 | 8.60 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014038 | 7/6/16 | 29,020 | 14.51 | 14.51 | 14.51 | 14.510 | 8.70 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014039 | 7/6/16 | 30,200 | 15.10 | 15.10 | 15.10 | 15.100 | 8.80 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014051 | 7/6/16 | 31,580 | 15.79 | 15.79 | 15.79 | 15.790 | 13.00 | 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014052 | 7/6/16 | 28,740 | 14.37 | 14.37 | 14.37 | 14.370 | 13.90 | 53.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014056 | 7/6/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 12.10 | 57.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014060 | 7/7/16 | 27,840 | 13.92 | 13.92 | 13.92 | 13.920 | 13.20 | 54.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014065 | 7/7/16 | 28,620 | 14.31 | 14.31 | 14.31 | 14.310 | 10.10 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014066 | 7/7/16 | 31,320 | 15.66 | 15.66 | 15.66 | 15.660 | 9.50 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014075 | 7/7/16 | 33,940 | 16.97 | 16.97 | 16.97 | 16.970 | 9.00 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014077 | 7/7/16 | 34,920 | 17.46 | 17.46 | 17.46 | 17.460 | 9.10 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014079 | 7/7/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 9.40 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014081 | 7/7/16 | 30,480 | 15.24 | 15.24 | 15.24 | 15.240 | 9.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014082 | 7/7/16 | 31,060 | 15.53 | 15.53 | 15.53 | 15.530 | 8.90 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014084 | 7/7/16 | 28,720 | 14.36 | 14.36 | 14.36 | 14.360 | 8.90 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014089 | 7/7/16 | 30,660 | 15.33 | 15.33 | 15.33 | 15.330 | 9.00 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014091 | 7/7/16 | 32,000 | 16.00 | 16.00 | 16.00 | 16.000 | 9.30 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014092 | 7/7/16 | 33,080 | 16.54 | 16.54 | 16.54 | 16.540 | 9.00 | 60.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014093 | 7/7/16 | 29,320 | 14.66 | 14.66 | 14.66 | 14.660 | 9.30 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014110 | 7/8/16 | 30,860 | 15.43 | 15.43 | 15.43 | 15.430 | 8.90 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014112 | 7/8/16 | 30,440 | 15.22 | 15.22 | 15.22 | 15.220 | 9.20 | 60.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014122 | 7/8/16 | 32,080 | 16.04 | 16.04 | 16.04 | 16.040 | 11.30 | 56.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014125 | 7/8/16 | 31,600 | 15.80 | 15.80 | 15.80 | 15.800 | 11.30 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014128 | 7/8/16 | 33,140 | 16.57 | 16.57 | 16.57 | 16.570 | 10.40 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014129 | 7/8/16 | 28,900 | 14.45 | 14.45 | 14.45 | 14.450 | 9.60 | 59.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014130 | 7/8/16 | 31,500 | 15.75 | 15.75 | 15.75 | 15.750 | 10.70 | 58.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014133 | 7/8/16 | 32,260 | 16.13 | 16.13 | 16.13 | 16.130 | 10.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014136 | 7/8/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 10.20 | 56.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014142 | 7/8/16 | 32,720 | 16.36 | 16.36 | 16.36 | 16.360 | 10.40 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014145 | 7/8/16 | 32,340 | 16.17 | 16.17 | 16.17 | 16.170 | 11.10 | 59.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014147 | 7/8/16 | 32,400 | 16.20 | 16.20 | 16.20 | 16.200 | 9.60 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014155 | 7/8/16 | 31,900 | 15.95 | 15.95 | 15.95 | 15.950 | 10.00 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014159 | 7/8/16 | 30,120 | 15.06 | 15.06 | 15.06 | 15.060 | 9.70 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014161 | 7/8/16 | 32,880 | 16.44 | 16.44 | 16.44 | 16.440 | 9.60 | 59.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014175 | 7/8/16 | 32,600 | 16.30 | 16.30 | 16.30 | 16.300 | 9.50 | 60.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014186 | 7/8/16 | 31,860 | 15.93 | 15.93 | 15.93 | 15.930 | 9.50 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

FG 35501

**EXHIBIT**  
tabbies  
5

| Settled On: | 02/17/2017 |
| Printed On: | 02/17/2017 |

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   750    COPY 1

Page:   2

### FARMERS GRAIN, LLC
PO BOX 1568
255 KING AVE
NYSSA, OR  97913
Phone: 541-372-2201

| Ticket | Date | Gross | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01014192 | 7/8/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.80 | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014196 | 7/8/16 | 27,220 | 13.61 | 13.61 | 13.61 | 13.610 | 10.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014203 | 7/9/16 | 25,280 | 12.63 | 12.63 | 12.63 | 12.630 | 9.10 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014209 | 7/9/16 | 28,400 | 14.20 | 14.20 | 14.20 | 14.200 | 10.10 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014211 | 7/9/16 | 31,980 | 15.99 | 15.99 | 15.99 | 15.990 | 9.70 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014213 | 7/9/16 | 30,740 | 15.37 | 15.37 | 15.37 | 15.370 | 9.80 | 59.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014214 | 7/9/16 | 32,260 | 16.13 | 16.13 | 16.13 | 16.130 | 9.70 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014221 | 7/9/16 | 30,480 | 15.24 | 15.24 | 15.24 | 15.240 | 9.60 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014222 | 7/9/16 | 33,300 | 16.65 | 16.65 | 16.65 | 16.650 | 9.80 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014223 | 7/9/16 | 33,140 | 16.57 | 16.57 | 16.57 | 16.570 | 9.90 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014225 | 7/9/16 | 30,540 | 15.27 | 15.27 | 15.27 | 15.270 | 10.20 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014228 | 7/9/16 | 32,840 | 16.42 | 16.42 | 16.42 | 16.420 | 9.80 | 59.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014234 | 7/9/16 | 31,760 | 15.88 | 15.88 | 15.88 | 15.880 | 9.70 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014236 | 7/9/16 | 32,720 | 16.36 | 16.36 | 16.36 | 16.360 | 9.90 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014237 | 7/9/16 | 33,780 | 16.89 | 16.89 | 16.89 | 16.890 | 10.00 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014238 | 7/9/16 | 33,200 | 16.60 | 16.60 | 16.60 | 16.600 | 9.90 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014239 | 7/9/16 | 33,300 | 16.65 | 16.65 | 16.65 | 16.650 | 9.80 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014244 | 7/9/16 | 30,360 | 15.18 | 15.18 | 15.18 | 15.180 | 9.80 | 59.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014245 | 7/9/16 | 31,200 | 15.60 | 15.60 | 15.60 | 15.600 | 9.70 | 60.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014248 | 7/9/16 | 32,140 | 16.07 | 16.07 | 16.07 | 16.070 | 9.50 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014251 | 7/9/16 | 32,860 | 16.43 | 16.43 | 16.43 | 16.430 | 9.40 | 60.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014253 | 7/9/16 | 31,620 | 15.81 | 15.81 | 15.81 | 15.810 | 9.40 | 59.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014258 | 7/9/16 | 32,440 | 16.22 | 16.22 | 16.22 | 16.220 | 9.20 | 58.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014264 | 7/9/16 | 34,140 | 17.07 | 17.07 | 17.07 | 17.070 | 9.20 | 59.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014268 | 7/9/16 | 30,700 | 15.35 | 15.35 | 15.35 | 15.350 | 9.20 | 59.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014308 | 7/13/16 | 28,100 | 14.05 | 14.05 | 14.05 | 14.050 | 13.30 | 57.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014375 | 7/15/16 | 30,420 | 15.21 | 15.21 | 15.21 | 15.210 | 11.00 | 55.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014378 | 7/15/16 | 31,660 | 15.83 | 15.83 | 15.83 | 15.830 | 11.00 | 54.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014380 | 7/15/16 | 30,020 | 15.01 | 15.01 | 15.01 | 15.010 | 11.00 | 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014387 | 7/15/16 | 28,520 | 14.26 | 14.26 | 14.26 | 14.260 | 11.00 | 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014391 | 7/15/16 | 29,960 | 14.98 | 14.98 | 14.98 | 14.980 | 10.90 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01014438 | 7/15/16 | 30,080 | 15.04 | 15.04 | 15.04 | 15.040 | 9.30 | 59.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Amalgamated - FG | | | | | | | | | | | | | | | |
| 11000004 | 7/9/16 | 30,320 | 15.16 | 15.16 | 15.16 | 15.160 | 9.20 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000005 | 7/9/16 | 31,220 | 15.61 | 15.61 | 15.61 | 15.610 | 9.30 | 57.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000006 | 7/15/16 | 28,940 | 14.47 | 14.47 | 14.47 | 14.470 | 10.80 | 58.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000010 | 7/15/16 | 29,820 | 14.91 | 14.91 | 14.91 | 14.910 | 10.40 | 57.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000016 | 7/15/16 | 31,840 | 15.92 | 15.92 | 15.92 | 15.920 | 9.40 | 57.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000022 | 7/15/16 | 30,860 | 15.43 | 15.43 | 15.43 | 15.430 | 9.20 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000023 | 7/15/16 | 30,580 | 15.29 | 15.29 | 15.29 | 15.290 | 9.00 | 56.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000030 | 7/16/16 | 28,100 | 14.05 | 14.05 | 14.05 | 14.050 | 9.00 | 57.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000034 | 7/16/16 | 29,760 | 14.88 | 14.88 | 14.88 | 14.880 | 9.70 | 58.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000036 | 7/16/16 | 29,200 | 14.60 | 14.60 | 14.60 | 14.600 | 9.90 | 56.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000040 | 7/16/16 | 29,780 | 14.89 | 14.89 | 14.89 | 14.890 | 9.60 | 57.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000044 | 7/16/16 | 31,800 | 15.90 | 15.90 | 15.90 | 15.900 | 9.40 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000048 | 7/16/16 | 30,040 | 15.02 | 15.02 | 15.02 | 15.020 | 9.60 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000050 | 7/16/16 | 28,020 | 14.01 | 14.01 | 14.01 | 14.010 | 9.50 | 56.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000053 | 7/16/16 | 27,240 | 13.62 | 13.62 | 13.62 | 13.620 | 9.10 | 58.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000056 | 7/16/16 | 29,360 | 14.68 | 14.68 | 14.68 | 14.680 | 9.50 | 56.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000059 | 7/16/16 | 30,520 | 15.26 | 15.26 | 15.26 | 15.260 | 9.60 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000060 | 7/16/16 | 31,700 | 15.85 | 15.85 | 15.85 | 15.850 | 9.40 | 58.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000064 | 7/16/16 | 31,820 | 15.91 | 15.91 | 15.91 | 15.910 | 9.40 | 58.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000066 | 7/16/16 | 29,920 | 14.96 | 14.96 | 14.96 | 14.960 | 9.40 | 58.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000068 | 7/16/16 | 29,160 | 14.58 | 14.58 | 14.58 | 14.580 | 9.40 | 57.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11000070 | 7/16/16 | 22,320 | 11.16 | 11.16 | 11.16 | 11.160 | 9.30 | 56.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**FG 35502**

Settled On:    02/17/2017
Printed On:    02/17/2017

**FINAL SCALE TICKET SETTLEMENT STATEMENT**
SETTLEMENT #:   750   COPY 1

Page:    3

**FARMERS GRAIN, LLC**
PO BOX 1568
255 KING AVE
NYSSA, OR 97913
Phone: 541-372-2201

| Ticket Totals: | 3,049,760 | 1,524.88 | 1,524.88 | 1,524.88 | 1,524.88 | | | 0.00 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Settlement Totals and Weighted Avg Grades for PETFA:    1,524.88  9.87 46.24  0.00  0.00  0.00    0.00    0.00    0.00    0.00

Net TON Settled:    1,524.88        Net TON Settled To Others:

**Ticket Settlement And Disposition**

| Disposition | Document # | Obl Code | Contract Location | Contract # | Adv Ref # | Adv Amt | Net TON | Price |
|---|---|---|---|---|---|---|---|---|
| PD Purchase | | | | | | | 1,524.88 | 115.0000 |
| | | | | | | | 1,524.88 | |

Gross TON Paid (less shrink): 1,524.88        Dockage: 0.00

* Settlement #: 750, 100.00% to Peterson Farms, Inc (PETFA), 1,524.880 TON.

| Net TON Paid: 1,524.88 | |
|---|---|
| Settlement Summary | |
| Gross Owed | $175,361.20 |
| Discount | $0.00 |
| Drying | $0.00 |
| Storage / Serv | $7,776.88 |
| Sales Tax | $0.00 |
| Check-Off | $0.00 |
| Excise/Indemn | $0.00 |
| Advances | $0.00 |
| Freight | $0.00 |
| Other Charges | $0.00 |
| Net Paid | $167,584.32 |
| Check Number | 9205 |

FG 35503



| | |
|---|---|
| Capture Date | 20170227 |
| Sequence Number | 530267412 |
| Serial Number | 9205 |
| Account Number | 261150350 |
| Optional Field 6 | 0 |
| Amount | $167,584.32 |
| Routing Number | 122238420 |
| Transaction Code | 800 |

| | |
|---|---|
| Capture Date | 20170227 |
| Sequence Number | 530267413 |
| Serial Number | 9206 |
| Account Number | 261150350 |
| Optional Field 6 | 0 |
| Amount | $5,526.30 |
| Routing Number | 122238420 |
| Transaction Code | 800 |





2016 Wheat
Controls

**EXHIBIT**

*tabbies*

6

FG 30010

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-34

Date: 7/22/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: SW Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $139.00        (4.17/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

*mailed   7-22-16*

FG 30011

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-31

Date: 6/7/2016

Grower: **Marshall Becker**

Seller Name: **Marshall Becker**

Address: **3383 Mud Flat Rd**

City, St, Zip: **Grand View, ID 83624**

Phone number: **(208) 867-9396**

Commodity: **SW Wheat**

Quantity: **75 tons**    (2,500 bu)

Price per ton: **$160.00**    (4.80/bu)

Contract month: **September 2016**

Destination: **Chris Unruh's bins.** Marshall to pay put-thru. (Farmers Grain, LLC to pick up from bins)

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

FG 30012

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-16

**Date:** 3/10/2016

**Grower:** DMC Farms

**Seller Name:** Dan Corn

**Address:** 550 King Ave

**City, St, Zip:** Ontario, OR 97914

**Phone number:** (208) 707-1538

**Commodity:** Wheat

**Quantity:** 600 tons      (20,000 bu)

**Price per ton:** $170.67      (5.12/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

mailed 3-11-16

FG 30013

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-1

Date: 10/5/2015

Grower: **Brad Brudevold**

Seller Name: **Brad Brudevold**

Address: **6500 SE 10th Ave**

City, St, Zip: **Caldwell, ID 83607**

Phone number: 208-830-1887

Commodity: **Wheat**

Quantity: **180 tons**    (6,000 bu)

Price per ton: **$184.67**    (5.54/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Anton Bradley Brudevold

Today's Date: 10/16/15

Crop Lien Holder: None

FG 30014

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2016 crop
Contract number: 16W-2
Date: 12/7/2015

Grower: Bruce Corn
Seller Name: Bruce Corn
Address: 650 Hwy 20-26
City, St, Zip: Ontario, OR 97914
Phone number: (208) 707-1539
Commodity: Wheat
Quantity: 60 tons        (2,000 bu)
Price per ton: $184.67      (5.54/bu)
Contract month: September 2016
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below
   are understood to be an accurate statement of the terms and conditions of the agreement between
   the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to
   or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Co_____
Print Name: _Bruce R Corn_
Today's Date: _11 Dec. 15_
Crop Lien Holder: _Columbia Bank_

FG 30015

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-3

Date: 12/10/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons          (2,000 bu)

Price per ton: $187.67          (5.63/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruse RC_____

Print Name: _Bruce C Corn_____

Today's Date: _14 Dec  15_____

Crop Lien Holder: _Columbia Bank_

FG 30016

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-4

Date: 1/12/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons      (2,000 bu)

Price per ton: $185.33      (5.56/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Corn_

Print Name: _Bruce      Corn_

Today's Date: _15 Tan 16_

Crop Lien Holder: _Columbia Bank_

FG 30017

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-5

Date: 1/12/2016

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 300 tons     (10,000 bu)

Price per ton: $185.33     (5.56/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Jensen Farms LLC Kenneth Jensen_

Print Name: _Jensen Family LLC Kenneth Jensen_

Today's Date: _2-5-16_

Crop Lien Holder: _None_

FG 30018

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-6

Date: 1/13/2016

Grower: **Ensz Farms**

Seller Name: **Todd Ensz**

Address: **33621 Hwy 78**

City, St, Zip: **Grand View, ID 83624**

Phone number: **(208) 590-6220**

Commodity: **Wheat**

Quantity: **150 tons**    **(5,000 bu)**

Price per ton: **$178.67**    **(5.36/bu)**

Contract month: **September 2016**

Destination: **Chris Unruh's bins in Grand View.**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Todd Ensz_

Today's Date: _1-15-16_

Crop Lien Holder: _North West Farm Credit_

FG 30019

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-7

Date: 1/22/2016

Grower: Jack Post

Seller Name: Jack Post

Address: PO Box 298

City, St, Zip: Mountain Home, ID 83647

Phone number:

Commodity: Wheat

Quantity: 750 tons      (25,000 bu)

Price per ton: $179.67      (5.39/bu)

Contract month: September 2016

Destination: Chris Unruh's bins at Grand View, ID

Moisture: 12%   Wheat will be discounted if over 12% and may be rejected at buyers discretion.

Remarks: Payment to be made in September 2016 unless requested for a later date.

1.   Payments cannot be issued until lien search is received
2.   This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.   Please sign and return this/a copy of the contract.

Buyer:

Seller:

Print Name: _Juck Post_

Today's Date: _1-25-2016_

Crop Lien Holder: _Bennen Bank_

FG 30020

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-8

Date: 1/25/2016

Grower: Imperial Ag, Inc

Seller Name: Kevin Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (541) 212-0911

Commodity: Wheat

Quantity: 150 tons          (5,000 bu)

Price per ton: $181.67          (5.45/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Imperial Ag. Inc._

Print Name: _Kevin Corn_

Today's Date: _2/29/2016_

Crop Lien Holder: _Columbia State Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-9**

Date: **1/26/2016**

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**        **(2,000 bu)**

Price per ton: **$181.33**        **(5.44/bu)**

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R. C_____

Print Name: _Bruce Corn_

Today's Date: _01 Feb. 16_

Crop Lien Holder: _Columbia Bank_

FG 30022

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-10

Date: 2/4/2016

Grower: **Standage Farms**

Seller Name: **Larry Standage**

Address: **1725 Airport Rd**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 881-6033**

Commodity: **Wheat**

Quantity: **500 tons**      (16,667 bu)

Price per ton: **$180.20**      (5.41/bu)

Contract month: **December 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

Payment to be made in December 2016 unless requested for a later date.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Larry Standage

Today's Date: 2-8-16

Crop Lien Holder: none

FG 30023

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-11

Date: 2/17/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons      (2,000 bu)

Price per ton: $176.33      (5.29/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Bruce R. Corn_

Today's Date: _27 Feb 2016_

Crop Lien Holder: _Columbia Bank_

FG 30024

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-12

**Date:** 3/3/2016

**Grower:** Bruce Corn

**Seller Name:** Bruce Corn

**Address:** 650 Hwy 20-26

**City, St, Zip:** Ontario, OR 97914

**Phone number:** (208) 707-1539

**Commodity:** Wheat

**Quantity:** 60 tons    (2,000 bu)

**Price per ton:** $168.67    (5.06/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _Bruce R. Corn_

Today's Date: _03 Mar 16_

Crop Lien Holder: _Columbia Bank_

FG 30025

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-13

Date: 3/3/2016

Grower: **Daryl Horst**

Seller Name: **Daryl Horst**

Address: **5605 Little Willow Rd**

City, St, Zip: **Payette, ID 83661**

Phone number: **208 739-0153**

Commodity: **Wheat**

Quantity: **225 tons**      (7,500 bu)

Price per ton: **$168.67**      (5.06/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Daryl Horst_

Print Name: _DARYL HORST_

Today's Date: _3-17-16_

Crop Lien Holder: _Columbia Bank_

FG 30026

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-14

Date: 3/7/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**    (2,000 bu)

Price per ton: **$170.33**    (5.11/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Bruce R. C_____

Print Name: _Bruce R Corn_

Today's Date: _16 Men 2016_

Crop Lien Holder: _Columbia Bank_

FG 30027

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-15

Date:  3/10/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: 650 Hwy 20-26

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**      (2,000 bu)

Price per ton: **$170.67**      (5.12/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _Bruce Corn_

Today's Date: _20 Mar. 16_

Crop Lien Holder: _Columbia Bank_

FG 30028

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-17

Date: 4/1/2016

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons    (2,000 bu)

Price per ton: $167.67    (5.03/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Mm Renae Corn_

Print Name: _Mrs. Renae Corn_

Today's Date: _4/19/16_

Crop Lien Holder: _Columbia Bank_

FG 30029

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-18

Date: 4/18/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**    (2,000 bu)

Price per ton: **$167.00**    (5.01/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Bruce Corn_

Print Name: _Mrs Renee Corn_

Today's Date: _5/11/16_

Crop Lien Holder: _Columbia Bank_

FG 30030

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-19

Date: 4/19/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**      **(2,000 bu)**

Price per ton: **$169.33**      **(5.08/bu)**

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Mrs Reuae Corn_

Print Name: _Mrs. Reuae Corn_

Today's Date: _5/11/16_

Crop Lien Holder: _Columbia Bank_

FG 30031

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-20

Date: 4/26/2016

Grower: **Kenneth Jensen Farms, LLC**

Seller Name: **Kenneth Jensen**

Address: **2436 11th Ave E**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 881-9247**

Commodity: **Wheat**

Quantity: **300 tons**     (10,000 bu)

Price per ton: **$155.67**     (4.67/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _6-1-16_

Crop Lien Holder: _none_

FG 30032

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-21

Date: 4/26/2016

Grower: Monte Heid

Seller Name: Monte Heid

Address: 5070 S Rd K

City, St, Zip: Vale, OR 97918

Phone number: (541) 216-9177

Commodity: Wheat

Quantity: 100 tons      (3,333 bu)

Price per ton: $155.67      (4.67/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Monte Heid_

Print Name: _Monte Heid_

Today's Date: _5-15-16_

Crop Lien Holder: _____

FG 30033

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-22

**Date:** 5/13/2016

**Grower:** Scott Gressley

**Seller Name:** Scott Gressley

**Address:** 1093 Foothill Dr.

**City, St, Zip:** Vale, OR 97918

**Phone number:** (541) 881-6162

**Commodity:** SW Wheat

**Quantity:** 300 tons      (10,000 bu)

**Price per ton:** $150.33      (4.51/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

**Buyer:** _____

**Chet Millsap**

**Seller:** _Scott R Gressley_

**Print Name:** _SCOTT R. GRESSLEY_

**Today's Date:** _5-23-16_

**Crop Lien Holder:** _NW FARM CREDIT_

FG 30034

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-23

Date: 4/29/2016

Grower: Chris Wiebe

Seller Name: Chris Wiebe

Address: 350 Hwy 95

City, St, Zip: Weiser, ID 83672

Phone number: (208) 550-0942

Commodity: SW Wheat

Quantity: 255 tons        (8,500 bu)

Price per ton: $156.67      (4.70/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Chris Wiebe_

Print Name: _Chris Wieber_

Today's Date: _5-6-2016_

Crop Lien Holder: _Farmers Bank_

FG 30035

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-24

Date: 5/24/2016

Grower: **Pete Morgan**

Seller Name: **Pete Morgan**

Address: **3720 Hwy 95**

City, St, Zip: **Parma, ID 83660**

Phone number: **(208) 707-2381**

Commodity: **SW Wheat**

Quantity: **15 tons**       (500 bu)

Price per ton: **$144.00**       (4.32/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: _Pete Morgan_____

Print Name: _Pete Morgan_____

Today's Date: _5-24-16_____

Crop Lien Holder: _none_____

FG 30036

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-25

Date: 6/2/2016

Grower: **Sage Farms**

Seller Name: **Sage Farms**

Address: **1203 Tara Ct**

City, St, Zip: **Fruitland, ID 83619**

Phone number: **(541) 235-2629**

Commodity: **SW Wheat**

Quantity: **270 tons**    (9,000 bu)

Price per ton: **$150.00**    (4.50/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____ PRESIDENT

Print Name: William L. Johnson, PRESIDENT

Today's Date: 8 June 2016

Crop Lien Holder: NWFCS

FG 30037

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-26

Date: 6/6/2016

Grower: Sage Farms

Seller Name: Sage Farms

Address: 1203 Tara Ct

City, St, Zip: Fruitland, ID 83619

Phone number: (541) 235-2629

Commodity: SW Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $158.33        (4.75/bu)

Contract month: September 2016

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____ PRESIDENT

Print Name: _William K. Johnson, PRESIDENT_

Today's Date: _14 June 2016_

Crop Lien Holder: _Northwest Farm Credit Services_

FG 30038

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-27

Date: 6/6/2016

Grower: **Eldred Farms**

Seller Name: **Daryl Eldred**

Address: **5770 Custer Rd**

City, St, Zip: **New Plymouth, ID 83655**

Phone number: **(208) 642-0278**

Commodity: **SW Wheat**

Quantity: **150 tons**    (5,000 bu)

Price per ton: **$157.67**    (4.73/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

**Chet Millsap**

Seller: *Eldred Farms Inc by Daryl Eldred*

Print Name: *Daryl Eldred*

Today's Date: *6/13/16*

Crop Lien Holder: *Bank of Eastern Oregon.*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-28

Date: 6/7/2016

|  |  |  |
|---|---|---|
| Grower: | Bruce Corn | |
| Seller Name: | Bruce Corn | |
| Address: | 650 Hwy 20-26 | |
| City, St, Zip: | Ontario, OR 97914 | |
| Phone number: | (208) 707-1539 | |
| Commodity: | SW Wheat | |
| Quantity: | 60 tons | (2,000 bu) |
| Price per ton: | $160.00 | (4.80/bu) |
| Contract month: | September 2016 | |
| Destination: | Farmers Grain, Nyssa | |
| Moisture: | 12% | |

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Mrs Kenae Corn_

Print Name: _Mrs. Kenae Corn_

Today's Date: _6/24/16_

Crop Lien Holder: _Columbia Bank_

FG 30040

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-29

Date: 6/8/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **SW Wheat**

Quantity: **60 tons**      (2,000 bu)

Price per ton: **$165.00**      (4.95/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Mrs Renae Corn_

Print Name: _Mrs. Renae Corn_

Today's Date: _6/24/16_

Crop Lien Holder: _Columbia Bank_

FG 30041

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2016 crop

**Contract number:** 16W-30

**Date:** 6/8/2016

**Grower:** Dave Belnap

**Seller Name:** Dave Belnap

**Address:** 1645 3rd Ave East

**City, St, Zip:** Vale, OR 97918

**Phone number:** (541) 235-2625

**Commodity:** SW Wheat

**Quantity:** 2,000 tons   (66,667 bu)

**Price per ton:** $165.00    (4.95/bu)

**Contract month:** September 2016

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _DAVID L BELNAP_

Today's Date: _6 - 19 - 2016_

Crop Lien Holder: _Zions Bank_

FG 30042

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-32**

Date: **6/9/2016**

Grower: **Scott Bennett**

Seller Name: **Scott Bennett**

Address: **532 N Collett Road**

City, St, Zip: **Grand View, ID 83624**

Phone number:

Commodity: **SW Wheat**

Quantity: **405 tons**    (13,500 bu)

Price per ton: **$153.33**    (4.60/bu)

Contract month: **September 2016**

Destination: **Delivered to Chris Unruh's bins. (Farmers Grain, LLC to pick up from bins)**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _____

Print Name: _Scott Bennett_

Today's Date: _6-26-16_

Crop Lien Holder: _Banner Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-33**

Date: **6/9/2016**

Grower: **Saito Farms, Inc**

Seller Name: **Steve Saito**

Address: **3751 Hwy 201**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(541) 212-1144**

Commodity: **SW Wheat**

Quantity: **300 tons**      **(10,000 bu)**

Price per ton: **$159.67**      **(4.79/bu)**

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below
    are understood to be an accurate statement of the terms and conditions of the agreement between
    the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to
    or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

   **Chet Millsap**

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

FG 30044

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2016 crop**

Contract number: **16W-35**

Date: **8/8/2016**

Grower: **Jack Post**

Seller Name: **Jack Post**

Address: **PO Box 298**

City, St, Zip: **Mountain Home, ID 83647**

Phone number:

Commodity: **Wheat**

Quantity: **600 tons**      (20,000 bu)

Price per ton: **$127.00**      (3.81/bu)

Contract month: **September 2016**

Destination: **Chris Unruh's bins at Grand View, ID**

Moisture: **12%   Wheat will be discounted if over 12% and may be rejected at buyers discretion.**

1.   Payments cannot be issued until lien search is received
2.   This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.   Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _8-17-16_

Crop Lien Holder: _Baynen Bank_

FG 30045

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-36

Date: 8/15/2016

Grower: **Lon McConnel**

Seller Name: **Lon McConnel**

Address: ~~10040 Gatfield Rd.~~

City, St, Zip: **Emmett, ID 83617**

Phone number: **(208) 584-3314**

Commodity: **Wheat**

Quantity: **Approximately 180 tons   (6,000 bu)**

Price per ton: **To be priced later at Seller's discretion.**

Contract month:

Moisture: **12%**

Shipment: **Farmers Grain, LLC to arrange shipping from bins in Montour, ID.**

Freight: **$12.00 per ton**

Remarks: **If not priced within 60 days of shipment a fee will be charged of $0.03 per bushel per month until priced.**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyer's discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.
3. Retain one copy for your records and Return one copy to Farmers Grain, LLC

Buyer: _____

**Chet Millsap**

Seller: _____

Print Name: _Lon McConnel_

Today's Date: _8-18-16_

Crop Lien Holder: _none_

FG 30046

2015 Wheat
Controls

EXHIBIT
7

Wheat

Lou McConnell

98.00 per ton

56.

Butch   120.00

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon                                Contract Year: 2015 crop

Vale, Oregon                                Contract number: 15W-56

Phone 541-372-2201                                Date: 3/22/2016

Grower: Lon McConnel

Seller Name: Lon McConnel

Address: 10040 Gatfield Rd.

City, St, Zip: Emmett, ID 83617

Phone number: (208) 584-3314    963-1848

Commodity: Wheat

Quantity: Approximately 150 tons   (5,000 bu)

Price per ton: $164.33                (4.93/bu)

Contract month: May 2016

Moisture: 12%

Shipment: Farmers Grain to arrange shipping from bins in Montour, ID.

Freight: $12.00 per ton

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

Buyer: _____          Seller: _____

Chet Millsap                                Print Name: Lon Mc Connel

                                                Today's Date: 4-11-16

                                                Crop Lien Holder: none

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-50
Date: 7/3/2015

Grower: WBH Farms
Seller Name: Rob Wagstaff
Address: 743 Beet Dump Rd
City, St, Zip: Nyssa, OR 97913
Phone number: (208) 573-0718
Commodity: Wheat
Quantity: 1,200 tons   (40,000 bu)
Price per ton: $210.67        (6.32/bu)
Contract month: September 2015
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

Dockage for low test weight to be 1/3 of Rail Schedule for Soft White Wheat which is as follows:

| Rail Schedule | Your Schedule |
|---|---|
| -.01 each 1 lb from 59.9 to 58.0 | -.0033 each 1 lb from 59.9 to 58.0 |
| -.02 each 1 lb from 57.9 to 57.0 | -.0066 each 1 lb from 57.9 to 57.0 |
| -.03 each 1 lb from 56.9 to 50.0 | -.01 each 1 lb from 56.9 to 50.0 |

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _____
Today's Date: _____
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-50

Date: 7/3/2015

Grower: **WBH Farms**

Seller Name: **Rob Wagstaff**

Address: **743 Beet Dump Rd**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **(208) 573-0718**

Commodity: **Wheat**

Quantity: **1,200 tons**   (40,000 bu)

Price per ton: **$210.00**   (6.30/bu) Internet Price

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Void

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

Dockage for low test weight to be 1/3 of Rail Schedule for Soft White Wheat which is as follows:

| Rail Schedule | Your Schedule |
|---|---|
| -.01 each 1 lb from 59.9 to 58.0 | -.0033 each 1 lb from 59.9 to 58.0 |
| -.02 each 1 lb from 57.9 to 57.0 | -.0066 each 1 lb from 57.9 to 57.0 |
| -.03 each 1 lb from 56.9 to 50.0 | -.01 each 1 lb from 56.9 to 50.0 |

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-8
Date: 2/18/2015

Grower: WBH Farms
Seller Name: Rob Wagstaff
Address: 743 Beet Dump Rd
City, St, Zip: Nyssa, OR 97913
Phone number: 208-573-0718
Commodity: Wheat
Quantity: 2,250 tons  (75,000 bu)
Price per ton: 201.00  (6.03 per bu)
Contract month: September-14
Destination: Farmers Grain, Nyssa
Moisture: 12%
Remarks: To be delivered early as possible.

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _____
Today's Date: _____
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-8**

Date: **9/19/2014**

Grower: WBH Farms

Seller Name: Rob Wagstaff

Address: 743 Beet Dump Rd

City, St, Zip: Nyssa, OR 97913

Phone number: 208-573-0718

Commodity: Wheat

Quantity: 1500 tons  (50,000 bu)

Price per ton: 186.67  (5.60 per bu)

Contract month: September-14

Destination: **Farmers Grain, Nyssa**

Moisture: 12%

Remarks: If price the reaches 5.70 per bushel before May 1st, 2015, the price shown of 5.60 per bushel will be canceled. Farmers Grain still retains ownership of these bushels, but will be on the open market again.

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-16

Date: 12/12/2014

Grower: GW Farms

Seller Name: Troy Seward

Address: 418 Commercial Ave

City, St, Zip: Nyssa, OR 97913

Phone number: 208-899-0107

Commodity: Wheat

Quantity: 400

Price per ton: $207.67

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below
    are understood to be an accurate statement of the terms and conditions of the agreement between
    the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to
    or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____        Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-1

Date: 7/21/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 150 tons

Price per ton: $202.67

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: **2015 crop**
Contract number: **15W-2**
Date: **7/22/2014**

Grower: **GW Farms**
Seller Name: **Troy Seward**
Address: **418 Commercial Ave**
City, St, Zip: **Nyssa, OR 97913**
Phone number: **208-899-0107**
Commodity: **Wheat**
Quantity: **700**
Price per ton: **$202.67**
Contract month: **September-15**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _GW FARMS, LLC Troy Seward_
Print Name: _Troy SEWARD_
Today's Date: _8/11/14_
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-3**

Date: **7/31/2014**

Grower: **Dan Corn**

Seller Name: **Dan Corn**

Address: **550 King Ave**

City, St, Zip: **Ontario, OR 97914**

Phone number:

Commodity: **Wheat**

Quantity: **300 tons**

Price per ton: **$201.00**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Dan Corn_____

Print Name: _Dan Corn_____

Today's Date: _1-30-15_____

Crop Lien Holder: _Farm Credit_____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-4**

Date: **8/12/2014**

Grower: **Dan Corn**

Seller Name: **Dan Corn**

Address: **550 King Ave**

City, St, Zip: **Ontario, OR 97914**

Phone number:

Commodity: **Wheat**

Quantity: **300 tons**

Price per ton: **$200.33**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Dan Corn_

Print Name: _Dan Corn_

Today's Date: _1-30-15_

Crop Lien Holder: _Farm Credit_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-5

Date: 9/11/2014

Grower: Tom Fleckenstein

Seller Name: Tom Fleckenstein

Address: 2162 Bench Rd

City, St, Zip: Vale, OR 97918

Phone number: 541-216-0805

Commodity: Wheat

Quantity: 200 tons

Price per ton: $190.00

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Tom Fleckenstein

Today's Date: 9-17-14

Crop Lien Holder: unKnow at this date

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-6

Date:  9/19/2014

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: 541-881-9247

Commodity: Wheat

Quantity: 500 tons

Price per ton: $189.00

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: 9-28-14

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-7
Date: 10/6/2014

Grower: Tom Fleckenstein
Seller Name: Tom Fleckenstein
Address: 2162 Bench Rd
City, St, Zip: Vale, OR 97918
Phone number: 541-216-0805
Commodity: Wheat
Quantity: 200 tons
Price per ton: $182.33
Contract month: September-15
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: Tom Fleckenstein FNA acres
Today's Date: 10-15-14
Crop Lien Holder: UnKnow

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-9

**Date:** 10/31/2014

**Grower:** David Levanger

**Seller Name:** David Levanger

**Address:** 4797 SE 2nd Ave

**City, St, Zip:** New Plymouth, ID 83655

**Phone number:** 208-707-3002

**Commodity:** Wheat

**Quantity:** 60 tons  (2,000 bu)

**Price per ton:** 189.33  (5.68 per bu)

**Contract month:** September-14

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: David Levanger

Today's Date: 11-21-2014

Crop Lien Holder: Zions Bank

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-10

Date: 11/26/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 150 tons  (5000 bu)

Price per ton: 200.33  (6.01/bu)

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce R Corn_

Print Name: _Bruce R. Corn_

Today's Date: _01 Dec. 2014_

Crop Lien Holder: _I CB_

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-11

Date: 11/26/2014

Grower: **Deseret Farms**
Seller Name: **Warren Farmer**
Address: **PO Box 1585**
City, St, Zip: **Nyssa, OR 97913**
Phone number: **208-674-3200**
Commodity: **Wheat**
Quantity: **600 tons  (20,000 bu)**
Price per ton: **200.33  (6.01/bu)**
Contract month: **September-15**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: Deseret Farms Inc. ) C Warren Farm

Print Name: Deseret Farms Inc. by C Warren Farms

Today's Date: 11 - 26 - 14

Crop Lien Holder: _____

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-12

Date: ~~7/21/2014~~
11/28/2014 *em*

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **208-707-1539**

Commodity: **Wheat**

Quantity: **60**

Price per ton: **$204.00**

Contract month: **September-15**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: *Bruce R C*

Print Name: *Bruce R Corn*

Today's Date: *01 Dec 2014*

Crop Lien Holder: *± CB*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-13

Date: 11/29/2014

Grower: Gressley Farms

Seller Name: Scott Gressley

Address: 4010 Freese Ln

City, St, Zip: Vale, OR 97918

Phone number: 541-881-6162

Commodity: Wheat

Quantity: 200 tons

Price per ton: $204.00

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Gressley Farms LLC_

Print Name: _Robert K Gressley_

Today's Date: _12 - 1 - 14_

Crop Lien Holder: _FCS_

# Farmers Grain, LLC

255 King Ave. Nyssa, Oregon
PO Box 1568

## Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-14

Date: 12/1/2014

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: 208-707-1539

Commodity: Wheat

Quantity: 60 tons

Price per ton: $209.33

Contract month: September-15

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.
3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

*Bruce has signed copy*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-15

Date: 12/1/2014

Grower: **Dave Belnap**

Seller Name: **Dave Belnap**

Address: **1645 3rd Ave East**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 235-2625**

Commodity: **Wheat**

Quantity: **500 tons**    **(16,667 bu)**

Price per ton: **$210.67**    **(6.32/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _DAVID L BELNAP_

Today's Date: _7-12-2015_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-17

Date:  12/16/2014

Grower: Sage Farms

Seller Name: Leroy Loomis

Address: 1203 Tara Ct

City, St, Zip: Fruitland, ID 83619

Phone number: 541-235-2629

Commodity: Wheat

Quantity: 900 tons     (30,000 bu)

Price per ton: $210.67     (6.32/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: William L. Johnson   PRESIDENT

Today's Date: 4/3/15

Crop Lien Holder: Northwest Farm Credit Services

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-18
Date: 12/17/2014

Grower: Dave Belnap
Seller Name: Dave Belnap
Address: 1645 3rd Ave East
City, St, Zip: Vale, OR 97918
Phone number: (541) 235-2625
Commodity: Wheat
Quantity: 250 tons        (8,333 bu)
Price per ton: $211.67        (6.35/bu)
Contract month: September 2015
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: DAVID L BELNAP
Today's Date: 2-12-2015
Crop Lien Holder: ZIONS BANK

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
### Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-19

Date: 12/18/2014

Grower: Kesler Farms

Seller Name: Scott Kesler

Address: 3331 Grey Blvd

City, St, Zip: Nyssa, OR  97913

Phone number: 541-212-6681

Commodity: Wheat

Quantity: 300 tons

Price per ton: $211.67

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Kesler Farms inc._

Today's Date: _1-19-15_

Crop Lien Holder: _NW FCS_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon
Vale, Oregon
Phone 541-372-2201

Contract Year: 2015 crop
Contract number: 15W-20
Date: 12/18/2014

Grower: Dry Lake Dairy
Seller Name: Dry Lake Dairy
Address: 12492 Big Foot Rd
City, St, Zip: Nampa, ID 83686
Phone number: 208-495-9857
Commodity: Wheat
Quantity: 300 tons (10,000 bu)
Price per ton: $207.00 FOB Grand View, ID
Contract month: September-14
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _DRY LAKE DAiRY_
Print Name: _LARRY VANDER STELT_
Today's Date: _1-29-15_
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

**Nyssa, Oregon**
**Vale, Oregon**
**Phone 541-372-2201**

Contract Year: 2015 crop
Contract number: 15W-21
Date: 2/13/2015

Grower: **Frahm Farm, Inc**
Seller Name: **Rod Frahm**
Address: **418 King Ave**
City, St, Zip: **Ontario, OR 97914**
Phone number: **541-212-3404**
Commodity: **Wheat**
Quantity: **174 tons**
Price per ton: **$191.58**
Contract month: **September-14**
Destination: **Farmers Grain, Nyssa**
Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: Frahm Farm Inc by Rod Frahm
Today's Date: Feb 25, 2015
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-22

Date: 2/13/2015

Grower: Trevor & Spencer Frahm

Seller Name: Trevor & Spencer Frahm

Address: 418 King Ave

City, St, Zip: Ontario, OR 97914

Phone number: 541-212-3404

Commodity: Wheat

Quantity: 30 Ton

Price per ton: $191.58

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: *Spencer Frahm*    *Trevor Frahm*

Today's Date: *4/2/15*

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon

**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-24

**Date:** 2/19/2015

**Grower:** Little Creek Ranch

**Seller Name:** Ron Zabel

**Address:** 34833 Hwy 95

**City, St, Zip:** Parma, ID 83660

**Phone number:** 208-674-1300

**Commodity:** Wheat

**Quantity:** 60 tons

**Price per ton:** $195.40

**Contract month:** September-14

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Ronald R Zabel_

Today's Date: _FEB 19, 2015_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-25

Date: 2/19/2015

Grower: Saito Farms, Inc

Seller Name: Steve Saito

Address: 3751 Hwy 201

City, St, Zip: Ontario, OR 97914

Phone number: 541-212-1144

Commodity: Wheat

Quantity: 240 tons

Price per ton: $195.40

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Steven n Saito_

Today's Date: _2/23/15_

Crop Lien Holder: _Farm Credit_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-26

Date: 2/25/2015

Grower: Pete Morgan

Seller Name: Pete Morgan

Address: 3720 Hwy 95

City, St, Zip: Parma, ID 83660

Phone number: 208-707-2381

Commodity: Wheat

Quantity: 21 tons (700 bu)

Price per ton: 191.67 (9.58 cwt)

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Pete Morgan_

Print Name: _Pete Morgan_

Today's Date: _3-7-2015_

Crop Lien Holder: _none_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-27

Date: 3/16/2015

Grower: Yano Farms
Seller Name: Kris Yano
Address: 5316 Hwy 201
City, St, Zip: Ontario, OR 97914
Phone number: (208) 405-9264
Commodity: Wheat
Quantity: 150 tons
Price per ton: $191.67
Contract month: September-14
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: Kris Yano

Today's Date: 3-26-2015

Crop Lien Holder: None

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-28

Date: 4/2/2015

Grower: Peterson Farms, Inc

Seller Name: Bob Peterson

Address: 2597 Hwy 201

City, St, Zip: Nyssa, OR 97913

Phone number: 208-941-6631

Commodity: Wheat

Quantity: 500 tons

Price per ton: $198.83

Contract month: September-14

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-29

Date: 4/3/2015

Grower: **Deseret Farms, Inc**

Seller Name: **Warren Farmer**

Address: **PO Box 1585**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **208 573-5823**

Commodity: **Wheat**

Quantity: **300T (10,000 bu)**

Price per ton: **198.67 (5.96/bu)**

Contract month: **September-14**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Deseret Farms by Warren Far_

Print Name: _Warren Farmer_

Today's Date: _4-3-15_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-30

Date: 4/3/2015

Grower: Alscott Farms, LLC

Seller Name: Doug Tracy

Address: 350 Gamble Island Rd.

City, St, Zip: Nyssa, OR 97913

Phone number: 208-739-1957

Commodity: Wheat

Quantity: 150 tons          (5,000 bu)

Price per ton: $198.67      (5.96/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: *Alscott Farms LLC. Mgr Doug Tracy*

Print Name: *Alscott Farm's LLC. Mgr Doug Tracy*

Today's Date: 4/7/15

Crop Lien Holder: *None*

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-31

**Date:** 4/6/2015

| | |
|---|---|
| **Grower:** | Sage Farms |
| **Seller Name:** | Leroy Loomis |
| **Address:** | 1203 Tara Ct |
| **City, St, Zip:** | Fruitland, ID 83619 |
| **Phone number:** | 541-235-2629 |
| **Commodity:** | Wheat |
| **Quantity:** | 900 tons        (30,000 bu) |
| **Price per ton:** | $196.00        (5.88/bu) |
| **Contract month:** | September 2015 |
| **Destination:** | Farmers Grain, Nyssa |
| **Moisture:** | 12% |

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: _William L. Johnson_ PRESIDENT

Today's Date: _4/13/15_

Crop Lien Holder: _Northwest Farm Credit Services_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-32**

Date: **5/14/2015**

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **Wheat**

Quantity: **60 tons**      (2,000 bu)

Price per ton: **$188.67**      (5.66/bu)

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Bruce Rba_

Print Name: _Broic Corn_

Today's Date: _21 May_

Crop Lien Holder: _Columbia Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-33

Date: 5/14/2015

Grower: Sage Farms

Seller Name: Leroy Loomis

Address: 1203 Tara Ct.

City, St, Zip: Fruitland, ID 83619

Phone number: 541-235-2629

Commodity: Wheat

Quantity: 450 tons     (15,000 bu)

Price per ton: $186.67     (5.60/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer:

Seller: _PRESIDENT_

Print Name: _William A. Johnson PRESIDENT_

Today's Date: _16 May 2015_

Crop Lien Holder: _Northwest Farm Credit Services_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon                                   Contract Year: 2015 crop
Vale, Oregon                            Contract number: 15W-34
Phone 541-372-2201                                   Date: 5/18/2015

Grower: Sherwin Sundberg
Seller Name: Sherwin Sundberg
Address: PO Box 183
City, St, Zip: Grand View, ID 83624
Phone number: (208) 599-4651
Commodity: Wheat
Quantity: 135 tons        (4,500 bu)
Price per ton: $191.33        (5.74/bu)
Contract month: September 2015
Destination: Farmers Grain, Nyssa (Hauling by Farmers Grain from Grower's bin in Grand View to Nyssa is $5.00 per ton.)
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Sherwin Sundberg_
Print Name: _H_
Today's Date: _7-16-2015_
Crop Lien Holder: _None_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year: 2015 crop**

**Contract number: 15W-35**

**Date: 5/19/2015**

**Grower:** Froerer Farms

**Seller Name:** Jake May

**Address:** 3150 Echo Rd.

**City, St, Zip:** Nyssa, OR 97913

**Phone number:** (541) 212-3225

**Commodity:** Wheat

**Quantity:** 670.5 tons    (22,350 bu)

**Price per ton:** $182.67        (5.48/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Froerer Farms Inc_

Print Name: _FRoerer Farms Inc_

Today's Date: _5-27/2015_

Crop Lien Holder: _none_

_Eldon Froerer_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-36

Date:  6/4/2015

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 200 tons      (6,667 bu)

Price per ton: $187.66      (5.63/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: KENNETH  Jensen

Today's Date:  8-20-15

Crop Lien Holder:  NONE

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

**Nyssa, Oregon**
**Vale, Oregon**
**Phone 541-372-2201**

**Contract Year:** 2015 crop
**Contract number:** 15W-37
**Date:** 6/4/2015

**Grower:** Blaine Hulet
**Seller Name:** Blaine Hulet
**Address:** 22941 Hwy 78
**City, St, Zip:** Murphy, ID 83650
**Phone number:** (208) 250-5729
**Commodity:** Wheat
**Quantity:** 150 tons    (5,000 bu)
**Price per ton:** $186.66    (5.60/bu)
**Contract month:** September 2015
**Destination:** Farmers Grain, Nyssa
**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _B Blaine Hulet_
Print Name: _Blaine Hulet_
Today's Date: _6-20-15_
Crop Lien Holder: _N/A_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-38**

Date: **6/12/2015**

Grower: **VHS Farms**

Seller Name: **Van Schulthies**

Address: **1004 Enterprise Ave**

City, St, Zip: **Nyssa, OR 97913**

Phone number: **(541) 212-6064**

Commodity: **Wheat**

Quantity: **400 tons**      **(13,333 bu)**

Price per ton: **$180.33**      **(5.41/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted If over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Van Schulthies VHS Farms_

Print Name: _Van Schulthies_

Today's Date: _6/18/15_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-39

Date: 6/26/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons        (2,000 bu)

Price per ton: $198.00        (5.94/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: **2015 crop**

Contract number: **15W-40**

Date: **6/26/2015**

Grower: **Dave Belnap**

Seller Name: **Dave Belnap**

Address: **1645 3rd Ave East**

City, St, Zip: **Vale, OR 97918**

Phone number: **(541) 235-2625**

Commodity: **Wheat**

Quantity: **1,000 tons    (33,333 bu)**

Price per ton: **$198.00    (5.94/bu)**

Contract month: **September 2015**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: DAVID BELNAP

Today's Date: 1-30-2015

Crop Lien Holder: ZIONS BANK

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-41

**Date:** 6/26/2015

**Grower:** Alscott Farms, LLC

**Seller Name:** Doug Tracy

**Address:** 350 Gamble Island Rd

**City, St, Zip:** Nyssa, OR 97913

**Phone number:** (208) 739-1957

**Commodity:** Wheat

**Quantity:** 150 tons      (5,000 bu)

**Price per ton:** $198.00      (5.94/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Alscott Farm's LLC Mgr Doug Tr_

Print Name: _Alscott Farm's LLC. "Doug Tral_

Today's Date: _7/1/2015_

Crop Lien Holder: _None_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

**Nyssa, Oregon**

**Vale, Oregon**

**Phone 541-372-2201**

**Contract Year: 2015 crop**

**Contract number: 15W-42**

**Date: 6/26/2015**

|  |  |
|---|---|
| Grower: | Don Ensz |
| Seller Name: | Don Ensz |
| Address: | 1297 Hillcrest Dr. |
| City, St, Zip: | Vale, OR 97918 |
| Phone number: | (541) 473-4037 |
| Commodity: | Wheat |
| Quantity: | 150 tons    (5,000 bu) |
| Price per ton: | $198.00    (5.94/bu) |
| Contract month: | September 2015 |
| Destination: | Farmers Grain, Nyssa |
| Moisture: | 12% |

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Don Ensz_

Today's Date: _6/30/15_

Crop Lien Holder: _Zions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

**Nyssa, Oregon**

**Vale, Oregon**

**Phone 541-372-2201**

**Contract Year:** 2015 crop

**Contract number:** 15W-43

**Date:** 6/29/2015

**Grower:** VHS Farms

**Seller Name:** Van Schulthies

**Address:** 1004 Enterprise Ave

**City, St, Zip:** Nyssa, OR 97913

**Phone number:** (541) 212-6064

**Commodity:** Wheat

**Quantity:** 200 tons    (6,667 bu)

**Price per ton:** $201.33    (6.04/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Van Schulthies_

Print Name: _Van Schulthies_

Today's Date: _7/13/15_

Crop Lien Holder: _Lions Bank_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-44

Date: 6/30/2015

Grower: Sam Barton

Seller Name: Sam Barton

Address: 923 Grand Ave

City, St, Zip: Nyssa, OR 97913

Phone number: (541) 372-5393

Commodity: Wheat

Quantity: 150 tons      (5,000 bu)

Price per ton: $213.67      (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _SAMUEL W BARTON_

Today's Date: _June 30 15_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-45

Date: 6/30/2015

Grower: Deseret Farms, Inc

Seller Name: Warren Farmer

Address: PO Box 1585

City, St, Zip: Nyssa, OR 97913

Phone number: (208) 573-5823

Commodity: Wheat

Quantity: 600 tons       (20,000 bu)

Price per ton: $213.67       (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Deseret Farms Inc by James A Farmer_

Print Name: _JAMES G. FARMER_

Today's Date: _7-7-15_

Crop Lien Holder: _NW Farm Cr. Svcs._

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-46

Date: 6/30/2015

Grower: Lammey Farms, LLC

Seller Name: Tim Lammey

Address: 27370 Hwy 30

City, St, Zip: Caldwell, ID 83607

Phone number: (208) 573-2981

Commodity: Wheat

Quantity: 300 tons     (10,000 bu)

Price per ton: $213.67     (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

| | |
|---|---|
| Nyssa, Oregon | Contract Year: 2015 crop |
| Vale, Oregon | Contract number: 15W-47 |
| Phone 541-372-2201 | Date: 6/30/2015 |

Grower: Bruce Corn
Seller Name: Bruce Corn
Address: 650 Hwy 20-26
City, St, Zip: Ontario, OR 97914
Phone number: (208) 707-1539
Commodity: Wheat
Quantity: 60 tons        (2,000 bu)
Price per ton: $213.67        (6.41/bu)
Contract month: September 2015
Destination: Farmers Grain, Nyssa
Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____
Print Name: _____
Today's Date: _____
Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-48

Date: 6/30/2015

Grower: Don Ensz

Seller Name: Don Ensz

Address: 1297 Hillcrest Dr

City, St, Zip: Vale, OR 97918

Phone number: (541) 473-4037

Commodity: Wheat

Quantity: 150 tons     (5,000 bu)

Price per ton: $213.67     (6.41/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer:

Seller:

Print Name: Don Ensz

Today's Date: 7/7/15

Crop Lien Holder: Zions Bank

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon                          Contract Year: 2015 crop

Vale, Oregon                          Contract number: 15W-49

Phone 541-372-2201                          Date:  7/2/2015

Grower: Bruce Corn

Seller Name: Bruce Corn

Address: 650 Hwy 20-26

City, St, Zip: Ontario, OR 97914

Phone number: (208) 707-1539

Commodity: Wheat

Quantity: 60 tons          (2,000 bu)

Price per ton: $209.33          (6.28/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____          Seller: _____

Print Name: _____

Today's Date: _____

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year: 2015 crop**

**Contract number: 15W-51**

**Date: 7/3/2015**

**Grower:** Gressley Farms

**Seller Name:** Scott Gressley

**Address:** 4010 Freese Ln

City, St, Zip: Vale, OR 97918

**Phone number:** (541) 881-6162

**Commodity:** Wheat

**Quantity:** 150 tons        (5,000 bu)

**Price per ton:** $210.00        (6.30/bu)

**Contract month:** September 2015

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Robert K Gressley_

Today's Date: _7 - 10 - 15_

Crop Lien Holder: _NW Farm Credit_

# Farmers Grain

### 255 King Ave. Nyssa, Oregon
### Wheat Contract

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-52

Date: 7/22/2015

Grower: Eddie Heid

Seller Name: Evelyn Heid

Address: 5410 John Day Hwy

City, St, Zip: Jamieson, OR 97909

Phone number: 541-473-2090

Commodity: Wheat

Quantity: 40 tons       (1,333 bu)

Price per ton: $183.67      (5.51/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Evelyn F. Heid_

Print Name: _Evelyn F Heid_

Today's Date: _7-27-15_

Crop Lien Holder: _____

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-53

Date: 7/30/2015

Grower: Kenneth Jensen Farms, LLC

Seller Name: Kenneth Jensen

Address: 2436 11th Ave E

City, St, Zip: Vale, OR 97918

Phone number: (541) 881-9247

Commodity: Wheat

Quantity: 250 tons        (8,333 bu)

Price per ton: $181.60        (5.45/bu)

Contract month: September 2015

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____

Print Name: _Kenneth Jensen_

Today's Date: _8-20-15_

Crop Lien Holder: _None_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

**Contract Year:** 2015 crop

**Contract number:** 15W-54

**Date:** 8/7/2015

**Grower:** Sage Farms

**Seller Name:** Leroy Loomis

**Address:** 1203 Tara Ct.

**City, St, Zip:** Fruitland, ID 83619

**Phone number:** 541-235-2629

**Commodity:** Wheat

**Quantity:** 750 tons      (25,000 bu)

**Price per ton:** $200.67      (6.02/bu)

**Contract month:** December 2015. **This contract to be paid in December 2015.**

**Destination:** Farmers Grain, Nyssa

**Moisture:** 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _____ PRESIDENT

Print Name: Willard Johnson, PRESIDENT

Today's Date: 10 Aug 2015

Crop Lien Holder: Northwest Farm Credit Services

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2015 crop

Contract number: 15W-55

Date: 9/18/2015

Grower: Froerer Farms

Seller Name: Jake May

Address: 3150 Echo Rd

City, St, Zip: Nyssa, OR 97913

Phone number: 541-212-3225

Commodity: SW Wheat

Quantity: 1,447.86 tons    (48,262 bu)

Price per ton: $181.00    (5.43/bu)

Contract month: December 2015. **This contract to be paid April 15, 2016** *¢ ip*

Destination: Farmers Grain, Nyssa

Moisture: 12%

Contract notes: Wheat will be discounted if over 12% and may be rejected at buyers discretion.

1.  Payments cannot be issued until lien search is received
2.  This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3.  Please sign and return this/a copy of the contract.

Buyer: _____

Seller: _Froerer Farms In_

Print Name: _Jake May Colleen Froerer_

Today's Date: _9/26_

Crop Lien Holder: _none_

# Farmers Grain

255 King Ave. Nyssa, Oregon
**Wheat Contract**

Nyssa, Oregon

Vale, Oregon

Phone 541-372-2201

Contract Year: 2016 crop

Contract number: 16W-34

Date: 7/22/2016

Grower: **Bruce Corn**

Seller Name: **Bruce Corn**

Address: **650 Hwy 20-26**

City, St, Zip: **Ontario, OR 97914**

Phone number: **(208) 707-1539**

Commodity: **SW Wheat**

Quantity: **60 tons**     (2,000 bu)

Price per ton: **$139.00**     (4.17/bu)

Contract month: **September 2016**

Destination: **Farmers Grain, Nyssa**

Moisture: **12%**

Contract notes: Wheat will be discounted if over 12% moisture and may be rejected at buyers discretion.

1. Payments cannot be issued until lien search is received
2. This contract confirms the parties oral agreement to buy and sell. The statements above and below are understood to be an accurate statement of the terms and conditions of the agreement between the parties hereto. Failure to advise buyer immediately in writing of any discrepancies, objections to or disagreement with such terms and conditions shall be construed as an acceptance of this contract.

3. Please sign and return this/a copy of the contract.

Buyer: _____

Chet Millsap

Seller: _Bruce R. C_____

Print Name: _Bruce R. Corn_

Today's Date: _21 July 16_

Crop Lien Holder: _Columbia Bank_

09/26/2017  10:12:22PM

Shipment Listing By Commodity Report

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02005478 | 07/20/15 | TRICG | Tri Cities Grain | SW-32 | MIGUEL | 95,260 | 35,680 | 59,580 | |
| 1 - 02005480 | 07/20/15 | TRICG | Tri Cities Grain | SW-31 | MARKOS | 96,000 | 34,820 | 61,180 | |
| 1 - 02005482 | 07/20/15 | TRICG | Tri Cities Grain | SW-33 | ALEX | 92,320 | 32,480 | 59,840 | |
| 1 - 02005490 | 07/21/15 | TRICG | Tri Cities Grain | | CHASE | 95,840 | 35,280 | 60,560 | |
| 1 - 02005491 | 07/21/15 | TRICG | Tri Cities Grain | SW-34 | ARMANDO | 94,320 | 36,480 | 57,840 | |
| 1 - 02005492 | 07/21/15 | TRICG | Tri Cities Grain | SW-35 | DEBBIE | 95,420 | 34,300 | 61,120 | |
| 1 - 02005520 | 07/23/15 | TRICG | Tri Cities Grain | SW-37 | MARCOS | 96,600 | 34,520 | 62,080 | |
| 1 - 02005523 | 07/23/15 | TRICG | Tri Cities Grain | SW-39 | CASEY | 101,420 | 36,960 | 64,460 | |
| 1 - 02005525 | 07/23/15 | TRICG | Tri Cities Grain | SW-38 | KALEB | 95,380 | 36,140 | 59,240 | |
| 1 - 02005528 | 07/23/15 | TRICG | Tri Cities Grain | SW-40 | ALFONSO | 100,700 | 36,900 | 63,800 | |
| 1 - 02005529 | 07/23/15 | TRICG | Tri Cities Grain | SW-41 | JAVIER | 95,780 | 35,280 | 60,500 | |
| 1 - 02005533 | 07/24/15 | TRICG | Tri Cities Grain | SW-42 | DEMETRIO | 79,780 | 30,240 | 49,540 | |
| 1 - 02005535 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 | CHASE | 95,820 | 35,360 | 60,460 | |
| 1 - 02005539 | 07/24/15 | TRICG | Tri Cities Grain | SW-43 | ARMANDO | 94,500 | 36,620 | 57,880 | |
| 1 - 02005542 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 A | CHARLIE | 105,760 | 34,000 | 71,760 | |
| 1 - 02005544 | 07/24/15 | TRICG | Tri Cities Grain | SW-44 | NATO | 88,000 | 32,240 | 55,760 | |
| 1 - 02005547 | 07/24/15 | TRICG | Tri Cities Grain | SW-45 | WAYNE | 105,520 | 32,800 | 72,720 | |
| 1 - 02005552 | 07/24/15 | TRICG | Tri Cities Grain | | SANTOS | 97,620 | 34,580 | 63,040 | |
| 1 - 02005553 | 07/24/15 | TRICG | Tri Cities Grain | SW-46 | ALFONZO | 101,600 | 36,960 | 64,640 | |
| 1 - 02005555 | 07/24/15 | TRICG | Tri Cities Grain | SW-47 | JOSE | 99,420 | 35,640 | 63,780 | |
| 1 - 02005556 | 07/25/15 | TRICG | Tri Cities Grain | SW-48 | KALEB | 95,960 | 35,260 | 60,700 | |
| 1 - 02005561 | 07/27/15 | TRICG | Tri Cities Grain | SW-49 | ALEX | 93,020 | 32,180 | 60,840 | |
| 1 - 02005564 | 07/27/15 | TRICG | Tri Cities Grain | SW-50 | ABEL | 96,760 | 36,020 | 60,740 | |
| 1 - 02005572 | 07/27/15 | TRICG | Tri Cities Grain | SW-53 | CHARLIE | 104,580 | 33,920 | 70,660 | |
| 1 - 02005574 | 07/27/15 | TRICG | Tri Cities Grain | SW-54 | CHASE | 95,960 | 35,220 | 60,740 | |
| 1 - 02005581 | 07/28/15 | TRICG | Tri Cities Grain | SW-51 | NATO | 87,400 | 32,120 | 55,280 | |
| 1 - 02005584 | 07/28/15 | TRICG | Tri Cities Grain | SW-55 | CHARLIE | 104,320 | 34,300 | 70,020 | |
| 1 - 02005587 | 07/28/15 | TRICG | Tri Cities Grain | SW-56 | CHASE | 95,440 | 35,080 | 60,360 | |
| 1 - 02005588 | 07/28/15 | TRICG | Tri Cities Grain | SW-57 | WAYNE | 105,500 | 32,780 | 72,720 | |
| 1 - 02005596 | 07/29/15 | TRICG | Tri Cities Grain | SW-52 | ARMANDO | 92,160 | 35,220 | 56,940 | |
| 1 - 02005602 | 07/29/15 | TRICG | Tri Cities Grain | SW-58 | CHARLIE | 104,800 | 34,300 | 70,500 | |
| 1 - 02005617 | 07/30/15 | TRICG | Tri Cities Grain | SW-59 | CHASE | 95,260 | 34,780 | 60,480 | |
| 1 - 02005618 | 07/30/15 | TRICG | Tri Cities Grain | SW-60 | CASEY | 102,380 | 36,560 | 65,820 | |
| 1 - 02005628 | 07/31/15 | TRICG | Tri Cities Grain | SW-64 | WAYNE | 105,540 | 32,820 | 72,720 | |
| 1 - 02005629 | 07/31/15 | TRICG | Tri Cities Grain | SW-62 | BRAD | 79,780 | 28,100 | 51,680 | |
| 1 - 02005630 | 07/31/15 | TRICG | Tri Cities Grain | SW-63 | BOB | 96,740 | 36,680 | 60,060 | |
| 1 - 02005631 | 07/31/15 | TRICG | Tri Cities Grain | SW-61 | ARAMONDO | 93,000 | 35,220 | 57,780 | |
| 1 - 02005635 | 07/31/15 | TRICG | Tri Cities Grain | SW-69 | CHASE | 95,860 | 35,080 | 60,780 | |
| 1 - 02005639 | 07/31/15 | TRICG | Tri Cities Grain | SW-70 | CHARLIE | 105,580 | 34,280 | 71,300 | |
| 1 - 02005642 | 08/01/15 | TRICG | Tri Cities Grain | SW-68 | SANTOS | 98,180 | 34,460 | 63,720 | |
| 1 - 02005643 | 08/01/15 | TRICG | Tri Cities Grain | SW-65 | CASEY | 101,540 | 36,920 | 64,620 | |
| 1 - 02005644 | 08/01/15 | TRICG | Tri Cities Grain | SW-66 | RYAN | 99,500 | 38,640 | 60,860 | |
| 1 - 02005645 | 08/01/15 | TRICG | Tri Cities Grain | SW-67 | CALEB | 96,260 | 36,200 | 60,060 | |
| 1 - 02005650 | 08/03/15 | TRICG | Tri Cities Grain | SW-72 | KILE | 102,020 | 37,720 | 64,300 | |
| 1 - 02005651 | 08/03/15 | TRICG | Tri Cities Grain | SW-71 | ALEX | 94,100 | 32,040 | 62,060 | |
| 1 - 02005652 | 08/03/15 | TRICG | Tri Cities Grain | SW-73 | CALEB | 96,140 | 36,260 | 59,880 | |
| 1 - 02005653 | 08/03/15 | TRICG | Tri Cities Grain | SW-74 | RYAN | 99,520 | 38,620 | 60,900 | |
| 1 - 02005656 | 08/03/15 | TRICG | Tri Cities Grain | SW-75 | WAYNE | 105,540 | 32,860 | 72,680 | |
| 1 - 02005658 | 08/03/15 | TRICG | Tri Cities Grain | SW-76 | SANTOS | 97,500 | 34,380 | 63,120 | |
| 1 - 02005659 | 08/03/15 | TRICG | Tri Cities Grain | SW-78 | CHARLIE | 105,240 | 34,300 | 70,940 | |
| 1 - 02005670 | 08/04/15 | TRICG | Tri Cities Grain | SW-78 | HEATH | 105,520 | 33,400 | 72,120 | |
| 1 - 02005672 | 08/04/15 | TRICG | Tri Cities Grain | SW-79 | ERIC | 94,320 | 35,100 | 59,220 | |
| 1 - 02005673 | 08/04/15 | TRICG | Tri Cities Grain | SW-80 | KEVIN | 96,160 | 34,740 | 61,420 | |
| 1 - 02005676 | 08/04/15 | TRICG | Tri Cities Grain | SW-81 | WAYNE | 105,560 | 32,860 | 72,700 | |
| 1 - 02005677 | 08/04/15 | TRICG | Tri Cities Grain | | CHASE | 95,480 | 35,000 | 60,480 | |
| 1 - 02005679 | 08/04/15 | TRICG | Tri Cities Grain | | JOSE | 96,460 | 35,080 | 61,380 | |
| 1 - 02005681 | 08/04/15 | TRICG | Tri Cities Grain | SW-83 | CHARLIE | 105,260 | 34,280 | 70,980 | |
| 1 - 02005683 | 08/04/15 | TRICG | Tri Cities Grain | SW-84 | DENVER | 96,420 | 34,240 | 62,180 | |
| 1 - 02005684 | 08/04/15 | TRICG | Tri Cities Grain | SW-85 | VICENTE | 98,460 | 34,780 | 63,680 | |
| 1 - 02005685 | 08/04/15 | TRICG | Tri Cities Grain | SW-86 | NELSON | 102,780 | 36,600 | 66,180 | |
| 1 - 02005688 | 08/05/15 | TRICG | Tri Cities Grain | SW-87 | HEATH | 105,160 | 32,940 | 72,220 | |
| 1 - 02005689 | 08/05/15 | TRICG | Tri Cities Grain | SW-88 | KALEB | 96,220 | 36,160 | 60,060 | |
| 1 - 02005690 | 08/05/15 | TRICG | Tri Cities Grain | SW-89 | KEVIN | 96,940 | 34,900 | 62,040 | |
| 1 - 02005693 | 08/05/15 | TRICG | Tri Cities Grain | SW-90 | CHARLIE | 105,440 | 34,320 | 71,120 | |
| 1 - 02005694 | 08/05/15 | TRICG | Tri Cities Grain | SW-91 | CHASE | 95,300 | 35,040 | 60,260 | |
| 1 - 02005696 | 08/05/15 | TRICG | Tri Cities Grain | SW-94 | WAYNE | 105,580 | 32,800 | 72,780 | |
| 1 - 02005703 | 08/06/15 | TRICG | Tri Cities Grain | SW-93 | HEATH | 105,480 | 32,960 | 72,520 | |
| 1 - 02005707 | 08/06/15 | TRICG | Tri Cities Grain | SW-92 | ERIC | 94,600 | 34,800 | 59,800 | |
| 1 - 02005708 | 08/06/15 | TRICG | Tri Cities Grain | SW-98 | DENVER | 96,180 | 34,140 | 62,040 | |
| 1 - 02005710 | 08/06/15 | TRICG | Tri Cities Grain | SW-95 | WAYNE | 105,520 | 32,860 | 72,660 | |
| 1 - 02005711 | 08/06/15 | TRICG | Tri Cities Grain | SW-96 | KEVIN | 97,000 | 34,960 | 62,040 | |
| 1 - 02005713 | 08/06/15 | TRICG | Tri Cities Grain | SW-98 | NELSON | 102,820 | 36,220 | 66,600 | |
| 1 - 02005715 | 08/06/15 | TRICG | Tri Cities Grain | SW-99 | SANTOS | 97,240 | 34,740 | 62,500 | |
| 1 - 02005722 | 08/07/15 | TRICG | Tri Cities Grain | SW-100 | CHASE | 96,060 | 35,480 | 60,580 | |

EXHIBIT 8

FG 36072

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
Document    Page 124 of 142

09/26/2017  10:12:22PM

Shipment Listing By Commodity Report

Page:    8

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02005723 | 08/07/15 | TRICG | Tri Cities Grain | SW-101 | HEATH | 105,540 | 32,900 | 72,640 | |
| 1 - 02005726 | 08/07/15 | TRICG | Tri Cities Grain | SW-97 | ERIC | 94,960 | 34,640 | 60,320 | |
| 1 - 02005727 | 08/07/15 | TRICG | Tri Cities Grain | SW-102 | WAYNE | 105,620 | 32,900 | 72,720 | |
| 1 - 02005728 | 08/07/15 | TRICG | Tri Cities Grain | SW-108 | KEVIN | 97,020 | 34,900 | 62,120 | |
| 1 - 02005730 | 08/07/15 | TRICG | Tri Cities Grain | SW-109 | RICHARD | 102,000 | 39,800 | 62,200 | |
| 1 - 02005731 | 08/08/15 | TRICG | Tri Cities Grain | SW-104 | JESUS | 99,820 | 37,340 | 62,480 | |
| 1 - 02005732 | 08/08/15 | TRICG | Tri Cities Grain | SW-103 | EDDY | 99,820 | 36,040 | 63,780 | |
| 1 - 02005733 | 08/08/15 | TRICG | Tri Cities Grain | SW-106 | GUS | 99,820 | 37,900 | 61,920 | |
| 1 - 02005734 | 08/08/15 | TRICG | Tri Cities Grain | SW-105 | ANTONIO | 99,380 | 36,180 | 63,200 | |
| 1 - 02005735 | 08/08/15 | TRICG | Tri Cities Grain | SW-111 | SANTOS | 97,160 | 34,720 | 62,440 | |
| 1 - 02005738 | 08/08/15 | TRICG | Tri Cities Grain | SW-115 | JOSE | 96,000 | 35,040 | 60,960 | |
| 1 - 02005739 | 08/10/15 | TRICG | Tri Cities Grain | SW-112 | JON | 105,480 | 33,200 | 72,280 | |
| 1 - 02005741 | 08/10/15 | TRICG | Tri Cities Grain | SW-113 | BRAD | 105,480 | 33,000 | 72,480 | |
| 1 - 02005743 | 08/10/15 | TRICG | Tri Cities Grain | SW-114 | HEATH | 105,660 | 32,900 | 72,760 | |
| 1 - 02005752 | 08/10/15 | TRICG | Tri Cities Grain | SW-116 | KEVIN | 97,800 | 34,960 | 62,840 | |
| 1 - 02005753 | 08/10/15 | TRICG | Tri Cities Grain | SW-117 | CHASE | 95,340 | 35,100 | 60,240 | |
| 1 - 02005757 | 08/11/15 | TRICG | Tri Cities Grain | SW-118 | SANTOS | 97,300 | 34,740 | 62,560 | |
| 1 - 02005760 | 08/11/15 | TRICG | Tri Cities Grain | SW-119 | BRAD | 105,540 | 32,860 | 72,680 | |
| 1 - 02005762 | 08/11/15 | TRICG | Tri Cities Grain | SW-120 | HEATH | 105,520 | 32,940 | 72,580 | |
| 1 - 02005763 | 08/11/15 | TRICG | Tri Cities Grain | SW-121 | JON | 105,240 | 32,720 | 72,520 | |
| 1 - 02005770 | 08/11/15 | TRICG | Tri Cities Grain | SW-122 | KEVIN | 97,920 | 34,960 | 62,960 | |
| 1 - 02005773 | 08/11/15 | TRICG | Tri Cities Grain | SW-123 | CHASE | 95,320 | 35,120 | 60,200 | |
| 1 - 02005776 | 08/12/15 | TRICG | Tri Cities Grain | SW-124 | SANTOS | 97,780 | 34,740 | 63,040 | |
| 1 - 02005779 | 08/12/15 | TRICG | Tri Cities Grain | SW-125 | BRAD | 105,500 | 32,920 | 72,580 | |
| 1 - 02005781 | 08/12/15 | TRICG | Tri Cities Grain | SW-126 | HEATH | 105,520 | 32,860 | 72,660 | |
| 1 - 02005788 | 08/12/15 | TRICG | Tri Cities Grain | SW-128 | WAYNE | 104,620 | 33,100 | 71,520 | |
| 1 - 02005789 | 08/12/15 | TRICG | Tri Cities Grain | SW-129 | DENVER | 96,620 | 34,880 | 61,740 | |
| 1 - 02005794 | 08/12/15 | TRICG | Tri Cities Grain | SW-130 | KEVIN | 97,020 | 34,900 | 62,120 | |
| 1 - 02005795 | 08/12/15 | TRICG | Tri Cities Grain | SW-127 | KEN | 85,660 | 30,980 | 54,680 | |
| 1 - 02005797 | 08/12/15 | TRICG | Tri Cities Grain | SW-131 | JAVIER | 95,960 | 34,660 | 61,300 | |
| 1 - 02005800 | 08/13/15 | TRICG | Tri Cities Grain | SW-132 | SANTOS | 97,600 | 34,760 | 62,840 | |
| 1 - 02005802 | 08/13/15 | TRICG | Tri Cities Grain | SW-133 | JON | 105,800 | 32,760 | 73,040 | |
| 1 - 02005803 | 08/13/15 | TRICG | Tri Cities Grain | SW-134 | BRAD | 105,800 | 32,880 | 72,920 | |
| 1 - 02005805 | 08/13/15 | TRICG | Tri Cities Grain | SW-138 | WAYNE | 105,500 | 32,860 | 72,640 | |
| 1 - 02005806 | 08/13/15 | TRICG | Tri Cities Grain | SW-136 | NELSON | 104,980 | 47,500 | 57,480 | |
| 1 - 02005807 | 08/13/15 | TRICG | Tri Cities Grain | SW-135 | HEATH | 105,580 | 32,840 | 72,740 | |
| 1 - 02005809 | 08/13/15 | TRICG | Tri Cities Grain | SW-137 | LONNIE | 101,680 | 37,180 | 64,500 | |
| 1 - 02005813 | 08/13/15 | TRICG | Tri Cities Grain | SW-139 | KEVIN | 97,320 | 34,980 | 62,340 | |
| 1 - 02005817 | 08/13/15 | TRICG | Tri Cities Grain | SW-140 | KEN | 85,800 | 31,240 | 54,560 | |
| 1 - 02005821 | 08/14/15 | TRICG | Tri Cities Grain | SW-141 | BRAD | 105,320 | 32,860 | 72,460 | |
| 1 - 02005823 | 08/14/15 | TRICG | Tri Cities Grain | SW-142 | JON | 105,500 | 32,780 | 72,720 | |
| 1 - 02005824 | 08/14/15 | TRICG | Tri Cities Grain | SW-143 | HEATH | 105,820 | 32,880 | 72,940 | |
| 1 - 02005829 | 08/14/15 | TRICG | Tri Cities Grain | SW-144 | DON | 102,000 | 37,960 | 64,040 | |
| 1 - 02005836 | 08/14/15 | TRICG | Tri Cities Grain | SW-145 | WAYNE | 105,540 | 32,820 | 72,720 | |
| 1 - 02005837 | 08/14/15 | TRICG | Tri Cities Grain | SW-146 | KEVIN | 97,000 | 35,060 | 61,940 | |
| 1 - 02005842 | 08/17/15 | TRICG | Tri Cities Grain | SW-147 | JON | 105,500 | 32,720 | 72,780 | |
| 1 - 02005845 | 08/17/15 | TRICG | Tri Cities Grain | SWW-148 | HEATH | 105,540 | 32,680 | 72,860 | |
| 1 - 02005846 | 08/17/15 | TRICG | Tri Cities Grain | SW-150 | LONNIE | 101,760 | 36,420 | 65,340 | |
| 1 - 02005849 | 08/17/15 | TRICG | Tri Cities Grain | SW-151 | STEVE | 82,140 | 31,960 | 50,180 | |
| 1 - 02005850 | 08/17/15 | TRICG | Tri Cities Grain | SW-152 | BRAD | 105,660 | 32,940 | 72,720 | |
| 1 - 02005851 | 08/17/15 | TRICG | Tri Cities Grain | SW-149 | RANDY | 103,540 | 37,540 | 66,000 | |
| 1 - 02005852 | 08/17/15 | TRICG | Tri Cities Grain | SW-153 | WAYNE | 105,620 | 32,840 | 72,780 | |
| 1 - 02005853 | 08/17/15 | TRICG | Tri Cities Grain | SW-154 | KEVIN | 97,500 | 34,920 | 62,580 | |
| 1 - 02005854 | 08/17/15 | TRICG | Tri Cities Grain | SW-157 | CHASE | 95,280 | 35,140 | 60,140 | |
| 1 - 02005855 | 08/17/15 | TRICG | Tri Cities Grain | SW-155 | BRAD | 91,820 | 34,400 | 57,420 | |
| 1 - 02005856 | 08/17/15 | TRICG | Tri Cities Grain | SW-156 | JOSE | 99,420 | 35,660 | 63,760 | |
| 1 - 02005859 | 08/17/15 | TRICG | Tri Cities Grain | SW-158 | DENVER | 99,040 | 34,640 | 64,400 | |
| 1 - 02005860 | 08/17/15 | TRICG | Tri Cities Grain | SW-159 | VINCE | 98,700 | 34,640 | 64,060 | |
| 1 - 02005861 | 08/18/15 | TRICG | Tri Cities Grain | SW-160 | JON | 105,460 | 32,700 | 72,760 | |
| 1 - 02005863 | 08/18/15 | TRICG | Tri Cities Grain | SW-161 | HEATH | 105,680 | 32,780 | 72,900 | |
| 1 - 02005869 | 08/18/15 | TRICG | Tri Cities Grain | SW-162 | BRAD | 105,320 | 32,820 | 72,500 | |
| 1 - 02005918 | 08/20/15 | TRICG | Tri Cities Grain | SW-163 | WAYNE | 105,380 | 32,720 | 72,660 | |
| 1 - 02005920 | 08/20/15 | TRICG | Tri Cities Grain | SW-164 | KEVIN | 97,520 | 35,000 | 62,520 | |
| 1 - 02005930 | 08/21/15 | TRICG | Tri Cities Grain | SW-165 | KENNETH | 79,740 | 31,900 | 47,840 | |
| 1 - 02005931 | 08/21/15 | TRICG | Tri Cities Grain | SW-166 | JON | 105,520 | 32,780 | 72,740 | |
| 1 - 02005937 | 08/21/15 | TRICG | Tri Cities Grain | SW-167 | BRAD | 105,180 | 32,880 | 72,300 | |
| 1 - 02005942 | 08/21/15 | TRICG | Tri Cities Grain | SW-168 | KEVIN | 97,220 | 35,060 | 62,160 | |
| 1 - 02005964 | 08/24/15 | TRICG | Tri Cities Grain | SW-169 | WAYNE | 105,520 | 32,640 | 72,880 | |
| 1 - 02005965 | 08/24/15 | TRICG | Tri Cities Grain | SW-170 | KEVIN | 96,480 | 34,980 | 61,500 | |
| 1 - 02005976 | 08/25/15 | TRICG | Tri Cities Grain | SW 171 | JON | 105,380 | 32,680 | 72,700 | |
| 1 - 02005978 | 08/25/15 | TRICG | Tri Cities Grain | SW-172 | HEATH | 105,680 | 32,780 | 72,900 | |
| 1 - 02005984 | 08/25/15 | TRICG | Tri Cities Grain | SW-173 | BRAD | 105,420 | 32,840 | 72,580 | |
| 1 - 02005986 | 08/25/15 | TRICG | Tri Cities Grain | SW-174 | KEVIN | 97,060 | 34,880 | 62,180 | |
| 1 - 02005987 | 08/25/15 | TRICG | Tri Cities Grain | SW-175 | WAYNE | 105,540 | 32,740 | 72,800 | |

**FG 36073**

Case 19-06015-TLM   Doc 32   Filed 01/15/20   Entered 01/15/20 15:20:18   Desc Main
Document   Page 125 of 142
09/26/2017  10:12:22PM
Shipment Listing By Commodity Report
Location(s):  1-FARMERS GRAIN
Page:   9

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | **Commodity #: 31** | | | | | | | | |
| 1 - 02005992 | 08/26/15 | TRICG | Tri Cities Grain | SW-176 | JON | 105,520 | 32,700 | 72,820 | |
| 1 - 02005995 | 08/26/15 | TRICG | Tri Cities Grain | SW-177 | HEATH | 105,560 | 32,820 | 72,740 | |
| 1 - 02006007 | 08/26/15 | TRICG | Tri Cities Grain | SW-179 | CHASE | 95,540 | 35,300 | 60,240 | |
| 1 - 02006011 | 08/26/15 | TRICG | Tri Cities Grain | SW-180 | BRAD | 104,740 | 32,980 | 71,760 | |
| 1 - 02006012 | 08/27/15 | TRICG | Tri Cities Grain | SW-181 | JON | 105,500 | 32,700 | 72,800 | |
| 1 - 02006018 | 08/27/15 | TRICG | Tri Cities Grain | SW-182 | KEVIN | 97,760 | 34,880 | 62,880 | |
| 1 - 02006019 | 08/27/15 | TRICG | Tri Cities Grain | SW-183 | BRAD | 104,960 | 32,920 | 72,040 | |
| 1 - 02006026 | 08/28/15 | TRICG | Tri Cities Grain | SW-184 | JON | 105,680 | 32,720 | 72,960 | |
| 1 - 02006048 | 08/28/15 | TRICG | Tri Cities Grain | SW-185 | KEVIN | 97,020 | 34,900 | 62,120 | |
| 1 - 02006061 | 08/31/15 | TRICG | Tri Cities Grain | SW-186 | WILLIEM | 92,440 | 34,660 | 57,780 | |
| 1 - 02006062 | 08/31/15 | TRICG | Tri Cities Grain | SW-187 | MIGUEL | 87,500 | 32,500 | 55,000 | |
| 1 - 02006064 | 08/31/15 | TRICG | Tri Cities Grain | SW-188 | BRAD | 105,280 | 32,840 | 72,440 | |
| 1 - 02006065 | 08/31/15 | TRICG | Tri Cities Grain | SW-189 | KEVIN | 98,280 | 34,900 | 63,380 | |
| 1 - 02006070 | 08/31/15 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 35,200 | 61,300 | |
| 1 - 02006071 | 09/01/15 | TRICG | Tri Cities Grain | SW-192 | JON | 105,540 | 32,700 | 72,840 | |
| 1 - 02006073 | 09/01/15 | TRICG | Tri Cities Grain | SW-190 | ALFONSO | 101,860 | 37,380 | 64,480 | |
| 1 - 02006074 | 09/01/15 | TRICG | Tri Cities Grain | SW-193 | WAYNE | 105,340 | 32,460 | 72,880 | |
| 1 - 02006076 | 09/01/15 | TRICG | Tri Cities Grain | SW-191 | GIL | 94,900 | 36,240 | 58,660 | |
| 1 - 02006077 | 09/01/15 | TRICG | Tri Cities Grain | SW-194 | HEATH | 105,600 | 32,780 | 72,820 | |
| 1 - 02006078 | 09/01/15 | TRICG | Tri Cities Grain | SW-195 | RANDY | 102,600 | 37,580 | 65,020 | |
| 1 - 02006079 | 09/01/15 | TRICG | Tri Cities Grain | SW-192 | ALEX | 94,700 | 31,900 | 62,800 | |
| 1 - 02006085 | 09/01/15 | TRICG | Tri Cities Grain | SW-196 | KEVIN | 97,320 | 34,980 | 62,340 | |
| 1 - 02006088 | 09/01/15 | TRICG | Tri Cities Grain | SW-197 | BRAD | 105,760 | 32,800 | 72,960 | |
| 1 - 02006094 | 09/02/15 | TRICG | Tri Cities Grain | SW-198 | JON | 105,360 | 32,720 | 72,640 | |
| 1 - 02006096 | 09/02/15 | TRICG | Tri Cities Grain | SW-200 | WAYNE | 106,040 | 32,460 | 73,580 | |
| 1 - 02006106 | 09/02/15 | TRICG | Tri Cities Grain | SW-201 | CHASE | 95,700 | 35,280 | 60,420 | |
| 1 - 02006108 | 09/02/15 | TRICG | Tri Cities Grain | SW-202 | BRAD | 105,220 | 32,780 | 72,440 | |
| 1 - 02006110 | 09/02/15 | TRICG | Tri Cities Grain | SW-203 | KEVIN | 97,960 | 34,860 | 63,100 | |
| 1 - 02006115 | 09/02/15 | TRICG | Tri Cities Grain | | JOSE | 96,520 | 34,400 | 62,120 | |
| 1 - 02008832 | 09/02/15 | TRICG | Tri Cities Grain | SW-199 | HEATH | 105,440 | 32,840 | 72,600 | |
| 1 - 02006117 | 09/03/15 | TRICG | Tri Cities Grain | SW-204 | JON | 105,200 | 32,700 | 72,500 | |
| 1 - 02006118 | 09/03/15 | TRICG | Tri Cities Grain | SW-205 | HEATH | 105,540 | 32,760 | 72,780 | |
| 1 - 02006126 | 09/03/15 | TRICG | Tri Cities Grain | SW-206 | BRAD | 105,900 | 32,720 | 73,180 | |
| 1 - 02006127 | 09/03/15 | TRICG | Tri Cities Grain | SW-207 | WAYNE | 105,380 | 32,340 | 73,040 | |
| 1 - 02006128 | 09/03/15 | TRICG | Tri Cities Grain | SW-208 | KEVIN | 97,680 | 34,840 | 62,840 | |
| 1 - 02006135 | 09/04/15 | TRICG | Tri Cities Grain | SW-209 | JON | 105,120 | 32,660 | 72,460 | |
| 1 - 02006137 | 09/04/15 | TRICG | Tri Cities Grain | SW-210 | HEATH | 105,460 | 32,680 | 72,780 | |
| 1 - 02006138 | 09/04/15 | TRICG | Tri Cities Grain | SW-211 | CHASE | 95,920 | 35,220 | 60,700 | |
| 1 - 02006152 | 09/04/15 | TRICG | Tri Cities Grain | SW-212 | WAYNE | 105,460 | 32,360 | 73,100 | |
| 1 - 02006153 | 09/04/15 | TRICG | Tri Cities Grain | SW-213 | BRAD | 105,900 | 32,960 | 72,940 | |
| 1 - 02006165 | 09/08/15 | TRICG | Tri Cities Grain | SW-214 | JON | 105,020 | 32,660 | 72,360 | |
| 1 - 02006167 | 09/08/15 | TRICG | Tri Cities Grain | SW-215 | CHASE | 95,660 | 35,140 | 60,520 | |
| 1 - 02006168 | 09/08/15 | TRICG | Tri Cities Grain | SW-216 | HEATH | 105,440 | 32,640 | 72,800 | |
| 1 - 02006173 | 09/08/15 | TRICG | Tri Cities Grain | SW-217 | BRAD | 105,300 | 32,980 | 72,320 | |
| 1 - 02006174 | 09/08/15 | TRICG | Tri Cities Grain | SW-218 | WAYNE | 104,960 | 32,420 | 72,540 | |
| 1 - 02006181 | 09/09/15 | TRICG | Tri Cities Grain | SW-219 | JON | 104,920 | 32,660 | 72,260 | |
| 1 - 02006183 | 09/09/15 | TRICG | Tri Cities Grain | SW-226 | HEATH | 105,220 | 32,640 | 72,580 | |
| 1 - 02006184 | 09/09/15 | TRICG | Tri Cities Grain | SW-220 | RICHARDO | 101,000 | 37,900 | 63,100 | |
| 1 - 02006185 | 09/09/15 | TRICG | Tri Cities Grain | SW-227 | CHASE | 96,100 | 35,020 | 61,080 | |
| 1 - 02006187 | 09/09/15 | TRICG | Tri Cities Grain | SW-228 | KEVIN | 97,160 | 34,960 | 62,200 | |
| 1 - 02006191 | 09/09/15 | TRICG | Tri Cities Grain | SW-222 | FELIPE | 97,020 | 37,120 | 59,900 | |
| 1 - 02006194 | 09/09/15 | TRICG | Tri Cities Grain | SW-221 | CHARLES | 95,640 | 37,680 | 57,960 | |
| 1 - 02006196 | 09/09/15 | TRICG | Tri Cities Grain | SW-229 | JUAN | 94,860 | 34,880 | 59,980 | |
| 1 - 02006197 | 09/09/15 | TRICG | Tri Cities Grain | SW-223 | ROBERTO | 93,000 | 35,460 | 57,540 | |
| 1 - 02006198 | 09/09/15 | TRICG | Tri Cities Grain | SW-230 | CHAD | 97,540 | 35,340 | 62,200 | |
| 1 - 02006200 | 09/09/15 | TRICG | Tri Cities Grain | SW-231 | BRAD | 105,140 | 32,780 | 72,360 | |
| 1 - 02006201 | 09/09/15 | TRICG | Tri Cities Grain | SW-232 | WAYNE | 105,020 | 32,460 | 72,560 | |
| 1 - 02006209 | 09/10/15 | TRICG | Tri Cities Grain | SW-233 | JOSE | 95,820 | 35,800 | 60,020 | |
| 1 - 02006210 | 09/10/15 | TRICG | Tri Cities Grain | SW-235 | JON | 105,440 | 32,840 | 72,600 | |
| 1 - 02006211 | 09/10/15 | TRICG | Tri Cities Grain | SW-236 | HEATH | 105,700 | 32,660 | 73,040 | |
| 1 - 02006213 | 09/10/15 | TRICG | Tri Cities Grain | SW-237 | CHASE | 95,580 | 35,160 | 60,420 | |
| 1 - 02006218 | 09/10/15 | TRICG | Tri Cities Grain | SW-238 | KEVIN | 104,640 | 35,200 | 69,440 | |
| 1 - 02006219 | 09/10/15 | TRICG | Tri Cities Grain | SW-239 | BRAD | 104,920 | 32,760 | 72,160 | |
| 1 - 02006221 | 09/10/15 | TRICG | Tri Cities Grain | SW-240 | WAYNE | 105,000 | 32,440 | 72,560 | |
| 1 - 02006223 | 09/10/15 | TRICG | Tri Cities Grain | SW-241 | KEVIN | 97,020 | 35,000 | 62,020 | |
| 1 - 02006228 | 09/11/15 | TRICG | Tri Cities Grain | SW-248 | JON | 105,060 | 32,660 | 72,400 | |
| 1 - 02006229 | 09/11/15 | TRICG | Tri Cities Grain | SW-242 | RUBEN | 95,020 | 38,040 | 56,980 | |
| 1 - 02006230 | 09/11/15 | TRICG | Tri Cities Grain | SW-243 | FELIPE | 96,800 | 36,860 | 59,940 | |
| 1 - 02006231 | 09/11/15 | TRICG | Tri Cities Grain | SW-246 | JOSE | 96,340 | 36,620 | 59,720 | |
| 1 - 02006232 | 09/11/15 | TRICG | Tri Cities Grain | SW-249 | HEATH | 105,740 | 32,700 | 73,040 | |
| 1 - 02006234 | 09/11/15 | TRICG | Tri Cities Grain | SW-245 | PAUL | 96,820 | 36,700 | 60,120 | |
| 1 - 02006235 | 09/11/15 | TRICG | Tri Cities Grain | SW-234 | KURT | 91,640 | 35,840 | 55,800 | |
| 1 - 02006236 | 09/11/15 | TRICG | Tri Cities Grain | SW-244 | ROBERTO | 94,780 | 35,800 | 58,980 | |
| 1 - 02006237 | 09/11/15 | TRICG | Tri Cities Grain | SW-250 | LANCE | 95,860 | 35,660 | 60,200 | |

FG 36074

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02006239 | 09/11/15 | TRICG | Tri Cities Grain | SW-247 | MEL | 95,260 | 35,600 | 59,660 | |
| 1 - 02006240 | 09/11/15 | TRICG | Tri Cities Grain | SW-251 | JAVIER | 91,780 | 32,380 | 59,400 | |
| 1 - 02006244 | 09/11/15 | TRICG | Tri Cities Grain | SW-252 | WAYNE | 105,000 | 32,440 | 72,560 | |
| 1 - 02006248 | 09/11/15 | TRICG | Tri Cities Grain | SW-253 | KEVIN | 97,320 | 34,920 | 62,400 | |
| 1 - 02006253 | 09/11/15 | TRICG | Tri Cities Grain | SW-254 | CHASE | 95,780 | 35,220 | 60,560 | |
| 1 - 02006263 | 09/14/15 | TRICG | Tri Cities Grain | SW-255 | JON | 105,100 | 32,680 | 72,420 | |
| 1 - 02006265 | 09/14/15 | TRICG | Tri Cities Grain | SW-256 | HEATH | 105,060 | 32,880 | 72,180 | |
| 1 - 02006267 | 09/14/15 | TRICG | Tri Cities Grain | SW-257 | BRAD | 105,100 | 32,680 | 72,420 | |
| 1 - 02006268 | 09/14/15 | TRICG | Tri Cities Grain | SW-258 | HOMEIO | 86,880 | 34,620 | 52,260 | |
| 1 - 02006269 | 09/14/15 | TRICG | Tri Cities Grain | SW-260 | MARC | 86,700 | 34,760 | 51,940 | |
| 1 - 02006270 | 09/14/15 | TRICG | Tri Cities Grain | SW-259 | DAN | 79,500 | 28,340 | 51,160 | |
| 1 - 02006279 | 09/14/15 | TRICG | Tri Cities Grain | SW-262 | KYLE | 79,700 | 28,540 | 51,160 | |
| 1 - 02006283 | 09/14/15 | TRICG | Tri Cities Grain | SW-263 | KEVIN | 97,020 | 34,860 | 62,160 | |
| 1 - 02006289 | 09/15/15 | TRICG | Tri Cities Grain | SW-265 | WAYNE | 105,020 | 32,400 | 72,620 | |
| 1 - 02006290 | 09/15/15 | TRICG | Tri Cities Grain | SW-266 | JON | 105,120 | 32,660 | 72,460 | |
| 1 - 02006291 | 09/15/15 | TRICG | Tri Cities Grain | SW-267 | HEATH | 105,600 | 32,860 | 72,740 | |
| 1 - 02006294 | 09/15/15 | TRICG | Tri Cities Grain | SW-268 | CHASE | 95,840 | 35,020 | 60,820 | |
| 1 - 02006295 | 09/15/15 | TRICG | Tri Cities Grain | SW-264 | ALFONSO | 101,600 | 37,140 | 64,460 | |
| 1 - 02006297 | 09/15/15 | TRICG | Tri Cities Grain | SW-269 | BRAD | 105,100 | 32,720 | 72,380 | |
| 1 - 02006298 | 09/15/15 | TRICG | Tri Cities Grain | SW-261 | MARCELINO | 99,200 | 38,300 | 60,900 | |
| 1 - 02006301 | 09/15/15 | TRICG | Tri Cities Grain | SW-271 | RANDY | 100,940 | 36,600 | 64,340 | |
| 1 - 02006305 | 09/15/15 | TRICG | Tri Cities Grain | SW-272 | GORDON | 105,320 | 35,460 | 69,860 | |
| 1 - 02006308 | 09/15/15 | TRICG | Tri Cities Grain | SW-274 | MARVIN | 100,520 | 37,100 | 63,420 | |
| 1 - 02006311 | 09/15/15 | TRICG | Tri Cities Grain | SW-273 | DARRELL | 105,440 | 33,460 | 71,980 | |
| 1 - 02006312 | 09/15/15 | TRICG | Tri Cities Grain | SW-275 | KEVIN | 97,120 | 34,880 | 62,240 | |
| 1 - 02006319 | 09/16/15 | TRICG | Tri Cities Grain | SW-281 | JON | 105,280 | 32,640 | 72,640 | |
| 1 - 02006322 | 09/16/15 | TRICG | Tri Cities Grain | SW-282 | HEATH | 105,060 | 32,740 | 72,320 | |
| 1 - 02006323 | 09/16/15 | TRICG | Tri Cities Grain | SW-276 | KURT | 91,220 | 35,800 | 55,420 | |
| 1 - 02006324 | 09/16/15 | TRICG | Tri Cities Grain | SW-278 | ROBERTO | 93,400 | 35,760 | 57,640 | |
| 1 - 02006325 | 09/16/15 | TRICG | Tri Cities Grain | SW-279 | JOSE | 96,500 | 36,660 | 59,840 | |
| 1 - 02006326 | 09/16/15 | TRICG | Tri Cities Grain | SW-283 | WAYNE | 104,360 | 32,380 | 71,980 | |
| 1 - 02006327 | 09/16/15 | TRICG | Tri Cities Grain | SW-280 | JUAN | 92,340 | 33,700 | 58,640 | |
| 1 - 02006328 | 09/16/15 | TRICG | Tri Cities Grain | SW-284 | CHASE | 95,860 | 34,100 | 61,760 | |
| 1 - 02006329 | 09/16/15 | TRICG | Tri Cities Grain | SW-286 | BRAD | 105,220 | 32,700 | 72,520 | |
| 1 - 02006333 | 09/16/15 | TRICG | Tri Cities Grain | SW-286 | PEDRO | 89,000 | 34,760 | 54,240 | |
| 1 - 02006335 | 09/16/15 | TRICG | Tri Cities Grain | SW-308 | MARC | 89,660 | 34,940 | 54,720 | |
| 1 - 02006336 | 09/16/15 | TRICG | Tri Cities Grain | SW-309 | KEVIN | 97,000 | 34,800 | 62,200 | |
| 1 - 02006342 | 09/17/15 | TRICG | Tri Cities Grain | SW-311 | WAYNE | 105,600 | 32,420 | 73,180 | |
| 1 - 02006343 | 09/17/15 | TRICG | Tri Cities Grain | SW-312 | JON | 105,280 | 32,640 | 72,640 | |
| 1 - 02006344 | 09/17/15 | TRICG | Tri Cities Grain | SW-313 | HEATH | 105,100 | 32,780 | 72,320 | |
| 1 - 02006345 | 09/17/15 | TRICG | Tri Cities Grain | SW-314 | BRAD | 105,160 | 32,800 | 72,360 | |
| 1 - 02006346 | 09/17/15 | TRICG | Tri Cities Grain | SW-288 | JOSE | 95,960 | 36,760 | 59,200 | |
| 1 - 02006348 | 09/17/15 | TRICG | Tri Cities Grain | SW-310 | GIL | 99,900 | 37,760 | 62,140 | |
| 1 - 02006349 | 09/17/15 | TRICG | Tri Cities Grain | SW-287 | ROBERTO | 94,820 | 35,840 | 58,980 | |
| 1 - 02006351 | 09/17/15 | TRICG | Tri Cities Grain | SW-289 | MEL | 90,400 | 36,320 | 54,080 | |
| 1 - 02006356 | 09/17/15 | TRICG | Tri Cities Grain | SW-315 | BRAD | 91,920 | 35,080 | 56,840 | |
| 1 - 02006358 | 09/17/15 | TRICG | Tri Cities Grain | SW-320 | CHASE | 95,600 | 35,240 | 60,360 | |
| 1 - 02006360 | 09/17/15 | TRICG | Tri Cities Grain | SW-319 | SCOTT | 104,880 | 35,900 | 68,980 | |
| 1 - 02006364 | 09/17/15 | TRICG | Tri Cities Grain | SW-321 | KEVIN | 97,020 | 34,860 | 62,160 | |
| 1 - 02006371 | 09/18/15 | TRICG | Tri Cities Grain | SW-322 | JON | 105,040 | 32,600 | 72,440 | |
| 1 - 02006372 | 09/18/15 | TRICG | Tri Cities Grain | SW-323 | WAYNE | 105,080 | 32,400 | 72,680 | |
| 1 - 02006374 | 09/18/15 | TRICG | Tri Cities Grain | SW-324 | HEATH | 105,140 | 32,700 | 72,440 | |
| 1 - 02006375 | 09/18/15 | TRICG | Tri Cities Grain | SW-325 | BRAD | 105,200 | 32,680 | 72,520 | |
| 1 - 02006376 | 09/18/15 | TRICG | Tri Cities Grain | SW-317 | GIL | 100,520 | 37,840 | 62,680 | |
| 1 - 02006377 | 09/18/15 | TRICG | Tri Cities Grain | | ROBERTO | 93,520 | 35,800 | 57,720 | |
| 1 - 02006379 | 09/18/15 | TRICG | Tri Cities Grain | SW-290 | JAMES | 96,420 | 36,320 | 60,100 | |
| 1 - 02006380 | 09/18/15 | TRICG | Tri Cities Grain | SW-292 | MEL | 96,320 | 35,360 | 60,960 | |
| 1 - 02006385 | 09/18/15 | TRICG | Tri Cities Grain | SW-326 | CHASE | 95,760 | 35,260 | 60,500 | |
| 1 - 02006393 | 09/21/15 | TRICG | Tri Cities Grain | SW-327 | JON | 105,180 | 32,640 | 72,540 | |
| 1 - 02006394 | 09/21/15 | TRICG | Tri Cities Grain | SW-328 | HEATH | 104,980 | 32,780 | 72,200 | |
| 1 - 02006396 | 09/21/15 | TRICG | Tri Cities Grain | SW-329 | WAYNE | 105,000 | 32,400 | 72,600 | |
| 1 - 02006398 | 09/21/15 | TRICG | Tri Cities Grain | SW-296 | VICTOR | 99,880 | 38,520 | 61,340 | |
| 1 - 02006399 | 09/21/15 | TRICG | Tri Cities Grain | SW-293 | PAUL | 94,600 | 35,920 | 58,680 | |
| 1 - 02006400 | 09/21/15 | TRICG | Tri Cities Grain | SW-330 | BRAD | 105,120 | 32,660 | 72,460 | |
| 1 - 02006402 | 09/21/15 | TRICG | Tri Cities Grain | SW-316 | GIL | 99,820 | 37,560 | 62,260 | |
| 1 - 02006406 | 09/21/15 | TRICG | Tri Cities Grain | SW-331 | GREG | 105,480 | 33,320 | 72,160 | |
| 1 - 02006410 | 09/22/15 | TRICG | Tri Cities Grain | SW-332 | KEVIN | 97,400 | 34,760 | 62,640 | |
| 1 - 02006412 | 09/22/15 | TRICG | Tri Cities Grain | SW-333 | WAYNE | 104,740 | 32,660 | 72,080 | |
| 1 - 02006413 | 09/22/15 | TRICG | Tri Cities Grain | SW-334 | HEATH | 105,000 | 32,780 | 72,220 | |
| 1 - 02006416 | 09/22/15 | TRICG | Tri Cities Grain | SW-335 | BRAD | 105,120 | 32,740 | 72,380 | |
| 1 - 02006418 | 09/22/15 | TRICG | Tri Cities Grain | SW-318 | GIL | 99,620 | 37,720 | 61,900 | |
| 1 - 02006421 | 09/22/15 | TRICG | Tri Cities Grain | SW-297 | ALICIA | 100,000 | 37,160 | 62,840 | |
| 1 - 02006422 | 09/22/15 | TRICG | Tri Cities Grain | SW-294 | VICTOR | 100,000 | 37,440 | 62,560 | |
| 1 - 02006423 | 09/22/15 | TRICG | Tri Cities Grain | SW-295 | JAMES | 89,240 | 36,740 | 52,500 | |

**FG 36075**

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
Document    Page 127 of 142
09/26/2017   10:12:22PM
Delivery Listing By Commodity Report
Page:    11
Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | Commodity #: 31 | | | | | | | | |
| 1 - 02006433 | 09/23/15 | TRICG | Tri Cities Grain | SW-336 | WAYNE | 104,980 | 32,720 | 72,260 | |
| 1 - 02006434 | 09/23/15 | TRICG | Tri Cities Grain | SW-338 | BRAD | 105,140 | 32,740 | 72,400 | |
| 1 - 02006435 | 09/23/15 | TRICG | Tri Cities Grain | SW-337 | HEATH | 105,240 | 32,740 | 72,500 | |
| 1 - 02006440 | 09/23/15 | TRICG | Tri Cities Grain | SW-340 | JAVIER | 99,980 | 36,840 | 63,140 | |
| 1 - 02006441 | 09/23/15 | TRICG | Tri Cities Grain | SW-339 | BRAD | 90,800 | 34,020 | 56,780 | |
| 1 - 02006446 | 09/23/15 | TRICG | Tri Cities Grain | SW-298 | SAL | 84,300 | 36,700 | 47,600 | |
| 1 - 02006450 | 09/23/15 | TRICG | Tri Cities Grain | SW-341 | KEVIN | 98,340 | 34,940 | 63,400 | |
| 1 - 02006455 | 09/24/15 | TRICG | Tri Cities Grain | SW-342 | WAYNE | 104,940 | 32,700 | 72,240 | |
| 1 - 02006456 | 09/24/15 | TRICG | Tri Cities Grain | SW-343 | HEATH | 104,920 | 32,760 | 72,160 | |
| 1 - 02006458 | 09/24/15 | TRICG | Tri Cities Grain | SW-344 | BRAD | 104,660 | 32,700 | 71,960 | |
| 1 - 02006460 | 09/24/15 | TRICG | Tri Cities Grain | SW-302 | SAL | 87,780 | 35,920 | 51,860 | |
| 1 - 02006461 | 09/24/15 | TRICG | Tri Cities Grain | SW-300 | VICYOR | 101,220 | 37,460 | 63,760 | |
| 1 - 02006463 | 09/24/15 | TRICG | Tri Cities Grain | SW-345 | GIL | 96,360 | 33,420 | 62,940 | |
| 1 - 02006464 | 09/24/15 | TRICG | Tri Cities Grain | SW-301 | JAMES | 91,700 | 36,720 | 54,980 | |
| 1 - 02006467 | 09/24/15 | TRICG | Tri Cities Grain | SW-346 | JEREMY | 105,560 | 34,180 | 71,380 | |
| 1 - 02006470 | 09/24/15 | TRICG | Tri Cities Grain | SW-303 | ALVARO | 91,400 | 36,780 | 54,620 | |
| 1 - 02006476 | 09/24/15 | TRICG | Tri Cities Grain | SW-347 | KEVIN | 97,040 | 34,980 | 62,060 | |
| 1 - 02006499 | 09/25/15 | TRICG | Tri Cities Grain | SW-348 | HEATH | 104,800 | 32,680 | 72,120 | |
| 1 - 02006501 | 09/25/15 | TRICG | Tri Cities Grain | SW-349 | BRAD | 105,280 | 32,680 | 72,600 | |
| 1 - 02006503 | 09/25/15 | TRICG | Tri Cities Grain | SW-354 | EJ | 105,500 | 33,360 | 72,140 | |
| 1 - 02006510 | 09/25/15 | TRICG | Tri Cities Grain | SW-351 | KEVIN | 105,620 | 34,980 | 70,640 | |
| 1 - 02006511 | 09/25/15 | TRICG | Tri Cities Grain | SW-352 | JEREMY | 105,380 | 34,640 | 70,740 | |
| 1 - 02006514 | 09/25/15 | TRICG | Tri Cities Grain | SW-353 | DENNIS | 105,380 | 35,480 | 69,900 | |
| 1 - 02006534 | 09/28/15 | TRICG | Tri Cities Grain | SW-307 | VICTOR | 100,680 | 39,000 | 61,680 | |
| 1 - 02006615 | 10/02/15 | TRICG | Tri Cities Grain | SW-366 | NELSON | 104,840 | 32,520 | 72,320 | |
| 1 - 02006625 | 10/05/15 | TRICG | Tri Cities Grain | SW-356 | JON | 104,760 | 32,740 | 72,020 | |
| 1 - 02006629 | 10/05/15 | TRICG | Tri Cities Grain | SW-357 | BRAD | 104,900 | 32,880 | 72,020 | |
| 1 - 02006630 | 10/05/15 | TRICG | Tri Cities Grain | SW-358 | HEATH | 105,000 | 32,800 | 72,200 | |
| 1 - 02006638 | 10/05/15 | TRICG | Tri Cities Grain | SW-359 | WAYNE | 105,020 | 32,480 | 72,540 | |
| 1 - 02006654 | 10/05/15 | TRICG | Tri Cities Grain | SW-360 | NELSON | 104,560 | 32,400 | 72,160 | |
| 1 - 02006659 | 10/06/15 | TRICG | Tri Cities Grain | SW-361 | JON | 105,040 | 32,740 | 72,300 | |
| 1 - 02006660 | 10/06/15 | TRICG | Tri Cities Grain | SW-362 | HEATH | 105,380 | 32,820 | 72,560 | |
| 1 - 02006662 | 10/06/15 | TRICG | Tri Cities Grain | SW-363 | BRAD | 105,140 | 32,820 | 72,320 | |
| 1 - 02006665 | 10/06/15 | TRICG | Tri Cities Grain | SW-364 | ROD | 105,460 | 33,140 | 72,320 | |
| 1 - 02006666 | 10/06/15 | TRICG | Tri Cities Grain | SW-365 | GIL | 100,680 | 36,940 | 63,740 | |
| 1 - 02006669 | 10/06/15 | TRICG | Tri Cities Grain | SW-366 | JAMIE | 104,880 | 35,880 | 69,000 | |
| 1 - 02006671 | 10/06/15 | TRICG | Tri Cities Grain | SW-367 | WAYNE | 105,020 | 32,540 | 72,480 | |
| 1 - 02006672 | 10/06/15 | TRICG | Tri Cities Grain | SW-368 | KEVIN | 96,640 | 35,080 | 61,560 | |
| 1 - 02006675 | 10/06/15 | TRICG | Tri Cities Grain | SW-369 | EJ | 105,120 | 33,940 | 71,180 | |
| 1 - 02006678 | 10/06/15 | TRICG | Tri Cities Grain | SW-370 | NELSON | 105,040 | 32,380 | 72,660 | |
| 1 - 02006685 | 10/07/15 | TRICG | Tri Cities Grain | SW-371 | HEATH | 104,820 | 32,820 | 72,000 | |
| 1 - 02006686 | 10/07/15 | TRICG | Tri Cities Grain | SW-372 | JON | 105,000 | 32,740 | 72,260 | |
| 1 - 02006687 | 10/07/15 | TRICG | Tri Cities Grain | SW-373 | BRAD | 105,120 | 32,820 | 72,300 | |
| 1 - 02006688 | 10/07/15 | TRICG | Tri Cities Grain | | KEVIN | 105,700 | 35,600 | 70,100 | |
| 1 - 02006969 | 10/22/15 | TRICG | Tri Cities Grain | SW-377 | MEL | 97,040 | 36,080 | 60,960 | |
| 1 - 02006972 | 10/22/15 | TRICG | Tri Cities Grain | SW-378 | DENVER | 101,900 | 36,900 | 65,000 | |
| 1 - 02006973 | 10/22/15 | TRICG | Tri Cities Grain | SW-379 | BRAD | 105,300 | 32,840 | 72,460 | |
| 1 - 02007119 | 10/30/15 | TRICG | Tri Cities Grain | SW-381 | WAYNE | 105,580 | 32,500 | 73,080 | |
| 1 - 02007129 | 11/02/15 | TRICG | Tri Cities Grain | SW-383 | LEM | 96,060 | 38,060 | 58,000 | |
| 1 - 02007130 | 11/02/15 | TRICG | Tri Cities Grain | SW-382 | HEATH | 105,040 | 32,280 | 72,760 | |
| 1 - 02007143 | 11/02/15 | TRICG | Tri Cities Grain | SW-384 | LEVI | 105,520 | 33,280 | 72,240 | |
| 1 - 02007144 | 11/02/15 | TRICG | Tri Cities Grain | SW-385 | WAYNE | 105,260 | 33,660 | 71,600 | |
| 1 - 02007145 | 11/02/15 | TRICG | Tri Cities Grain | SW-386 | JAMIE | 105,220 | 33,540 | 71,680 | |
| 1 - 02007149 | 11/03/15 | TRICG | Tri Cities Grain | SW-386 | HEATH | 105,040 | 32,360 | 72,680 | |
| 1 - 02007157 | 11/03/15 | TRICG | Tri Cities Grain | SW-387 | LEM | 95,940 | 38,080 | 57,860 | |
| 1 - 02007163 | 11/03/15 | TRICG | Tri Cities Grain | SW-388 | JAMIE | 105,500 | 33,560 | 71,940 | |
| 1 - 02007167 | 11/03/15 | TRICG | Tri Cities Grain | SW-389 | JIM | 104,820 | 34,220 | 70,600 | |
| 1 - 02007168 | 11/03/15 | TRICG | Tri Cities Grain | SW-390 | WAYNE | 105,540 | 33,780 | 71,760 | |
| 1 - 02007170 | 11/03/15 | TRICG | Tri Cities Grain | SW-391 | LEVI | 106,320 | 33,400 | 72,920 | |
| 1 - 02007175 | 11/04/15 | TRICG | Tri Cities Grain | SW-391 | KEVIN | 105,300 | 35,540 | 69,760 | |
| 1 - 02007178 | 11/04/15 | TRICG | Tri Cities Grain | SW-395 | HEATH | 104,980 | 32,440 | 72,540 | |
| 1 - 02007179 | 11/04/15 | TRICG | Tri Cities Grain | SW-393 | ROBERT | 104,360 | 34,840 | 69,520 | |
| 1 - 02007181 | 11/04/15 | TRICG | Tri Cities Grain | SW-395 | RUSSEL | 105,460 | 34,600 | 70,860 | |
| 1 - 02007191 | 11/04/15 | TRICG | Tri Cities Grain | SW-396 | JAMIE | 105,500 | 33,300 | 72,200 | |
| 1 - 02007194 | 11/04/15 | TRICG | Tri Cities Grain | SW-397 | WAYNE | 104,960 | 33,460 | 71,500 | |
| 1 - 02007197 | 11/04/15 | TRICG | Tri Cities Grain | SW-398 | JEREMY | 104,820 | 34,360 | 70,460 | |
| 1 - 02007203 | 11/05/15 | TRICG | Tri Cities Grain | SW-399 | HEATH | 105,220 | 32,380 | 72,840 | |
| 1 - 02007211 | 11/05/15 | TRICG | Tri Cities Grain | SW-400 | JAMEY | 105,520 | 32,940 | 72,580 | |
| 1 - 02007218 | 11/05/15 | TRICG | Tri Cities Grain | SW-401 | NELSON | 96,880 | 34,580 | 62,300 | |
| 1 - 02007219 | 11/05/15 | TRICG | Tri Cities Grain | SW-402 | GLEN | 105,200 | 34,620 | 70,580 | |
| 1 - 02007223 | 11/06/15 | TRICG | Tri Cities Grain | SW-403 | DENNIS | 104,520 | 35,040 | 69,480 | |
| 1 - 02007224 | 11/06/15 | TRICG | Tri Cities Grain | SW-404 | HEATH | 104,920 | 32,360 | 72,560 | |
| 1 - 02007235 | 11/06/15 | TRICG | Tri Cities Grain | SW-405 | JAMEY | 105,780 | 33,280 | 72,500 | |
| 1 - 02007238 | 11/07/15 | TRiCG | Tri Cities Grain | SW-406 | MEL | 95,040 | 36,480 | 58,560 | |

FG 36076

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
09/26/2017  10:12:22PM                    Document Listing By Page 128 of 142                    Page:    12

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02007257 | 11/09/15 | TRICG | Tri Cities Grain | SW-407 | HEATH | 104,980 | 33,820 | 71,160 | |
| 1 - 02007258 | 11/09/15 | TRICG | Tri Cities Grain | SW-408 | JAMEY | 105,560 | 33,420 | 72,140 | |
| 1 - 02007278 | 11/10/15 | TRICG | Tri Cities Grain | SW-410 | LEM | 94,520 | 36,980 | 57,540 | |
| 1 - 02007284 | 11/10/15 | TRICG | Tri Cities Grain | SW-411 | JAMEY | 105,300 | 33,360 | 71,940 | |
| 1 - 02007291 | 11/11/15 | TRICG | Tri Cities Grain | SW-412 | HEATH | 104,880 | 33,040 | 71,840 | |
| 1 - 02007295 | 11/11/15 | TRICG | Tri Cities Grain | SW-413 | JIM | 105,420 | 34,900 | 70,520 | |
| 1 - 02007299 | 11/11/15 | TRICG | Tri Cities Grain | SW-414 | JEREMY | 104,680 | 36,140 | 68,540 | |
| 1 - 02007303 | 11/11/15 | TRICG | Tri Cities Grain | WS-415 | TRAVIS | 105,520 | 33,960 | 71,560 | |
| 1 - 02007304 | 11/11/15 | TRICG | Tri Cities Grain | WS-416 | JAMEY | 105,420 | 33,340 | 72,080 | |
| 1 - 02007307 | 11/11/15 | TRICG | Tri Cities Grain | SW-417 | DJ | 99,340 | 35,620 | 63,720 | |
| 1 - 02007308 | 11/12/15 | TRICG | Tri Cities Grain | SW-419 | HEATH | 105,260 | 33,120 | 72,140 | |
| 1 - 02007309 | 11/12/15 | TRICG | Tri Cities Grain | SW-418 | KEVIN | 104,000 | 36,720 | 67,280 | |
| 1 - 02007317 | 11/12/15 | TRICG | Tri Cities Grain | SW-420 | THEO | 94,560 | 37,260 | 57,300 | |
| 1 - 02007318 | 11/12/15 | TRICG | Tri Cities Grain | SW-421 | PRECI | 96,000 | 35,520 | 60,480 | |
| 1 - 02007324 | 11/12/15 | TRICG | Tri Cities Grain | SW-422 | JAMEY | 105,600 | 33,300 | 72,300 | |
| 1 - 02007330 | 11/12/15 | TRICG | Tri Cities Grain | SW-423 | TRAVIS | 105,200 | 33,920 | 71,280 | |
| 1 - 02007331 | 11/12/15 | TRICG | Tri Cities Grain | SW-50 | SALVADOR | 94,940 | 32,380 | 62,560 | |
| 1 - 02007335 | 11/13/15 | TRICG | Tri Cities Grain | SW-425 | HEATH | 104,660 | 33,140 | 71,520 | |
| 1 - 02007341 | 11/13/15 | TRICG | Tri Cities Grain | SW-395A | JEREMY | 104,480 | 35,040 | 69,440 | |
| 1 - 02007348 | 11/13/15 | TRICG | Tri Cities Grain | SW-426 | JAMEY | 105,540 | 33,300 | 72,240 | |
| 1 - 02007354 | 11/14/15 | TRICG | Tri Cities Grain | SW-427 | MARVIN | 103,060 | 37,680 | 65,380 | |
| 1 - 02007356 | 11/14/15 | TRICG | Tri Cities Grain | SW-428 | LOUIE | 101,960 | 37,800 | 64,160 | |
| 1 - 02007358 | 11/14/15 | TRICG | Tri Cities Grain | SW-429 | LEONARDO | 88,600 | 33,100 | 55,500 | |
| 1 - 02007366 | 11/16/15 | TRICG | Tri Cities Grain | SW-430 | HEATH | 105,500 | 33,160 | 72,340 | |
| 1 - 02007370 | 11/16/15 | TRICG | Tri Cities Grain | SW-431 | ALFONSO | 101,840 | 37,480 | 64,360 | |
| 1 - 02007372 | 11/16/15 | TRICG | Tri Cities Grain | SW-432 | ROD | 101,200 | 38,220 | 62,980 | |
| 1 - 02007379 | 11/16/15 | TRICG | Tri Cities Grain | WS-433 | JAMEY | 105,000 | 33,340 | 71,660 | |
| 1 - 02007380 | 11/16/15 | TRICG | Tri Cities Grain | SW-434 | TRAVIS | 105,000 | 33,660 | 71,340 | |
| 1 - 02007382 | 11/17/15 | TRICG | Tri Cities Grain | SW-435 | | 105,920 | 34,160 | 71,760 | |
| 1 - 02007387 | 11/17/15 | TRICG | Tri Cities Grain | SW-436 | HEATH | 105,080 | 33,400 | 71,680 | |
| 1 - 02007389 | 11/17/15 | TRICG | Tri Cities Grain | SW-437 | EDGAR | 101,480 | 38,740 | 62,740 | |
| 1 - 02007390 | 11/17/15 | TRICG | Tri Cities Grain | SW-438 | JOE | 100,900 | 37,520 | 63,380 | |
| 1 - 02007397 | 11/17/15 | TRICG | Tri Cities Grain | SW-441 | PRECI | 95,660 | 35,340 | 60,320 | |
| 1 - 02007404 | 11/17/15 | TRICG | Tri Cities Grain | SW-445 | TRAVIS | 105,320 | 33,600 | 71,720 | |
| 1 - 02007409 | 11/18/15 | TRICG | Tri Cities Grain | SW-446 | GREG | 96,160 | 36,880 | 59,280 | |
| 1 - 02007415 | 11/18/15 | TRICG | Tri Cities Grain | SW-447 | CHRIS | 102,960 | 37,580 | 65,380 | |
| 1 - 02007417 | 11/18/15 | TRICG | Tri Cities Grain | SW-448 | ROD | 102,940 | 39,020 | 63,920 | |
| 1 - 02007418 | 11/18/15 | TRICG | Tri Cities Grain | SW-439 | JEREMY | 101,020 | 38,580 | 62,440 | |
| 1 - 02007419 | 11/18/15 | TRICG | Tri Cities Grain | SW-449 | BRAD | 105,540 | 34,340 | 71,200 | |
| 1 - 02007428 | 11/18/15 | TRICG | Tri Cities Grain | SW-450 | TRAVIS | 105,400 | 33,660 | 71,740 | |
| 1 - 02007435 | 11/18/15 | TRICG | Tri Cities Grain | SW-451 | JAMEY | 105,240 | 33,200 | 72,040 | |
| 1 - 02007439 | 11/19/15 | TRICG | Tri Cities Grain | SW-452 | ABEL | 97,580 | 36,420 | 61,160 | |
| 1 - 02007441 | 11/19/15 | TRICG | Tri Cities Grain | SW-453 | PRECI | 96,940 | 35,540 | 61,400 | |
| 1 - 02007443 | 11/19/15 | TRICG | Tri Cities Grain | SW-447 | CHRIS | 102,580 | 37,680 | 64,900 | |
| 1 - 02007444 | 11/19/15 | TRICG | Tri Cities Grain | SW-454 | ALFONSO | 102,160 | 37,360 | 64,800 | |
| 1 - 02007445 | 11/19/15 | TRICG | Tri Cities Grain | SW-442 | MIKE | 100,360 | 37,400 | 62,960 | |
| 1 - 02007446 | 11/19/15 | TRICG | Tri Cities Grain | SW-444 | CLINT | 95,300 | 34,520 | 60,780 | |
| 1 - 02007447 | 11/19/15 | TRICG | Tri Cities Grain | SW-455 | JESUS | 102,720 | 38,840 | 63,880 | |
| 1 - 02007448 | 11/19/15 | TRICG | Tri Cities Grain | SW-456 | JOEL | 99,680 | 37,700 | 61,980 | |
| 1 - 02007449 | 11/19/15 | TRICG | Tri Cities Grain | SW-457 | BRAD | 105,220 | 34,460 | 70,760 | |
| 1 - 02007451 | 11/19/15 | TRICG | Tri Cities Grain | SW-458 | DARIN | 100,640 | 38,220 | 62,420 | |
| 1 - 02007454 | 11/19/15 | TRICG | Tri Cities Grain | SW-459 | LEM | 95,780 | 38,240 | 57,540 | |
| 1 - 02007459 | 11/19/15 | TRICG | Tri Cities Grain | SW-461 | JAMEY | 105,180 | 33,460 | 71,720 | |
| 1 - 02007464 | 11/19/15 | TRICG | Tri Cities Grain | SW-462 | TRAVIS | 105,080 | 33,800 | 71,280 | |
| 1 - 02007468 | 11/20/15 | TRICG | Tri Cities Grain | SW-463 | ANTONIO | 101,460 | 37,560 | 63,900 | |
| 1 - 02007469 | 11/20/15 | TRICG | Tri Cities Grain | SW-460 | CLINT | 95,380 | 34,340 | 61,040 | |
| 1 - 02007471 | 11/20/15 | TRICG | Tri Cities Grain | SW-464 | MOSE | 98,120 | 36,300 | 61,820 | |
| 1 - 02007472 | 11/20/15 | TRICG | Tri Cities Grain | SW-465 | BRAD | 105,360 | 34,360 | 71,000 | |
| 1 - 02007475 | 11/20/15 | TRICG | Tri Cities Grain | SW-466 | CHRIS | 102,540 | 37,620 | 64,920 | |
| 1 - 02007476 | 11/20/15 | TRICG | Tri Cities Grain | SW-443 | JEREMY | 104,540 | 35,580 | 68,960 | |
| 1 - 02007477 | 11/20/15 | TRICG | Tri Cities Grain | SW-467 | JIM | 104,500 | 35,460 | 69,040 | |
| 1 - 02007478 | 11/20/15 | TRICG | Tri Cities Grain | SW-468 | PRECI | 96,560 | 35,500 | 61,060 | |
| 1 - 02007484 | 11/20/15 | TRICG | Tri Cities Grain | SW-469 | ALFONSO | 102,180 | 36,860 | 65,320 | |
| 1 - 02007487 | 11/20/15 | TRICG | Tri Cities Grain | SW-470 | TRAVIS | 105,040 | 33,880 | 71,160 | |
| 1 - 02007489 | 11/20/15 | TRICG | Tri Cities Grain | SW-471 | JAMEY | 105,800 | 33,420 | 72,380 | |
| 1 - 02007505 | 11/23/15 | TRICG | Tri Cities Grain | SW-472 | MOSES | 99,560 | 35,980 | 63,580 | |
| 1 - 02007507 | 11/23/15 | TRICG | Tri Cities Grain | SW-473 | ALFONSO | 102,020 | 36,940 | 65,080 | |
| 1 - 02007508 | 11/23/15 | TRICG | Tri Cities Grain | SW-474 | CHRIS | 102,940 | 37,760 | 65,180 | |
| 1 - 02007509 | 11/23/15 | TRICG | Tri Cities Grain | SW-475 | LEM | 95,540 | 38,100 | 57,440 | |
| 1 - 02007512 | 11/23/15 | TRICG | Tri Cities Grain | SW-476 | BRAD | 105,300 | 33,060 | 72,240 | |
| 1 - 02007514 | 11/23/15 | TRICG | Tri Cities Grain | SW-477 | TONY | 101,040 | 39,460 | 61,580 | |
| 1 - 02007521 | 11/23/15 | TRICG | Tri Cities Grain | SW-478 | JOHN | 102,880 | 39,520 | 63,360 | |
| 1 - 02007522 | 11/23/15 | TRICG | Tri Cities Grain | SW-479 | DEBBIE | 97,740 | 38,460 | 59,280 | |
| 1 - 02007528 | 11/23/15 | TRICG | Tri Cities Grain | SW-480 | JAMEY | 105,180 | 33,380 | 71,800 | |

**FG 36077**

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
Document    Page 129 of 142
09/26/2017   10:12:22PM      Documents Printing By: Formatted Search            Page:   13
Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02007530 | 11/23/15 | TRICG | Tri Cities Grain | SW-481 | TRAVIS | 105,220 | 33,880 | 71,340 | |
| 1 - 02007531 | 11/23/15 | TRICG | Tri Cities Grain | SW-482 | MIKE | 103,700 | 36,760 | 66,940 | |
| 1 - 02007533 | 11/23/15 | TRICG | Tri Cities Grain | SW-483 | CLINT | 102,220 | 37,400 | 64,820 | |
| 1 - 02007544 | 11/24/15 | TRICG | Tri Cities Grain | SW-484 | BRAD | 105,380 | 33,140 | 72,240 | |
| 1 - 02007546 | 11/24/15 | TRICG | Tri Cities Grain | SW-484 | MOSES | 100,200 | 35,960 | 64,240 | |
| 1 - 02007548 | 11/24/15 | TRICG | Tri Cities Grain | SW-485 | PRECI | 96,020 | 35,400 | 60,620 | |
| 1 - 02007556 | 11/24/15 | TRICG | Tri Cities Grain | SW-486 | LEM | 96,260 | 38,060 | 58,200 | |
| 1 - 02007562 | 11/24/15 | TRICG | Tri Cities Grain | SW-487 | TRAVIS | 105,240 | 33,880 | 71,360 | |
| 1 - 02007566 | 11/24/15 | TRICG | Tri Cities Grain | SW-487 | JAMEY | 105,340 | 33,420 | 71,920 | |
| 1 - 02007567 | 11/24/15 | TRICG | Tri Cities Grain | SW-488 | JOHN | 105,220 | 37,300 | 67,920 | |
| 1 - 02007571 | 11/25/15 | TRICG | Tri Cities Grain | SW-489 | JIM | 105,280 | 34,900 | 70,380 | |
| 1 - 02007572 | 11/25/15 | TRICG | Tri Cities Grain | SW-490 | DJ | 105,440 | 34,280 | 71,160 | |
| 1 - 02007573 | 11/25/15 | TRICG | Tri Cities Grain | SW-491 | GLENN | 105,520 | 34,900 | 70,620 | |
| 1 - 02007577 | 11/25/15 | TRICG | Tri Cities Grain | SW-492 | BRAD | 105,700 | 33,320 | 72,380 | |
| 1 - 02007578 | 11/25/15 | TRICG | Tri Cities Grain | SW-493 | CLINT | 100,600 | 37,780 | 62,820 | |
| 1 - 02007579 | 11/25/15 | TRICG | Tri Cities Grain | SW-494 | MIKE | 100,840 | 36,300 | 64,540 | |
| 1 - 02007582 | 11/25/15 | TRICG | Tri Cities Grain | SW-495 | PRECI | 96,040 | 35,720 | 60,320 | |
| 1 - 02007584 | 11/25/15 | TRICG | Tri Cities Grain | SW-496 | MOSES | 99,700 | 36,240 | 63,460 | |
| 1 - 02007599 | 11/25/15 | TRICG | Tri Cities Grain | SW-497 | 7 | 104,720 | 33,760 | 70,960 | |
| 1 - 02007600 | 11/25/15 | TRICG | Tri Cities Grain | SW-498 | TRAVIS | 105,000 | 33,880 | 71,120 | |
| 1 - 02007630 | 11/30/15 | TRICG | Tri Cities Grain | SW-499 | BRAD | 105,060 | 33,440 | 71,620 | |
| 1 - 02007634 | 11/30/15 | TRICG | Tri Cities Grain | SW-500 | MIKE | 101,040 | 36,720 | 64,320 | |
| 1 - 02007635 | 11/30/15 | TRICG | Tri Cities Grain | SW-501 | PRECI | 95,960 | 35,440 | 60,520 | |
| 1 - 02007636 | 11/30/15 | TRICG | Tri Cities Grain | SW-502 | LEM | 96,280 | 38,100 | 58,180 | |
| 1 - 02007637 | 11/30/15 | TRICG | Tri Cities Grain | SW-503 | TONY | 101,320 | 41,100 | 60,220 | |
| 1 - 02007645 | 11/30/15 | TRICG | Tri Cities Grain | SW-504 | FIDENCIO | 103,740 | 38,300 | 65,440 | |
| 1 - 02007646 | 11/30/15 | TRICG | Tri Cities Grain | SW-505 | SAM | 96,960 | 38,340 | 58,620 | |
| 1 - 02007649 | 11/30/15 | TRICG | Tri Cities Grain | SW-506 | DANO | 102,660 | 39,240 | 63,420 | |
| 1 - 02007651 | 11/30/15 | TRICG | Tri Cities Grain | SW-507 | CHEVY | 105,500 | 35,680 | 69,820 | |
| 1 - 02007656 | 11/30/15 | TRICG | Tri Cities Grain | SW-508 | SONNY | 101,580 | 37,520 | 64,060 | |
| 1 - 02007857 | 11/30/15 | TRICG | Tri Cities Grain | SW-509 | BEN | 104,740 | 33,680 | 71,060 | |
| 1 - 02007660 | 11/30/15 | TRICG | Tri Cities Grain | SW-511 | TRAVIS | 105,420 | 33,760 | 71,660 | |
| 1 - 02007663 | 11/30/15 | TRICG | Tri Cities Grain | SW-511 | JAMEY | 105,780 | 33,320 | 72,460 | |
| 1 - 02007674 | 12/01/15 | TRICG | Tri Cities Grain | SW-512 | BOBBY | 101,320 | 36,560 | 64,760 | |
| 1 - 02007675 | 12/01/15 | TRICG | Tri Cities Grain | SW-513 | ROD | 100,200 | 39,440 | 60,760 | |
| 1 - 02007677 | 12/01/15 | TRICG | Tri Cities Grain | SW-514 | RYAN | 95,480 | 35,720 | 59,760 | |
| 1 - 02007679 | 12/01/15 | TRICG | Tri Cities Grain | SW-515 | CHRIS | 102,480 | 37,680 | 64,800 | |
| 1 - 02007681 | 12/01/15 | TRICG | Tri Cities Grain | SW-516 | MIKE | 100,040 | 36,720 | 63,320 | |
| 1 - 02007682 | 12/01/15 | TRICG | Tri Cities Grain | SW-517 | HEATH | 105,200 | 33,900 | 71,300 | |
| 1 - 02007683 | 12/01/15 | TRICG | Tri Cities Grain | SW-518 | PRECI | 95,480 | 35,300 | 60,180 | |
| 1 - 02007689 | 12/01/15 | TRICG | Tri Cities Grain | SW-519 | LEM | 95,920 | 38,080 | 57,840 | |
| 1 - 02007693 | 12/01/15 | TRICG | Tri Cities Grain | SW-520 | TRAVIS | 105,320 | 33,720 | 71,600 | |
| 1 - 02007694 | 12/01/15 | TRICG | Tri Cities Grain | SW-521 | JEREMY | 104,520 | 35,540 | 68,980 | |
| 1 - 02007695 | 12/01/15 | TRICG | Tri Cities Grain | SW-522 | ALFONSO | 102,120 | 37,280 | 64,840 | |
| 1 - 02007697 | 12/01/15 | TRICG | Tri Cities Grain | SW-523 | JAMEY | 105,020 | 33,380 | 71,640 | |
| 1 - 02007698 | 12/01/15 | TRICG | Tri Cities Grain | SW-524 | MARK | 96,280 | 36,780 | 59,500 | |
| 1 - 02007700 | 12/01/15 | TRICG | Tri Cities Grain | SW-525 | RUBEN | 101,000 | 39,140 | 61,860 | |
| 1 - 02007705 | 12/02/15 | TRICG | Tri Cities Grain | SW-526 | GUS | 101,040 | 38,200 | 62,840 | |
| 1 - 02007706 | 12/02/15 | TRICG | Tri Cities Grain | SW-527 | MIGUEL | 101,500 | 37,060 | 64,440 | |
| 1 - 02007710 | 12/02/15 | TRICG | Tri Cities Grain | SW-528 | CHRIS | 102,820 | 37,560 | 65,260 | |
| 1 - 02007712 | 12/02/15 | TRICG | Tri Cities Grain | SW-529 | MIKE | 101,600 | 37,640 | 63,960 | |
| 1 - 02007713 | 12/02/15 | TRICG | Tri Cities Grain | SW-530 | ALLEN | 106,040 | 35,960 | 70,080 | |
| 1 - 02007714 | 12/02/15 | TRICG | Tri Cities Grain | SW-531 | MIKE | 101,000 | 36,640 | 64,360 | |
| 1 - 02007715 | 12/02/15 | TRICG | Tri Cities Grain | SW-532 | RUSTY | 95,380 | 35,420 | 59,960 | |
| 1 - 02007717 | 12/02/15 | TRICG | Tri Cities Grain | SW-533 | JIM | 103,840 | 34,960 | 68,880 | |
| 1 - 02007720 | 12/02/15 | TRICG | Tri Cities Grain | SW-534 | BILL | 82,920 | 30,560 | 52,360 | |
| 1 - 02007722 | 12/02/15 | TRICG | Tri Cities Grain | SW-535 | PRECI | 95,560 | 36,280 | 59,280 | |
| 1 - 02007725 | 12/02/15 | TRICG | Tri Cities Grain | SW-536 | NATO | 94,380 | 32,280 | 62,100 | |
| 1 - 02007731 | 12/02/15 | TRICG | Tri Cities Grain | SW-537 | ABEL | 96,340 | 36,140 | 60,200 | |
| 1 - 02007737 | 12/03/15 | TRICG | Tri Cities Grain | SW-538 | JESUS | 101,180 | 37,800 | 63,380 | |
| 1 - 02007738 | 12/03/15 | TRICG | Tri Cities Grain | SW-539 | ALFONSO | 101,840 | 36,860 | 64,980 | |
| 1 - 02007740 | 12/03/15 | TRICG | Tri Cities Grain | SW-540 | REX | 78,320 | 33,020 | 45,300 | |
| 1 - 02007741 | 12/03/15 | TRICG | Tri Cities Grain | SW-541 | GUS | 101,060 | 38,280 | 62,780 | |
| 1 - 02007744 | 12/03/15 | TRICG | Tri Cities Grain | SW-542 | CHRIS | 102,740 | 37,760 | 64,980 | |
| 1 - 02007746 | 12/03/15 | TRICG | Tri Cities Grain | SW-543 | TRAVIS | 105,260 | 34,280 | 70,980 | |
| 1 - 02007747 | 12/03/15 | TRICG | Tri Cities Grain | SW-544 | JEREMY | 101,040 | 38,700 | 62,340 | |
| 1 - 02007750 | 12/03/15 | TRICG | Tri Cities Grain | SW-545 | JOHN | 104,600 | 36,980 | 67,620 | |
| 1 - 02007753 | 12/03/15 | TRICG | Tri Cities Grain | SW-546 | RICK | 105,160 | 34,300 | 70,860 | |
| 1 - 02007756 | 12/03/15 | TRICG | Tri Cities Grain | SW-547 | MIGUEL | 100,760 | 37,300 | 63,460 | |
| 1 - 02007758 | 12/03/15 | TRICG | Tri Cities Grain | SW-548 | CODY | 98,200 | 36,420 | 61,780 | |
| 1 - 02007763 | 12/03/15 | TRICG | Tri Cities Grain | SW-549 | JAMEY | 105,620 | 33,740 | 71,880 | |
| 1 - 02007767 | 12/03/15 | TRICG | Tri Cities Grain | SW-550 | BRAD | 105,580 | 33,640 | 71,940 | |
| 1 - 02007771 | 12/04/15 | TRICG | Tri Cities Grain | SW-551 | TRAVIS | 104,920 | 34,180 | 70,740 | |
| 1 - 02007773 | 12/04/15 | TRICG | Tri Cities Grain | SW-552 | ALISEO | 96,760 | 35,920 | 60,840 | |

**FG 36078**

09/26/2017  10:12:22PM

Documenting By Commodity Report

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| **SWW Whole Wheat (TON)** | **Commodity #: 31** | | | | | | | | |
| 1 - 02007774 | 12/04/15 | TRICG | Tri Cities Grain | SW-553 | JESUS | 102,920 | 37,660 | 65,260 | |
| 1 - 02007775 | 12/04/15 | TRICG | Tri Cities Grain | SW-554 | GUS | 100,720 | 38,220 | 62,500 | |
| 1 - 02007776 | 12/04/15 | TRICG | Tri Cities Grain | SW-555 | CHRIS | 102,800 | 37,680 | 65,120 | |
| 1 - 02007777 | 12/04/15 | TRICG | Tri Cities Grain | SW-556 | ISMEAL | 95,600 | 35,700 | 59,900 | |
| 1 - 02007778 | 12/04/15 | TRICG | Tri Cities Grain | SW-557 | ALFONSO | 101,960 | 37,360 | 64,600 | |
| 1 - 02007779 | 12/04/15 | TRICG | Tri Cities Grain | SW-558 | PRECI | 96,080 | 35,400 | 60,680 | |
| 1 - 02007780 | 12/04/15 | TRICG | Tri Cities Grain | SW-559 | ERNESTO | 97,200 | 35,380 | 61,820 | |
| 1 - 02007783 | 12/04/15 | TRICG | Tri Cities Grain | SW-560 | DAVID | 101,400 | 38,060 | 63,340 | |
| 1 - 02007784 | 12/04/15 | TRICG | Tri Cities Grain | SW-561 | MIKE | 101,080 | 36,780 | 64,300 | |
| 1 - 02007786 | 12/04/15 | TRICG | Tri Cities Grain | SW-562 | FRANCISCO | 94,980 | 35,420 | 59,560 | |
| 1 - 02007791 | 12/04/15 | TRICG | Tri Cities Grain | SW-563 | RUBEN | 96,840 | 37,840 | 59,000 | |
| 1 - 02007794 | 12/04/15 | TRICG | Tri Cities Grain | SW-564 | MARVIN | 102,240 | 37,840 | 64,400 | |
| 1 - 02007797 | 12/04/15 | TRICG | Tri Cities Grain | SW-565 | HEATH | 105,100 | 33,700 | 71,400 | |
| 1 - 02007808 | 12/07/15 | TRICG | Tri Cities Grain | SW-566 | TIM | 105,520 | 37,446 | 68,074 | |
| 1 - 02007809 | 12/07/15 | TRICG | Tri Cities Grain | SW-567 | GUS | 101,020 | 38,340 | 62,680 | |
| 1 - 02007810 | 12/07/15 | TRICG | Tri Cities Grain | SW-568 | PRECI | 97,000 | 35,540 | 61,460 | |
| 1 - 02007811 | 12/07/15 | TRICG | Tri Cities Grain | SW-569 | CHRIS | 104,080 | 37,840 | 66,240 | |
| 1 - 02007812 | 12/07/15 | TRICG | Tri Cities Grain | SW-570 | MARTIN | 94,660 | 33,220 | 61,440 | |
| 1 - 02007813 | 12/07/15 | TRICG | Tri Cities Grain | SW-571 | MIKE | 100,640 | 36,980 | 63,660 | |
| 1 - 02007814 | 12/07/15 | TRICG | Tri Cities Grain | SW-572 | ANDREW | 96,240 | 37,360 | 58,880 | |
| 1 - 02007816 | 12/07/15 | TRICG | Tri Cities Grain | SW-573 | BRAD | 105,520 | 33,860 | 71,660 | |
| 1 - 02007817 | 12/07/15 | TRICG | Tri Cities Grain | SW-574 | RICK | 102,660 | 40,300 | 62,360 | |
| 1 - 02007819 | 12/07/15 | TRICG | Tri Cities Grain | SW-575 | MIGUEL | 101,660 | 37,160 | 64,500 | |
| 1 - 02007831 | 12/07/15 | TRICG | Tri Cities Grain | SW-576 | BEN | 104,080 | 33,620 | 70,460 | |
| 1 - 02007834 | 12/07/15 | TRICG | Tri Cities Grain | SW-577 | | 97,040 | 35,680 | 61,360 | |
| 1 - 02007838 | 12/07/15 | TRICG | Tri Cities Grain | SW-578 | DOUG | 97,500 | 37,960 | 59,540 | |
| 1 - 02007839 | 12/07/15 | TRICG | Tri Cities Grain | SW-579 | SCOTT | 101,540 | 39,620 | 61,920 | |
| 1 - 02007842 | 12/07/15 | TRICG | Tri Cities Grain | SW-580 | JAMEY | 106,160 | 33,820 | 72,340 | |
| 1 - 02007843 | 12/07/15 | TRICG | Tri Cities Grain | SW-581 | TRAVIS | 105,760 | 34,240 | 71,520 | |
| 1 - 02007845 | 12/08/15 | TRICG | Tri Cities Grain | SW-582 | ALFONSO | 102,200 | 37,300 | 64,900 | |
| 1 - 02007849 | 12/08/15 | TRICG | Tri Cities Grain | SW-583 | BRAD | 105,400 | 33,960 | 71,440 | |
| 1 - 02007850 | 12/08/15 | TRICG | Tri Cities Grain | SW-584 | JON | 96,780 | 38,240 | 58,540 | |
| 1 - 02007851 | 12/08/15 | TRICG | Tri Cities Grain | SW-585 | RYAN | 96,580 | 38,320 | 58,260 | |
| 1 - 02007852 | 12/08/15 | TRICG | Tri Cities Grain | SW-586 | CHAD | 96,120 | 39,760 | 56,360 | |
| 1 - 02007853 | 12/08/15 | TRICG | Tri Cities Grain | SW-587 | AARON | 95,080 | 38,420 | 56,660 | |
| 1 - 02007854 | 12/08/15 | TRICG | Tri Cities Grain | SW-588 | RICK | 105,280 | 34,640 | 70,640 | |
| 1 - 02007855 | 12/08/15 | TRICG | Tri Cities Grain | SW-589 | CHRIS | 102,860 | 37,800 | 65,060 | |
| 1 - 02007857 | 12/08/15 | TRICG | Tri Cities Grain | SW-590 | SAL | 100,780 | 37,820 | 62,960 | |
| 1 - 02007858 | 12/08/15 | TRICG | Tri Cities Grain | SW-591 | MIKE | 100,340 | 36,820 | 63,520 | |
| 1 - 02007859 | 12/08/15 | TRICG | Tri Cities Grain | SW-592 | JOHN | 105,580 | 37,560 | 68,020 | |
| 1 - 02007862 | 12/08/15 | TRICG | Tri Cities Grain | SW-31 | ISMAEL | 95,680 | 35,760 | 59,920 | |
| 1 - 02007866 | 12/08/15 | TRICG | Tri Cities Grain | SW-594 | PRECI | 95,760 | 35,700 | 60,060 | |
| 1 - 02007867 | 12/08/15 | TRICG | Tri Cities Grain | SW-595 | FIDENCIO | 104,520 | 38,460 | 66,060 | |
| 1 - 02007868 | 12/08/15 | TRICG | Tri Cities Grain | SW-596 | ALINO | 98,560 | 38,320 | 60,240 | |
| 1 - 02007869 | 12/08/15 | TRICG | Tri Cities Grain | SW-597 | JOSE | 98,160 | 38,400 | 59,760 | |
| 1 - 02007875 | 12/08/15 | TRICG | Tri Cities Grain | SW-598 | TRAVIS | 105,540 | 34,200 | 71,340 | |
| 1 - 02007878 | 12/08/15 | TRICG | Tri Cities Grain | SW-599 | JAMEY | 105,840 | 33,720 | 72,120 | |
| 1 - 02007885 | 12/09/15 | TRICG | Tri Cities Grain | SW-600 | BRAD | 106,000 | 33,780 | 72,220 | |
| 1 - 02007904 | 12/09/15 | TRICG | Tri Cities Grain | SW-601 | TRAVIS | 106,060 | 34,520 | 71,540 | |
| 1 - 02007910 | 12/10/15 | TRICG | Tri Cities Grain | SW-602 | BRAD | 105,260 | 33,460 | 71,800 | |
| 1 - 02007913 | 12/10/15 | TRICG | Tri Cities Grain | SW-603 | JAMEY | 105,200 | 33,800 | 71,400 | |
| 1 - 02007927 | 12/10/15 | TRICG | Tri Cities Grain | SW-604 | TRAVIS | 105,920 | 34,020 | 71,900 | |
| 1 - 02007946 | 12/11/15 | TRICG | Tri Cities Grain | SW-605 | BRAD | 105,840 | 33,840 | 72,000 | |
| 1 - 02007947 | 12/11/15 | TRICG | Tri Cities Grain | SW-606 | JAMEY | 105,620 | 33,620 | 72,000 | |
| 1 - 02007962 | 12/11/15 | TRICG | Tri Cities Grain | SW-607 | TRAVIS | 105,560 | 34,020 | 71,540 | |
| 1 - 02007971 | 12/14/15 | TRICG | Tri Cities Grain | SW-608 | BRAD | 105,480 | 33,540 | 71,940 | |
| 1 - 02007978 | 12/14/15 | TRICG | Tri Cities Grain | SW-609 | JAMEY | 105,740 | 33,540 | 72,200 | |
| 1 - 02007994 | 12/15/15 | TRICG | Tri Cities Grain | SW-610 | TRAVIS | 105,900 | 34,320 | 71,580 | |
| 1 - 02008001 | 12/15/15 | TRICG | Tri Cities Grain | SW-611 | JAMEY | 105,760 | 33,500 | 72,260 | |
| 1 - 02008002 | 12/15/15 | TRICG | Tri Cities Grain | SW-612 | BRAD | 105,800 | 33,860 | 71,940 | |
| 1 - 02008027 | 12/16/15 | TRICG | Tri Cities Grain | SW-613 | TRAVIS | 106,040 | 34,280 | 71,760 | |
| 1 - 02008035 | 12/16/15 | TRICG | Tri Cities Grain | SW-614 | BRAD | 105,720 | 33,920 | 71,800 | |
| 1 - 02008036 | 12/16/15 | TRICG | Tri Cities Grain | SW-615 | JAMEY | 105,440 | 33,960 | 71,480 | |
| 1 - 02008078 | 12/17/15 | TRICG | Tri Cities Grain | SW-616 | TRAVIS | 106,000 | 34,820 | 71,180 | |
| *** Destination Totals: | TRICG | | | | | | | 48,106,726 | 28.31 |
| ** Commodity Totals: | SWW Whole Wheat | | | | | | | 67,678,716 | 262.81 |
| * Report Totals: | | | | | | | | 67,678,716 | 262.81 |

**FG 36079**

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
Document    Page 131 of 142

09/26/2017  10:13:27PM
Reporting By Producer Report
Location(s):  1-FARMERS GRAIN
Page:    1

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|

**SWW Whole Wheat (TON)**   Commodity #: 31

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| 1 - 02013848 | 11/10/16 | BECJE | Jeff Beck | | JEFF | 12,080 | 7,640 | 4,440 | |
| 1 - 02013876 | 11/11/16 | BECJE | Jeff Beck | | JEFF | 13,500 | 12,740 | 760 | |
| *** Destination Totals: | | BECJE | | | | | | 5,200 | |
| 1 - 02012862 | 09/23/16 | BISMI | Mike Bishop | | MIKE | 8,400 | 7,660 | 740 | |
| 1 - 02013818 | 11/08/16 | BISMI | Mike Bishop | | MIKE | 8,620 | 7,900 | 720 | |
| 1 - 02014113 | 11/28/16 | BISMI | Mike Bishop | | MIKE | 7,480 | 6,260 | 1,220 | |
| *** Destination Totals: | | BISMI | | | | | | 2,680 | |
| 1 - 02009518 | 02/17/16 | BNWBOR | Boardman Beef Northwest, L | 178489 153002 | BRAD | 107,000 | 34,100 | 72,900 | |
| 1 - 02009520 | 02/17/16 | BNWBOR | Boardman Beef Northwest, L | 178491 153003 | ODIS | 105,940 | 36,920 | 69,020 | |
| 1 - 02009523 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178586 153015 | BRAD | 105,000 | 33,480 | 71,520 | |
| 1 - 02009524 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178588 153016 | JON | 104,120 | 32,900 | 71,220 | |
| 1 - 02009525 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178603 153017 | BRAD | 106,000 | 33,180 | 72,820 | |
| 1 - 02009527 | 02/23/16 | BNWBOR | Boardman Beef Northwest, L | 178604 153018 | ODIS | 104,820 | 36,860 | 67,960 | |
| 1 - 02009528 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178616 153019 | ODIS | 103,860 | 37,140 | 66,720 | |
| 1 - 02009529 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178617 153020 | BRAD | 104,960 | 33,360 | 71,600 | |
| 1 - 02009530 | 02/24/16 | BNWBOR | Boardman Beef Northwest, L | 178627 153021 | ODIS | 103,760 | 36,860 | 66,900 | |
| *** Destination Totals: | | BNWBOR | | | | | | 630,660 | |
| 1 - 02011444 | 07/11/16 | CUST | CUSTOMER | | CARLOS | 6,360 | 5,960 | 400 | |
| 1 - 02012788 | 09/19/16 | CUST | CUSTOMER | | SETH | 19,760 | 12,240 | 7,520 | |
| 1 - 02012839 | 09/22/16 | CUST | CUSTOMER | | SETH | 18,040 | 12,100 | 5,940 | |
| 1 - 02012990 | 09/29/16 | CUST | CUSTOMER | | BRAD | 7,600 | 5,640 | 1,960 | |
| 1 - 02014313 | 12/12/16 | CUST | CUSTOMER | | | 8,400 | 8,200 | 200 | |
| *** Destination Totals: | | CUST | | | | | | 16,020 | |
| 1 - 02008525 | 01/08/16 | LANSBL | Lansing Bliss | MP 718391 | | 198,801 | 1 | 198,800 | |
| 1 - 02008526 | 01/08/16 | LANSBL | Lansing Bliss | CEFX 12933 | | 223,001 | 1 | 223,000 | |
| *** Destination Totals: | | LANSBL | | | | | | 421,800 | |
| 1 - 02013629 | 11/01/16 | LBERA | LBE Ranch | | EMILY | 8,040 | 5,860 | 2,180 | |
| 1 - 02013803 | 11/08/16 | LBERA | LBE Ranch | | EMILY | 7,640 | 5,440 | 2,200 | |
| *** Destination Totals: | | LBERA | | | | | | 4,380 | |
| 1 - 02012232 | 08/18/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 95,160 | 35,360 | 59,800 | |
| 1 - 02012269 | 08/20/16 | MGTFG | ACCT: McCoy Grain Termina | | JOSE | 95,880 | 34,520 | 61,360 | |
| 1 - 02012274 | 08/20/16 | MGTFG | ACCT: McCoy Grain Termina | | FREDDIE | 96,000 | 36,380 | 59,620 | |
| 1 - 02012294 | 08/22/16 | MGTFG | ACCT: McCoy Grain Termina | | JOSE | 95,780 | 34,400 | 61,380 | |
| 1 - 02012328 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,240 | 34,500 | 61,740 | |
| 1 - 02012333 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,000 | 35,500 | 60,500 | |
| 1 - 02012337 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 95,400 | 34,460 | 60,940 | |
| 1 - 02012338 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 96,060 | 36,560 | 59,500 | |
| 1 - 02012339 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 103,120 | 38,600 | 64,520 | |
| 1 - 02012340 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 85,600 | 35,420 | 50,180 | |
| 1 - 02012341 | 08/24/16 | MGTFG | ACCT: McCoy Grain Termina | | SID | 95,860 | 35,860 | 60,000 | |
| 1 - 02012357 | 08/25/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 100,600 | 36,280 | 64,320 | |
| 1 - 02012382 | 08/25/16 | MGTFG | ACCT: McCoy Grain Termina | MC3287 | JEREMY | 99,020 | 36,940 | 62,080 | |
| 1 - 02012390 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 95,040 | 37,140 | 57,900 | |
| 1 - 02012391 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 100,140 | 37,920 | 62,220 | |
| 1 - 02012398 | 08/26/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,040 | 35,240 | 60,800 | |
| 1 - 02012401 | 08/27/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,500 | 34,620 | 61,880 | |
| 1 - 02012415 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 96,600 | 36,580 | 60,020 | |
| 1 - 02012417 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 85,920 | 35,320 | 50,600 | |
| 1 - 02012420 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | RIGO | 95,780 | 36,460 | 59,320 | |
| 1 - 02012421 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,260 | 36,640 | 65,620 | |
| 1 - 02012437 | 08/29/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,540 | 36,580 | 63,960 | |
| 1 - 02012439 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 101,360 | 37,520 | 63,840 | |
| 1 - 02012447 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 95,020 | 35,860 | 59,160 | |
| 1 - 02012451 | 08/30/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 96,240 | 35,340 | 60,900 | |
| 1 - 02012473 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 101,140 | 37,500 | 63,640 | |
| 1 - 02012474 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,220 | 35,880 | 64,340 | |
| 1 - 02012477 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 88,100 | 35,520 | 52,580 | |
| 1 - 02012478 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,040 | 35,220 | 60,820 | |
| 1 - 02012495 | 08/31/16 | MGTFG | ACCT: McCoy Grain Termina | | RIGO | 92,300 | 35,980 | 56,320 | |
| 1 - 02012501 | 09/01/16 | MGTFG | ACCT: McCoy Grain Termina | | BILL | 96,520 | 35,240 | 61,280 | |
| 1 - 02012505 | 09/01/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 100,040 | 38,580 | 61,460 | |
| 1 - 02012545 | 09/06/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 87,160 | 35,540 | 51,620 | |
| 1 - 02012560 | 09/06/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 99,380 | 36,340 | 63,040 | |
| 1 - 02012569 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,540 | 36,520 | 66,020 | |
| 1 - 02012571 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 97,440 | 35,500 | 61,940 | |
| 1 - 02012575 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 89,020 | 35,720 | 53,300 | |
| 1 - 02012583 | 09/07/16 | MGTFG | ACCT: McCoy Grain Termina | | TOM | 79,520 | 29,680 | 49,840 | |
| 1 - 02012591 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 101,280 | 36,380 | 64,900 | |

**FG 36080**

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02012596 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNY | 95,460 | 34,660 | 60,800 | |
| 1 - 02012600 | 09/08/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 95,720 | 36,560 | 59,160 | |
| 1 - 02012616 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,100 | 35,660 | 64,440 | |
| 1 - 02012621 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | PLACIDO | 101,420 | 36,600 | 64,820 | |
| 1 - 02012622 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 102,500 | 36,640 | 65,960 | |
| 1 - 02012625 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 95,500 | 36,000 | 59,500 | |
| 1 - 02012630 | 09/09/16 | MGTFG | ACCT: McCoy Grain Termina | | WAYNE | 96,560 | 36,000 | 60,560 | |
| 1 - 02012660 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 89,140 | 35,440 | 53,700 | |
| 1 - 02012670 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | SID | 96,120 | 36,260 | 59,860 | |
| 1 - 02012676 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 101,260 | 38,240 | 63,020 | |
| 1 - 02012677 | 09/12/16 | MGTFG | ACCT: McCoy Grain Termina | | DAVID | 100,840 | 38,700 | 62,140 | |
| 1 - 02012688 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 99,700 | 36,960 | 62,740 | |
| 1 - 02012692 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | DON | 102,540 | 36,520 | 66,020 | |
| 1 - 02012703 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | DOUG | 88,960 | 35,520 | 53,440 | |
| 1 - 02012704 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | GARY | 98,360 | 36,940 | 61,420 | |
| 1 - 02012706 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | MIKE | 96,960 | 36,140 | 60,820 | |
| 1 - 02012712 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | LONNIE | 95,060 | 36,100 | 58,960 | |
| 1 - 02012716 | 09/13/16 | MGTFG | ACCT: McCoy Grain Termina | | SAM | 97,700 | 36,640 | 61,060 | |
| 1 - 02012735 | 09/14/16 | MGTFG | ACCT: McCoy Grain Termina | | FRANK | 103,740 | 32,760 | 70,980 | |
| 1 - 02012804 | 09/20/16 | MGTFG | ACCT: McCoy Grain Termina | | JOE | 101,600 | 38,060 | 63,540 | |
| 1 - 02012864 | 09/23/16 | MGTFG | ACCT: McCoy Grain Termina | | TOM | 79,000 | 29,460 | 49,540 | |
| 1 - 02012868 | 09/23/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,360 | 36,380 | 63,980 | |
| 1 - 02012895 | 09/26/16 | MGTFG | ACCT: McCoy Grain Termina | | BOB | 83,260 | 31,660 | 51,600 | |
| 1 - 02012899 | 09/26/16 | MGTFG | ACCT: McCoy Grain Termina | | RHETT | 105,480 | 31,860 | 73,620 | |
| 1 - 02012932 | 09/27/16 | MGTFG | ACCT: McCoy Grain Termina | | GIL | 100,020 | 36,700 | 63,320 | |
| *** Destination Totals: | | MGTFG | | | | | | 3,878,260 | |
| 1 - 02013342 | 10/18/16 | NIKLE | Lew Nikkel | | LEW | 9,280 | 7,400 | 1,880 | |
| 1 - 02013546 | 10/28/16 | NIKLE | Lew Nikkel | | LEW | 9,260 | 7,500 | 1,760 | |
| *** Destination Totals: | | NIKLE | | | | | | 3,640 | |
| 1 - 02011353 | 07/07/16 | NWGG | Northwest Grain Growers | | BRAD | 104,560 | 32,760 | 71,800 | |
| 1 - 02011355 | 07/07/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,700 | 33,260 | 72,440 | |
| 1 - 02011369 | 07/07/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,500 | 38,680 | 63,820 | |
| 1 - 02011374 | 07/08/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,700 | 33,200 | 72,500 | |
| 1 - 02011377 | 07/08/16 | NWGG | Northwest Grain Growers | | BRAD | 105,420 | 33,160 | 72,260 | |
| 1 - 02011382 | 07/08/16 | NWGG | Northwest Grain Growers | | HOWARD | 101,680 | 37,220 | 64,460 | |
| 1 - 02011407 | 07/08/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,600 | 38,780 | 63,820 | |
| 1 - 02011408 | 07/09/16 | NWGG | Northwest Grain Growers | | CHARLIE | 99,040 | 36,160 | 62,880 | |
| 1 - 02011409 | 07/09/16 | NWGG | Northwest Grain Growers | | ANTHONY | 102,080 | 39,840 | 62,240 | |
| 1 - 02011413 | 07/09/16 | NWGG | Northwest Grain Growers | | ZACK | 91,000 | 34,980 | 56,020 | |
| 1 - 02011414 | 07/09/16 | NWGG | Northwest Grain Growers | | BRIAN | 102,500 | 39,720 | 62,780 | |
| 1 - 02011416 | 07/11/16 | NWGG | Northwest Grain Growers | | BRAD | 104,940 | 33,120 | 71,820 | |
| 1 - 02011418 | 07/11/16 | NWGG | Northwest Grain Growers | | JOSH | 102,200 | 36,600 | 65,600 | |
| 1 - 02011422 | 07/11/16 | NWGG | Northwest Grain Growers | | MIKE | 102,220 | 39,720 | 62,500 | |
| 1 - 02011423 | 07/11/16 | NWGG | Northwest Grain Growers | | TONY | 101,140 | 38,400 | 62,740 | |
| 1 - 02011427 | 07/11/16 | NWGG | Northwest Grain Growers | | CASEY | 104,180 | 36,840 | 67,340 | |
| 1 - 02011437 | 07/11/16 | NWGG | Northwest Grain Growers | | JOHN | 103,260 | 36,980 | 66,280 | |
| 1 - 02011439 | 07/11/16 | NWGG | Northwest Grain Growers | | JOSE | 101,980 | 37,560 | 64,420 | |
| 1 - 02011440 | 07/11/16 | NWGG | Northwest Grain Growers | | BRIAN | 102,160 | 37,700 | 64,460 | |
| 1 - 02011442 | 07/11/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,820 | 37,940 | 64,880 | |
| 1 - 02011446 | 07/12/16 | NWGG | Northwest Grain Growers | | ANTHONY | 101,660 | 39,780 | 61,880 | |
| 1 - 02011448 | 07/12/16 | NWGG | Northwest Grain Growers | | BRAD | 104,720 | 33,120 | 71,600 | |
| 1 - 02011449 | 07/12/16 | NWGG | Northwest Grain Growers | | JAMEY | 104,440 | 33,140 | 71,300 | |
| 1 - 02011456 | 07/12/16 | NWGG | Northwest Grain Growers | | PHIL | 97,660 | 38,380 | 59,280 | |
| 1 - 02011462 | 07/12/16 | NWGG | Northwest Grain Growers | | ARTHUR | 101,920 | 38,000 | 63,920 | |
| 1 - 02011466 | 07/12/16 | NWGG | Northwest Grain Growers | | DENNIS | 104,840 | 38,480 | 66,360 | |
| 1 - 02011467 | 07/12/16 | NWGG | Northwest Grain Growers | | PAT | 102,020 | 40,120 | 61,900 | |
| 1 - 02011469 | 07/12/16 | NWGG | Northwest Grain Growers | | ROBERT | 100,840 | 39,900 | 60,940 | |
| 1 - 02011472 | 07/12/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,740 | 38,580 | 65,160 | |
| 1 - 02011477 | 07/13/16 | NWGG | Northwest Grain Growers | | JOSE | 101,600 | 38,440 | 63,160 | |
| 1 - 02011478 | 07/13/16 | NWGG | Northwest Grain Growers | | BRAD | 105,540 | 33,160 | 72,380 | |
| 1 - 02011480 | 07/13/16 | NWGG | Northwest Grain Growers | | JAMEY | 106,180 | 33,220 | 72,960 | |
| 1 - 02011481 | 07/13/16 | NWGG | Northwest Grain Growers | | ARMANDO | 96,880 | 33,600 | 63,280 | |
| 1 - 02011483 | 07/13/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,500 | 37,400 | 65,100 | |
| 1 - 02011485 | 07/13/16 | NWGG | Northwest Grain Growers | | JON | 102,080 | 38,860 | 63,220 | |
| 1 - 02011492 | 07/13/16 | NWGG | Northwest Grain Growers | | ARTHUR | 101,920 | 37,640 | 64,280 | |
| 1 - 02011499 | 07/13/16 | NWGG | Northwest Grain Growers | | JOHN | 102,960 | 36,840 | 66,120 | |
| 1 - 02011509 | 07/13/16 | NWGG | Northwest Grain Growers | | JAY | 103,240 | 37,980 | 65,260 | |
| 1 - 02011904 | 08/01/16 | NWGG | Northwest Grain Growers | | FRANK | 95,880 | 36,760 | 59,120 | |
| 1 - 02011907 | 08/01/16 | NWGG | Northwest Grain Growers | | RAUL | 102,040 | 38,320 | 63,720 | |
| 1 - 02011909 | 08/01/16 | NWGG | Northwest Grain Growers | | JULIAN | 96,080 | 35,520 | 60,560 | |
| 1 - 02011910 | 08/01/16 | NWGG | Northwest Grain Growers | | ALICIA | 101,580 | 37,600 | 63,980 | |
| 1 - 02011912 | 08/01/16 | NWGG | Northwest Grain Growers | | ARMANDO | 95,000 | 33,580 | 61,420 | |

Documenting By Category Report

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02011914 | 08/01/16 | NWGG | Northwest Grain Growers | | KALEB | 101,400 | 36,420 | 64,980 | |
| 1 - 02011915 | 08/01/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,000 | 37,480 | 62,520 | |
| 1 - 02011918 | 08/01/16 | NWGG | Northwest Grain Growers | | BRAD | 103,580 | 38,040 | 65,540 | |
| 1 - 02011920 | 08/01/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,060 | 38,580 | 64,480 | |
| 1 - 02011925 | 08/01/16 | NWGG | Northwest Grain Growers | | JOSE | 100,240 | 35,860 | 64,380 | |
| 1 - 02011930 | 08/01/16 | NWGG | Northwest Grain Growers | | FILIPE | 97,860 | 36,640 | 61,220 | |
| 1 - 02011931 | 08/01/16 | NWGG | Northwest Grain Growers | | CHASE | 95,800 | 35,340 | 60,460 | |
| 1 - 02011936 | 08/02/16 | NWGG | Northwest Grain Growers | | JULIAN | 95,020 | 36,740 | 58,280 | |
| 1 - 02011938 | 08/02/16 | NWGG | Northwest Grain Growers | | KALEB | 101,760 | 36,420 | 65,340 | |
| 1 - 02011939 | 08/02/16 | NWGG | Northwest Grain Growers | | DOUG | 90,000 | 35,700 | 54,300 | |
| 1 - 02011940 | 08/02/16 | NWGG | Northwest Grain Growers | | BRAD | 105,520 | 34,020 | 71,500 | |
| 1 - 02011941 | 08/02/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,300 | 37,520 | 62,780 | |
| 1 - 02011945 | 08/02/16 | NWGG | Northwest Grain Growers | | KEVIN | 103,620 | 38,600 | 65,020 | |
| 1 - 02011948 | 08/02/16 | NWGG | Northwest Grain Growers | | JOSE | 96,120 | 35,140 | 60,980 | |
| 1 - 02011950 | 08/02/16 | NWGG | Northwest Grain Growers | | KENT | 96,960 | 34,560 | 62,400 | |
| 1 - 02011953 | 08/02/16 | NWGG | Northwest Grain Growers | | CHASE | 95,980 | 35,200 | 60,780 | |
| 1 - 02011957 | 08/02/16 | NWGG | Northwest Grain Growers | | ROSS | 96,660 | 35,580 | 61,080 | |
| 1 - 02012004 | 08/04/16 | NWGG | Northwest Grain Growers | | JOSH | 103,280 | 37,180 | 66,100 | |
| 1 - 02012007 | 08/04/16 | NWGG | Northwest Grain Growers | | ZACK | 99,660 | 35,900 | 63,760 | |
| 1 - 02012009 | 08/04/16 | NWGG | Northwest Grain Growers | | SUNNY | 104,000 | 37,140 | 66,860 | |
| 1 - 02012014 | 08/04/16 | NWGG | Northwest Grain Growers | | KEVIN | 102,740 | 38,700 | 64,040 | |
| 1 - 02012018 | 08/04/16 | NWGG | Northwest Grain Growers | | ALFONSO | 102,400 | 37,200 | 65,200 | |
| 1 - 02012020 | 08/04/16 | NWGG | Northwest Grain Growers | | CHASE | 95,540 | 35,320 | 60,220 | |
| 1 - 02012022 | 08/05/16 | NWGG | Northwest Grain Growers | | HEATH | 105,480 | 34,120 | 71,360 | |
| 1 - 02012023 | 08/05/16 | NWGG | Northwest Grain Growers | | JAMEY | 105,680 | 33,080 | 72,600 | |
| 1 - 02012024 | 08/05/16 | NWGG | Northwest Grain Growers | | JULIAN | 101,140 | 36,280 | 64,860 | |
| 1 - 02012026 | 08/05/16 | NWGG | Northwest Grain Growers | | ARMANDO | 95,500 | 33,580 | 61,920 | |
| 1 - 02012028 | 08/05/16 | NWGG | Northwest Grain Growers | | ROSS | 96,480 | 36,000 | 60,480 | |
| 1 - 02012035 | 08/05/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,220 | 37,440 | 62,780 | |
| 1 - 02012036 | 08/05/16 | NWGG | Northwest Grain Growers | | JAMES | 96,340 | 36,720 | 59,620 | |
| 1 - 02012039 | 08/05/16 | NWGG | Northwest Grain Growers | | SUNNY | 104,180 | 37,140 | 67,040 | |
| 1 - 02012043 | 08/05/16 | NWGG | Northwest Grain Growers | | DOUG | 90,020 | 35,160 | 54,860 | |
| 1 - 02012044 | 08/05/16 | NWGG | Northwest Grain Growers | | CHASE | 95,480 | 35,320 | 60,160 | |
| 1 - 02012047 | 08/06/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,200 | 35,280 | 62,920 | |
| 1 - 02012049 | 08/08/16 | NWGG | Northwest Grain Growers | | BRAD | 105,260 | 34,080 | 71,180 | |
| 1 - 02012050 | 08/08/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,520 | 36,240 | 64,280 | |
| 1 - 02012051 | 08/08/16 | NWGG | Northwest Grain Growers | | HEATH | 105,280 | 33,280 | 72,000 | |
| 1 - 02012056 | 08/08/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,860 | 37,440 | 63,420 | |
| 1 - 02012063 | 08/08/16 | NWGG | Northwest Grain Growers | | BILL | 102,500 | 38,020 | 64,480 | |
| 1 - 02012064 | 08/08/16 | NWGG | Northwest Grain Growers | | CRAIG | 103,720 | 37,840 | 65,880 | |
| 1 - 02012073 | 08/08/16 | NWGG | Northwest Grain Growers | | ROSS | 97,740 | 36,180 | 61,560 | |
| 1 - 02012075 | 08/09/16 | NWGG | Northwest Grain Growers | | HEATH | 105,400 | 33,260 | 72,140 | |
| 1 - 02012077 | 08/09/16 | NWGG | Northwest Grain Growers | | ALICIA | 100,000 | 37,240 | 62,760 | |
| 1 - 02012078 | 08/09/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,080 | 36,060 | 64,020 | |
| 1 - 02012080 | 08/09/16 | NWGG | Northwest Grain Growers | | JAMEY | 106,220 | 33,340 | 72,880 | |
| 1 - 02012083 | 08/09/16 | NWGG | Northwest Grain Growers | | | 104,780 | 35,600 | 69,180 | |
| 1 - 02012084 | 08/09/16 | NWGG | Northwest Grain Growers | | AL | 104,080 | 35,900 | 68,180 | |
| 1 - 02012088 | 08/09/16 | NWGG | Northwest Grain Growers | | JAMES | 95,740 | 36,640 | 59,100 | |
| 1 - 02012094 | 08/09/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,460 | 35,260 | 63,200 | |
| 1 - 02012096 | 08/09/16 | NWGG | Northwest Grain Growers | | ROSS | 96,320 | 36,100 | 60,220 | |
| 1 - 02012097 | 08/09/16 | NWGG | Northwest Grain Growers | | KURT | 94,880 | 35,020 | 59,860 | |
| 1 - 02012098 | 08/10/16 | NWGG | Northwest Grain Growers | | HEATH | 105,280 | 33,200 | 72,080 | |
| 1 - 02012099 | 08/10/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,060 | 36,040 | 64,020 | |
| 1 - 02012107 | 08/10/16 | NWGG | Northwest Grain Growers | | JON | 105,500 | 33,120 | 72,380 | |
| 1 - 02012109 | 08/10/16 | NWGG | Northwest Grain Growers | | VICENTE | 97,960 | 35,240 | 62,720 | |
| 1 - 02012118 | 08/11/16 | NWGG | Northwest Grain Growers | | HEATH | 105,460 | 33,300 | 72,160 | |
| 1 - 02012123 | 08/11/16 | NWGG | Northwest Grain Growers | | AL | 104,320 | 35,960 | 68,360 | |
| 1 - 02012127 | 08/11/16 | NWGG | Northwest Grain Growers | | CASEY | 102,300 | 37,260 | 65,040 | |
| 1 - 02012131 | 08/11/16 | NWGG | Northwest Grain Growers | | KURT | 95,200 | 35,040 | 60,160 | |
| 1 - 02012137 | 08/11/16 | NWGG | Northwest Grain Growers | | VICENTE | 98,320 | 35,300 | 63,020 | |
| 1 - 02012139 | 08/12/16 | NWGG | Northwest Grain Growers | | TONI | 92,040 | 36,500 | 55,540 | |
| 1 - 02012141 | 08/12/16 | NWGG | Northwest Grain Growers | FG7176 | HEATH | 105,520 | 33,300 | 72,220 | |
| 1 - 02012144 | 08/12/16 | NWGG | Northwest Grain Growers | | BARTOLO | 95,300 | 36,060 | 59,240 | |
| 1 - 02012157 | 08/14/16 | NWGG | Northwest Grain Growers | | SANTOS | 98,080 | 35,320 | 62,760 | |
| 1 - 02012158 | 08/15/16 | NWGG | Northwest Grain Growers | | BRAD | 105,980 | 32,820 | 73,160 | |
| 1 - 02012163 | 08/15/16 | NWGG | Northwest Grain Growers | | NATO | 88,000 | 32,880 | 55,120 | |
| 1 - 02012164 | 08/15/16 | NWGG | Northwest Grain Growers | | DOUG | 88,320 | 35,620 | 52,700 | |
| 1 - 02012166 | 08/15/16 | NWGG | Northwest Grain Growers | | KALEB | 103,140 | 36,400 | 66,740 | |
| 1 - 02012168 | 08/15/16 | NWGG | Northwest Grain Growers | | JAMES | 95,040 | 36,920 | 58,120 | |
| 1 - 02012177 | 08/15/16 | NWGG | Northwest Grain Growers | | SANTOS | 98,040 | 35,260 | 62,780 | |
| 1 - 02012181 | 08/15/16 | NWGG | Northwest Grain Growers | | SALVADOR | 96,300 | 36,260 | 60,040 | |
| 1 - 02012182 | 08/16/16 | NWGG | Northwest Grain Growers | | BRAD | 105,220 | 32,900 | 72,320 | |
| 1 - 02012183 | 08/16/16 | NWGG | Northwest Grain Growers | | AL | 105,180 | 36,220 | 68,960 | |
| 1 - 02012186 | 08/16/16 | NWGG | Northwest Grain Growers | | DEL | 93,800 | 35,840 | 57,960 | |

**FG 36082**

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | | **Commodity #: 31** | | | | | | |
| 1 - 02012188 | 08/16/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,340 | 36,080 | 64,260 | |
| 1 - 02012189 | 08/16/16 | NWGG | Northwest Grain Growers | | GARY | 104,780 | 36,080 | 68,700 | |
| 1 - 02012190 | 08/16/16 | NWGG | Northwest Grain Growers | | DOUG | 88,440 | 35,260 | 53,180 | |
| 1 - 02012192 | 08/16/16 | NWGG | Northwest Grain Growers | | ABEL | 102,740 | 37,200 | 65,540 | |
| 1 - 02012195 | 08/16/16 | NWGG | Northwest Grain Growers | | ABEL | 96,800 | 35,680 | 61,120 | |
| 1 - 02012197 | 08/16/16 | NWGG | Northwest Grain Growers | | MARVIN | 102,520 | 37,900 | 64,620 | |
| 1 - 02012199 | 08/16/16 | NWGG | Northwest Grain Growers | | SANTOS | 97,940 | 35,280 | 62,660 | |
| 1 - 02012202 | 08/17/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,220 | 36,160 | 64,040 | |
| 1 - 02012203 | 08/17/16 | NWGG | Northwest Grain Growers | | BILL | 103,100 | 38,280 | 64,820 | |
| 1 - 02012206 | 08/17/16 | NWGG | Northwest Grain Growers | | TONI | 95,060 | 36,540 | 58,520 | |
| 1 - 02012207 | 08/17/16 | NWGG | Northwest Grain Growers | | DEL | 93,820 | 35,500 | 58,320 | |
| 1 - 02012214 | 08/17/16 | NWGG | Northwest Grain Growers | | KALEB | 102,020 | 35,920 | 66,100 | |
| 1 - 02012215 | 08/17/16 | NWGG | Northwest Grain Growers | | KURT | 94,740 | 35,600 | 59,140 | |
| 1 - 02012217 | 08/17/16 | NWGG | Northwest Grain Growers | | DOUG | 86,160 | 35,520 | 50,640 | |
| 1 - 02012225 | 08/17/16 | NWGG | Northwest Grain Growers | | CHASE | 96,320 | 35,480 | 60,840 | |
| 1 - 02012227 | 08/18/16 | NWGG | Northwest Grain Growers | | BRAD | 105,440 | 32,480 | 72,960 | |
| 1 - 02012229 | 08/18/16 | NWGG | Northwest Grain Growers | | WILLIAM | 102,020 | 37,420 | 64,600 | |
| 1 - 02012230 | 08/18/16 | NWGG | Northwest Grain Growers | | DEL | 93,780 | 35,600 | 58,180 | |
| 1 - 02012231 | 08/18/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,020 | 36,140 | 63,880 | |
| 1 - 02012233 | 08/18/16 | NWGG | Northwest Grain Growers | | AL | 105,000 | 36,200 | 68,800 | |
| 1 - 02012235 | 08/18/16 | NWGG | Northwest Grain Growers | | ABEL | 103,340 | 37,680 | 65,660 | |
| 1 - 02012236 | 08/18/16 | NWGG | Northwest Grain Growers | | JAMES | 96,260 | 36,460 | 59,800 | |
| 1 - 02012241 | 08/18/16 | NWGG | Northwest Grain Growers | | OMAR | 97,180 | 36,180 | 61,000 | |
| 1 - 02012248 | 08/19/16 | NWGG | Northwest Grain Growers | | BRAD | 104,820 | 32,740 | 72,080 | |
| 1 - 02012249 | 08/19/16 | NWGG | Northwest Grain Growers | | WILLIAM | 102,020 | 37,680 | 64,340 | |
| 1 - 02012251 | 08/19/16 | NWGG | Northwest Grain Growers | | JULIAN | 100,020 | 35,980 | 64,040 | |
| 1 - 02012252 | 08/19/16 | NWGG | Northwest Grain Growers | | DELL | 94,020 | 35,420 | 58,600 | |
| 1 - 02012254 | 08/19/16 | NWGG | Northwest Grain Growers | | JAMES | 96,680 | 36,380 | 60,300 | |
| 1 - 02012260 | 08/19/16 | NWGG | Northwest Grain Growers | | SUNNY | 103,420 | 36,640 | 66,780 | |
| 1 - 02012263 | 08/19/16 | NWGG | Northwest Grain Growers | | TRAVIS | 105,520 | 33,180 | 72,340 | |
| 1 - 02012267 | 08/19/16 | NWGG | Northwest Grain Growers | | TONI | 95,540 | 36,360 | 59,180 | |
| 1 - 02012270 | 08/20/16 | NWGG | Northwest Grain Growers | | JOHN | 102,020 | 38,800 | 63,220 | |
| 1 - 02012271 | 08/20/16 | NWGG | Northwest Grain Growers | | ABEL | 103,560 | 37,720 | 65,840 | |
| 1 - 02012275 | 08/20/16 | NWGG | Northwest Grain Growers | | GUSTOVO | 97,900 | 37,940 | 59,960 | |
| 1 - 02012278 | 08/22/16 | NWGG | Northwest Grain Growers | | DEL | 94,020 | 35,500 | 58,520 | |
| 1 - 02012279 | 08/22/16 | NWGG | Northwest Grain Growers | | VICTOR | 100,020 | 37,360 | 62,660 | |
| 1 - 02012280 | 08/22/16 | NWGG | Northwest Grain Growers | | HEATH | 105,300 | 33,280 | 72,020 | |
| 1 - 02012330 | 08/24/16 | NWGG | Northwest Grain Growers | | HEATH | 105,300 | 33,660 | 71,640 | |
| *** Destination Totals: | | NWGG | | | | | | 9,953,620 | |
| 1 - 02008839 | 01/19/16 | PGGMN | Pendleton Grain Growers, In | 26022659 | JAMEY | 105,860 | 34,220 | 71,640 | |
| 1 - 02008949 | 01/19/16 | PGGMN | Pendleton Grain Growers, In | 26022658 | ODIS | 105,640 | 37,360 | 68,280 | |
| 1 - 02008840 | 01/21/16 | PGGMN | Pendleton Grain Growers, In | 26022683 | JAMEY | 105,780 | 33,280 | 72,500 | |
| 1 - 02008951 | 01/21/16 | PGGMN | Pendleton Grain Growers, In | 26022686 | ODIS | 104,540 | 36,820 | 67,720 | |
| 1 - 02008841 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022692 | JAMEY | 105,000 | 33,640 | 71,360 | |
| 1 - 02008953 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022680 | ODIS | 104,380 | 36,740 | 67,640 | |
| 1 - 02008955 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022691 | ODIS | 105,400 | 37,000 | 68,400 | |
| 1 - 02008956 | 01/22/16 | PGGMN | Pendleton Grain Growers, In | 26022694 | ODIS | 106,940 | 37,160 | 69,780 | |
| 1 - 02008735 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022698 | BRAD | 104,800 | 33,440 | 71,360 | |
| 1 - 02008736 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022704 | BRAD | 105,460 | 33,220 | 72,240 | |
| 1 - 02008737 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022701 | BRAD | 104,620 | 33,280 | 71,340 | |
| 1 - 02008843 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022688 | JAMIE | 104,860 | 33,940 | 70,920 | |
| 1 - 02008844 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022690 | JAMEY | 106,720 | 33,780 | 72,940 | |
| 1 - 02008845 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022695 | JAMEY | 105,800 | 33,520 | 72,280 | |
| 1 - 02008846 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022697 | JAMEY | 104,740 | 33,300 | 71,440 | |
| 1 - 02008847 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022700 | JAMEY | 105,120 | 33,200 | 71,920 | |
| 1 - 02008849 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022703 | JAMEY | 104,080 | 33,060 | 71,020 | |
| 1 - 02008957 | 01/25/16 | PGGMN | Pendleton Grain Growers, In | 26022708 | ODIS | 105,000 | 37,080 | 67,920 | |
| 1 - 02008960 | 01/28/16 | PGGMN | Pendleton Grain Growers, In | 26022746 | ODIS | 104,660 | 36,960 | 67,700 | |
| 1 - 02008835 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022754 | JAMEY | 106,060 | 33,920 | 72,140 | |
| 1 - 02008836 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022756 | JAMEY | 106,100 | 33,700 | 72,400 | |
| 1 - 02008838 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022759 | JAMEY | 104,360 | 33,400 | 70,960 | |
| 1 - 02008961 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022753 | ODIS | 105,520 | 38,080 | 67,440 | |
| 1 - 02008962 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022755 | ODIS | 105,360 | 37,580 | 67,780 | |
| 1 - 02008963 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022758 | ODIS | 104,640 | 37,580 | 67,060 | |
| 1 - 02008964 | 01/29/16 | PGGMN | Pendleton Grain Growers, In | 26022760 | ODIS | 104,420 | 36,980 | 67,440 | |
| 1 - 02008891 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022764 | JAMEY | 105,540 | 33,280 | 72,260 | |
| 1 - 02008892 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022763 | JAMEY | 104,020 | 33,220 | 70,800 | |
| 1 - 02008893 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022769 | JAMEY | 104,680 | 33,000 | 71,680 | |
| 1 - 02008895 | 02/01/16 | PGGMN | Pendleton Grain Growers, In | 26022778 | JAMEY | 104,520 | 33,100 | 71,420 | |
| 1 - 02008897 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022787 | JAMEY | 104,120 | 33,740 | 70,380 | |
| 1 - 02008898 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022793 | JAMEY | 104,660 | 33,620 | 71,040 | |
| 1 - 02008903 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022805 | JAMEY | 104,960 | 33,480 | 71,480 | |
| 1 - 02008906 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022818 | JAMEY | 103,940 | 33,180 | 70,760 | |

**FG 36083**

Documenting By Commodity

Location(s):  1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02008920 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022810 | JAMEY | 105,960 | 33,300 | 72,660 | |
| 1 - 02009037 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022784 | ODIS | 105,660 | 37,340 | 68,320 | |
| 1 - 02009038 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022791 | ODIS | 104,120 | 37,560 | 66,560 | |
| 1 - 02009039 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022799 | ODIS | 104,760 | 37,080 | 67,680 | |
| 1 - 02009042 | 02/02/16 | PGGMN | Pendleton Grain Growers, In | 26022808 | ODIS | 103,980 | 36,960 | 67,020 | |
| 1 - 02008908 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022832 | JAMEY | 105,080 | 32,980 | 72,100 | |
| 1 - 02008909 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022824 | JAMEY | 104,900 | 33,040 | 71,860 | |
| 1 - 02009043 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022819 | ODIS | 104,100 | 37,220 | 66,880 | |
| 1 - 02009046 | 02/03/16 | PGGMN | Pendleton Grain Growers, In | 26022833 | ODIS | 106,360 | 36,980 | 69,380 | |
| 1 - 02008850 | 02/25/16 | PGGMN | Pendleton Grain Growers, In | 26022825 | ODIS | 104,520 | 37,100 | 67,420 | |
| 1 - 02008850 | 02/25/16 | PGGMN | Pendleton Grain Growers, In | 26022706 | JAMEY | 105,420 | 32,920 | 72,500 | |
| | *** Destination Totals: | PGGMN | | | | | | 3,155,820 | |
| 1 - 02012180 | 08/15/16 | SANJO | Jose Santos | | SANTOS | 6,400 | 5,420 | 980 | |
| | *** Destination Totals: | SANJO | | | | | | 980 | |
| 1 - 02008902 | 02/02/16 | TRICG | Tri Cities Grain | 152991 | JAMEY | 104,920 | 33,540 | 71,380 | |
| 1 - 02009871 | 04/11/16 | TRICG | Tri Cities Grain | FG 7782 | CHASE | 95,500 | 35,520 | 59,980 | |
| 1 - 02010254 | 04/13/16 | TRICG | Tri Cities Grain | FG 7024 | JAMEY | 104,480 | 33,200 | 71,280 | |
| 1 - 02009976 | 04/14/16 | TRICG | Tri Cities Grain | FG 7785 | MIKE | 103,760 | 33,220 | 70,540 | |
| 1 - 02010154 | 04/18/16 | TRICG | Tri Cities Grain | FG 7464 | MIKE | 105,400 | 32,940 | 72,460 | |
| 1 - 02010155 | 04/19/16 | TRICG | Tri Cities Grain | FG 7625 | MIKE | 105,020 | 36,900 | 68,120 | |
| 1 - 02010160 | 04/19/16 | TRICG | Tri Cities Grain | FG 7830 | MIKE | 105,540 | 32,760 | 72,780 | |
| 1 - 02010161 | 04/19/16 | TRICG | Tri Cities Grain | FG 6968 | BRAD | 90,080 | 33,160 | 56,920 | |
| 1 - 02011479 | 07/13/16 | TRICG | Tri Cities Grain | | HOMER | 96,100 | 38,140 | 57,960 | |
| 1 - 02011484 | 07/13/16 | TRICG | Tri Cities Grain | | FILIPE | 96,500 | 36,440 | 60,060 | |
| 1 - 02011486 | 07/13/16 | TRICG | Tri Cities Grain | | ALVARO | 96,080 | 36,760 | 59,320 | |
| 1 - 02011493 | 07/13/16 | TRICG | Tri Cities Grain | | TONI | 96,480 | 36,560 | 59,920 | |
| 1 - 02011494 | 07/13/16 | TRICG | Tri Cities Grain | | ALEX | 97,440 | 36,900 | 60,540 | |
| 1 - 02011495 | 07/13/16 | TRICG | Tri Cities Grain | | REFUGIO | 96,700 | 35,580 | 61,120 | |
| 1 - 02011496 | 07/13/16 | TRICG | Tri Cities Grain | | EDDY | 98,500 | 36,280 | 62,220 | |
| 1 - 02011500 | 07/13/16 | TRICG | Tri Cities Grain | | CRAIG | 91,900 | 35,520 | 56,380 | |
| 1 - 02011510 | 07/13/16 | TRICG | Tri Cities Grain | | SALVADOR | 96,340 | 36,440 | 59,900 | |
| 1 - 02011513 | 07/13/16 | TRICG | Tri Cities Grain | | KURT | 92,020 | 33,940 | 58,080 | |
| 1 - 02011515 | 07/14/16 | TRICG | Tri Cities Grain | | BRAD | 105,760 | 33,200 | 72,560 | |
| 1 - 02011517 | 07/14/16 | TRICG | Tri Cities Grain | | JOSH | 102,580 | 37,400 | 65,180 | |
| 1 - 02011518 | 07/14/16 | TRICG | Tri Cities Grain | | JAMEY | 105,200 | 33,220 | 71,980 | |
| 1 - 02011520 | 07/14/16 | TRICG | Tri Cities Grain | | MARVIN | 102,540 | 37,560 | 64,980 | |
| 1 - 02011526 | 07/14/16 | TRICG | Tri Cities Grain | | ARMANDO | 94,040 | 32,820 | 61,220 | |
| 1 - 02011527 | 07/14/16 | TRICG | Tri Cities Grain | | GARY | 105,160 | 35,940 | 69,220 | |
| 1 - 02011537 | 07/14/16 | TRICG | Tri Cities Grain | | KEVIN | 103,320 | 38,500 | 64,820 | |
| 1 - 02011538 | 07/14/16 | TRICG | Tri Cities Grain | | WYMAN | 95,240 | 36,540 | 58,700 | |
| 1 - 02011540 | 07/15/16 | TRICG | Tri Cities Grain | | BRAD | 105,500 | 33,120 | 72,380 | |
| 1 - 02011541 | 07/15/16 | TRICG | Tri Cities Grain | | JAMEY | 105,560 | 33,160 | 72,400 | |
| 1 - 02011543 | 07/15/16 | TRICG | Tri Cities Grain | | MIKE | 95,980 | 35,460 | 60,520 | |
| 1 - 02011545 | 07/15/16 | TRICG | Tri Cities Grain | | AL PERASON | 105,120 | 36,360 | 68,760 | |
| 1 - 02011546 | 07/15/16 | TRICG | Tri Cities Grain | | RAUL | 100,620 | 38,320 | 62,300 | |
| 1 - 02011550 | 07/15/16 | TRICG | Tri Cities Grain | | ALICIA | 100,060 | 37,940 | 62,120 | |
| 1 - 02011555 | 07/15/16 | TRICG | Tri Cities Grain | | ANTHONY | 101,820 | 39,760 | 62,060 | |
| 1 - 02011557 | 07/15/16 | TRICG | Tri Cities Grain | | DOUG | 94,960 | 37,200 | 57,760 | |
| 1 - 02011564 | 07/15/16 | TRICG | Tri Cities Grain | | JAMES | 97,220 | 36,640 | 60,580 | |
| 1 - 02011565 | 07/15/16 | TRICG | Tri Cities Grain | | ESTEBAN | 79,840 | 30,320 | 49,520 | |
| 1 - 02011567 | 07/15/16 | TRICG | Tri Cities Grain | | CARLOS | 95,000 | 35,760 | 59,240 | |
| 1 - 02011568 | 07/15/16 | TRICG | Tri Cities Grain | | TONY | 101,280 | 39,380 | 61,900 | |
| 1 - 02011570 | 07/16/16 | TRICG | Tri Cities Grain | | FILIPE | 97,060 | 36,760 | 60,300 | |
| 1 - 02011572 | 07/16/16 | TRICG | Tri Cities Grain | | GUILLEMO | 99,860 | 36,720 | 63,140 | |
| 1 - 02011573 | 07/16/16 | TRICG | Tri Cities Grain | | FIDENCIO | 103,260 | 37,580 | 65,680 | |
| 1 - 02011575 | 07/16/16 | TRICG | Tri Cities Grain | | REFUGIO | 96,280 | 35,060 | 61,220 | |
| 1 - 02011576 | 07/16/16 | TRICG | Tri Cities Grain | | LUIS | 96,520 | 36,860 | 59,660 | |
| 1 - 02011577 | 07/16/16 | TRICG | Tri Cities Grain | | MIKE | 99,680 | 36,380 | 63,300 | |
| 1 - 02011578 | 07/16/16 | TRICG | Tri Cities Grain | | ESTESCOTT | 105,920 | 35,800 | 70,120 | |
| 1 - 02011581 | 07/18/16 | TRICG | Tri Cities Grain | | CHASE | 95,860 | 35,560 | 60,300 | |
| 1 - 02011583 | 07/18/16 | TRICG | Tri Cities Grain | | JAMEY | 105,720 | 33,160 | 72,560 | |
| 1 - 02011584 | 07/18/16 | TRICG | Tri Cities Grain | | WYMAN | 94,480 | 36,480 | 58,000 | |
| 1 - 02011585 | 07/18/16 | TRICG | Tri Cities Grain | | WILLIAM | 96,000 | 36,180 | 59,820 | |
| 1 - 02011586 | 07/18/16 | TRICG | Tri Cities Grain | | DAVE | 95,680 | 36,860 | 58,820 | |
| 1 - 02011587 | 07/18/16 | TRICG | Tri Cities Grain | | PEDRO | 95,280 | 35,660 | 59,620 | |
| 1 - 02011588 | 07/18/16 | TRICG | Tri Cities Grain | | ERVEY | 95,080 | 35,700 | 59,380 | |
| 1 - 02011590 | 07/18/16 | TRICG | Tri Cities Grain | | ARMANDO | 94,920 | 33,580 | 61,340 | |
| 1 - 02011592 | 07/18/16 | TRICG | Tri Cities Grain | | SALVADOR | 96,180 | 36,320 | 59,860 | |
| 1 - 02011593 | 07/18/16 | TRICG | Tri Cities Grain | | EDDY | 97,060 | 36,560 | 60,500 | |
| 1 - 02011596 | 07/18/16 | TRICG | Tri Cities Grain | | ALEX | 96,160 | 37,180 | 58,980 | |
| 1 - 02011597 | 07/18/16 | TRICG | Tri Cities Grain | | TONI | 96,600 | 36,240 | 60,360 | |
| 1 - 02011600 | 07/18/16 | TRICG | Tri Cities Grain | | ANTONIO | 95,920 | 34,420 | 61,500 | |

**FG 36084**

Case 19-06015-TLM    Doc 32    Filed 01/15/20    Entered 01/15/20 15:20:18    Desc Main
Document    Page 136 of 142
Page:    6
09/26/2017   10:13:27PM
Documenting By Commodity Report
Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|

**SWW Whole Wheat (TON)    Commodity #: 31**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| 1 - 02011601 | 07/18/16 | TRICG | Tri Cities Grain | | WILLIAM | 101,640 | 38,200 | 63,440 | |
| 1 - 02011602 | 07/18/16 | TRICG | Tri Cities Grain | | BILL | 102,460 | 39,020 | 63,440 | |
| 1 - 02011604 | 07/18/16 | TRICG | Tri Cities Grain | | MIKE | 100,000 | 36,340 | 63,660 | |
| 1 - 02011605 | 07/18/16 | TRICG | Tri Cities Grain | | JOHN | 104,580 | 37,600 | 66,980 | |
| 1 - 02011606 | 07/18/16 | TRICG | Tri Cities Grain | | BRIAN | 103,480 | 37,440 | 66,040 | |
| 1 - 02011610 | 07/18/16 | TRICG | Tri Cities Grain | | CARLOS | 94,820 | 35,680 | 59,140 | |
| 1 - 02011614 | 07/18/16 | TRICG | Tri Cities Grain | | ARTEMIO | 97,540 | 36,200 | 61,340 | |
| 1 - 02011616 | 07/18/16 | TRICG | Tri Cities Grain | | GEORGE | 96,080 | 36,620 | 59,460 | |
| 1 - 02011617 | 07/18/16 | TRICG | Tri Cities Grain | | JESUS | 95,180 | 34,700 | 60,480 | |
| 1 - 02011620 | 07/18/16 | TRICG | Tri Cities Grain | | ARTURO | 86,040 | 32,820 | 53,220 | |
| 1 - 02011621 | 07/19/16 | TRICG | Tri Cities Grain | | JAMEY | 106,220 | 33,180 | 73,040 | |
| 1 - 02011622 | 07/19/16 | TRICG | Tri Cities Grain | | CHASE | 95,760 | 35,280 | 60,480 | |
| 1 - 02011625 | 07/19/16 | TRICG | Tri Cities Grain | | GUILLEMO | 100,440 | 36,660 | 63,780 | |
| 1 - 02011626 | 07/19/16 | TRICG | Tri Cities Grain | | TONY | 99,100 | 38,500 | 60,600 | |
| 1 - 02011627 | 07/19/16 | TRICG | Tri Cities Grain | | TIM | 94,000 | 38,060 | 55,940 | |
| 1 - 02011628 | 07/19/16 | TRICG | Tri Cities Grain | | MIKE | 95,000 | 36,740 | 58,260 | |
| 1 - 02011629 | 07/19/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,560 | 32,920 | 72,640 | |
| 1 - 02011630 | 07/19/16 | TRICG | Tri Cities Grain | | RAUL | 101,840 | 38,160 | 63,680 | |
| 1 - 02011631 | 07/19/16 | TRICG | Tri Cities Grain | | COSME | 94,720 | 35,720 | 59,000 | |
| 1 - 02011634 | 07/19/16 | TRICG | Tri Cities Grain | | TEDDY | 93,560 | 36,180 | 57,380 | |
| 1 - 02011635 | 07/19/16 | TRICG | Tri Cities Grain | | TOM | 94,860 | 35,620 | 59,240 | |
| 1 - 02011636 | 07/19/16 | TRICG | Tri Cities Grain | | HOMER | 96,020 | 37,780 | 58,240 | |
| 1 - 02011638 | 07/19/16 | TRICG | Tri Cities Grain | | KEVIN | 103,000 | 39,440 | 63,560 | |
| 1 - 02011641 | 07/19/16 | TRICG | Tri Cities Grain | | MANUEL | 104,740 | 34,260 | 70,480 | |
| 1 - 02011642 | 07/19/16 | TRICG | Tri Cities Grain | | MIKE | 99,680 | 36,380 | 63,300 | |
| 1 - 02011643 | 07/19/16 | TRICG | Tri Cities Grain | | MARUBIN | 100,720 | 37,240 | 63,480 | |
| 1 - 02011644 | 07/19/16 | TRICG | Tri Cities Grain | | ALICIA | 100,040 | 37,220 | 62,820 | |
| 1 - 02011651 | 07/20/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,060 | 33,280 | 71,780 | |
| 1 - 02011652 | 07/20/16 | TRICG | Tri Cities Grain | | CHASE | 95,540 | 35,080 | 60,460 | |
| 1 - 02011653 | 07/20/16 | TRICG | Tri Cities Grain | | JAMEY | 105,540 | 33,660 | 71,880 | |
| 1 - 02011655 | 07/20/16 | TRICG | Tri Cities Grain | | VICTOR | 100,000 | 37,380 | 62,620 | |
| 1 - 02011656 | 07/20/16 | TRICG | Tri Cities Grain | | FILIPE | 97,040 | 36,800 | 60,240 | |
| 1 - 02011657 | 07/20/16 | TRICG | Tri Cities Grain | | OSCAR | 91,820 | 35,840 | 55,980 | |
| 1 - 02011659 | 07/20/16 | TRICG | Tri Cities Grain | | CUCO | 96,840 | 35,640 | 61,200 | |
| 1 - 02011660 | 07/20/16 | TRICG | Tri Cities Grain | | ALVARO | 95,300 | 36,840 | 58,460 | |
| 1 - 02011661 | 07/20/16 | TRICG | Tri Cities Grain | | TONY | 104,420 | 38,540 | 65,880 | |
| 1 - 02011669 | 07/20/16 | TRICG | Tri Cities Grain | | DAVE | 99,640 | 38,880 | 60,760 | |
| 1 - 02011673 | 07/20/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,600 | 64,420 | |
| 1 - 02011675 | 07/20/16 | TRICG | Tri Cities Grain | | SONNY | 104,120 | 37,180 | 66,940 | |
| 1 - 02011678 | 07/21/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,000 | 33,260 | 71,740 | |
| 1 - 02011681 | 07/21/16 | TRICG | Tri Cities Grain | | JAMEY | 105,000 | 33,340 | 71,660 | |
| 1 - 02011682 | 07/21/16 | TRICG | Tri Cities Grain | | JESSE | 87,980 | 35,900 | 52,080 | |
| 1 - 02011683 | 07/21/16 | TRICG | Tri Cities Grain | | ALICIA | 100,260 | 37,240 | 63,020 | |
| 1 - 02011684 | 07/21/16 | TRICG | Tri Cities Grain | | FELIPE | 97,020 | 36,380 | 60,640 | |
| 1 - 02011690 | 07/21/16 | TRICG | Tri Cities Grain | | CHASE | 95,760 | 35,680 | 60,080 | |
| 1 - 02011691 | 07/21/16 | TRICG | Tri Cities Grain | | DON | 87,280 | 35,560 | 51,720 | |
| 1 - 02011692 | 07/21/16 | TRICG | Tri Cities Grain | | TONY | 94,580 | 35,720 | 58,860 | |
| 1 - 02011694 | 07/21/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,680 | 64,340 | |
| 1 - 02011698 | 07/21/16 | TRICG | Tri Cities Grain | | KURT | 93,620 | 34,060 | 59,560 | |
| 1 - 02011702 | 07/22/16 | TRICG | Tri Cities Grain | | JONI | 94,080 | 36,080 | 58,000 | |
| 1 - 02011704 | 07/22/16 | TRICG | Tri Cities Grain | | PAULINO | 98,940 | 37,240 | 61,700 | |
| 1 - 02011705 | 07/22/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,140 | 33,100 | 72,040 | |
| 1 - 02011706 | 07/22/16 | TRICG | Tri Cities Grain | | JAMEY | 105,260 | 33,200 | 72,060 | |
| 1 - 02011708 | 07/22/16 | TRICG | Tri Cities Grain | | DAVE | 97,360 | 38,620 | 58,740 | |
| 1 - 02011709 | 07/22/16 | TRICG | Tri Cities Grain | | PHILLIPE | 96,980 | 35,900 | 61,080 | |
| 1 - 02011723 | 07/22/16 | TRICG | Tri Cities Grain | | MIKE | 95,940 | 37,080 | 58,860 | |
| 1 - 02011729 | 07/25/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,280 | 33,340 | 71,940 | |
| 1 - 02011730 | 07/25/16 | TRICG | Tri Cities Grain | | HEATH | 105,580 | 33,880 | 71,700 | |
| 1 - 02011731 | 07/25/16 | TRICG | Tri Cities Grain | | WAYNE | 102,760 | 36,100 | 66,660 | |
| 1 - 02011732 | 07/25/16 | TRICG | Tri Cities Grain | | ALICIA | 101,520 | 37,580 | 63,940 | |
| 1 - 02011733 | 07/25/16 | TRICG | Tri Cities Grain | | DAN | 94,660 | 36,960 | 57,700 | |
| 1 - 02011735 | 07/25/16 | TRICG | Tri Cities Grain | | JAMEY | 105,520 | 33,080 | 72,440 | |
| 1 - 02011736 | 07/25/16 | TRICG | Tri Cities Grain | | KIETH | 94,620 | 35,920 | 58,700 | |
| 1 - 02011740 | 07/25/16 | TRICG | Tri Cities Grain | | GARY | 104,980 | 34,000 | 70,980 | |
| 1 - 02011741 | 07/25/16 | TRICG | Tri Cities Grain | | VICTOR | 100,100 | 37,360 | 62,740 | |
| 1 - 02011747 | 07/25/16 | TRICG | Tri Cities Grain | | BRAD | 104,040 | 38,080 | 65,960 | |
| 1 - 02011750 | 07/25/16 | TRICG | Tri Cities Grain | | SUNNY | 103,800 | 37,200 | 66,600 | |
| 1 - 02011752 | 07/25/16 | TRICG | Tri Cities Grain | | SANTOS | 97,780 | 35,280 | 62,500 | |
| 1 - 02011753 | 07/25/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 38,680 | 64,340 | |
| 1 - 02011755 | 07/25/16 | TRICG | Tri Cities Grain | | PAULINO | 97,540 | 37,360 | 60,180 | |
| 1 - 02011759 | 07/25/16 | TRICG | Tri Cities Grain | | PHILLIPE | 96,540 | 36,160 | 60,380 | |
| 1 - 02011762 | 07/26/16 | TRICG | Tri Cities Grain | | JAMEY | 106,200 | 33,140 | 73,060 | |
| 1 - 02011763 | 07/26/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,480 | 33,340 | 72,140 | |
| 1 - 02011764 | 07/26/16 | TRICG | Tri Cities Grain | | HEATH | 105,700 | 34,360 | 71,340 | |

**FG 36085**

09/26/2017  10:13:27PM

Grain Outstanding By Commodity Report

Location(s): 1-FARMERS GRAIN

**SWW Whole Wheat (TON)    Commodity #: 31**

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| 1 - 02011765 | 07/26/16 | TRICG | Tri Cities Grain | | JULIAN | 94,080 | 36,520 | 57,560 | |
| 1 - 02011766 | 07/26/16 | TRICG | Tri Cities Grain | | ALICIA | 101,200 | 37,680 | 63,520 | |
| 1 - 02011767 | 07/26/16 | TRICG | Tri Cities Grain | | ROSS | 95,940 | 35,640 | 60,300 | |
| 1 - 02011772 | 07/26/16 | TRICG | Tri Cities Grain | | VICTOR | 100,100 | 37,360 | 62,740 | |
| 1 - 02011794 | 07/27/16 | TRICG | Tri Cities Grain | | ALICIA | 101,500 | 37,620 | 63,880 | |
| 1 - 02011795 | 07/27/16 | TRICG | Tri Cities Grain | | JULIAN | 95,860 | 36,440 | 59,420 | |
| 1 - 02011934 | 08/02/16 | TRICG | Tri Cities Grain | | JAMEY | 105,500 | 33,120 | 72,380 | |
| 1 - 02011935 | 08/02/16 | TRICG | Tri Cities Grain | | HEATH | 105,500 | 33,300 | 72,200 | |
| 1 - 02012052 | 08/08/16 | TRICG | Tri Cities Grain | | KURT | 93,700 | 36,000 | 57,700 | |
| 1 - 02012282 | 08/22/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,440 | 63,780 | |
| 1 - 02012283 | 08/22/16 | TRICG | Tri Cities Grain | | GARY | 105,540 | 33,300 | 72,240 | |
| 1 - 02012285 | 08/22/16 | TRICG | Tri Cities Grain | | KALEB | 102,700 | 36,380 | 66,320 | |
| 1 - 02012292 | 08/22/16 | TRICG | Tri Cities Grain | | SONNY | 103,720 | 37,160 | 66,560 | |
| 1 - 02012296 | 08/22/16 | TRICG | Tri Cities Grain | | KURT | 105,220 | 32,860 | 72,360 | |
| 1 - 02012297 | 08/22/16 | TRICG | Tri Cities Grain | | NATO | 94,480 | 36,140 | 58,340 | |
| 1 - 02012298 | 08/22/16 | TRICG | Tri Cities Grain | | ABEL | 96,520 | 36,100 | 60,420 | |
| 1 - 02012301 | 08/22/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,540 | 33,600 | 71,940 | |
| 1 - 02012302 | 08/22/16 | TRICG | Tri Cities Grain | | DAVE | 97,000 | 38,860 | 58,140 | |
| 1 - 02012306 | 08/23/16 | TRICG | Tri Cities Grain | | DEL | 94,500 | 35,360 | 59,140 | |
| 1 - 02012307 | 08/23/16 | TRICG | Tri Cities Grain | | VICTOR | 100,920 | 37,360 | 63,560 | |
| 1 - 02012308 | 08/23/16 | TRICG | Tri Cities Grain | | MARTIN | 89,380 | 32,260 | 57,120 | |
| 1 - 02012311 | 08/23/16 | TRICG | Tri Cities Grain | | WILLIE | 96,140 | 32,100 | 64,040 | |
| 1 - 02012313 | 08/23/16 | TRICG | Tri Cities Grain | | JULIAN | 100,420 | 36,200 | 64,220 | |
| 1 - 02012318 | 08/23/16 | TRICG | Tri Cities Grain | | SUNNY | 103,300 | 37,200 | 66,100 | |
| 1 - 02012321 | 08/23/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,760 | 33,540 | 72,220 | |
| 1 - 02012326 | 08/24/16 | TRICG | Tri Cities Grain | | DEL | 94,300 | 35,580 | 58,720 | |
| 1 - 02012327 | 08/24/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,160 | 64,060 | |
| 1 - 02012335 | 08/24/16 | TRICG | Tri Cities Grain | | ALICI | 100,700 | 37,320 | 63,380 | |
| 1 - 02012336 | 08/24/16 | TRICG | Tri Cities Grain | | KALEB | 102,580 | 35,940 | 66,640 | |
| 1 - 02012344 | 08/24/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,760 | 33,500 | 72,260 | |
| 1 - 02012345 | 08/24/16 | TRICG | Tri Cities Grain | TCG10616 | VICTOR | 100,080 | 37,340 | 62,740 | |
| 1 - 02012350 | 08/24/16 | TRICG | Tri Cities Grain | | PHELIPE | 96,820 | 35,880 | 60,940 | |
| 1 - 02012353 | 08/25/16 | TRICG | Tri Cities Grain | | DEL | 93,880 | 36,140 | 57,740 | |
| 1 - 02012354 | 08/25/16 | TRICG | Tri Cities Grain | | WILLIAM | 103,560 | 38,360 | 65,200 | |
| 1 - 02012358 | 08/25/16 | TRICG | Tri Cities Grain | | JULIAN | 100,240 | 36,120 | 64,120 | |
| 1 - 02012359 | 08/25/16 | TRICG | Tri Cities Grain | | LEEROY | 104,860 | 35,080 | 69,780 | |
| 1 - 02012363 | 08/25/16 | TRICG | Tri Cities Grain | | KALEB | 102,540 | 36,420 | 66,120 | |
| 1 - 02012366 | 08/25/16 | TRICG | Tri Cities Grain | | SUNNY | 103,700 | 37,220 | 66,480 | |
| 1 - 02012367 | 08/25/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,800 | 33,460 | 72,340 | |
| 1 - 02012374 | 08/25/16 | TRICG | Tri Cities Grain | | FELIPE | 96,800 | 36,160 | 60,640 | |
| 1 - 02012377 | 08/26/16 | TRICG | Tri Cities Grain | | DEL | 94,520 | 36,240 | 58,280 | |
| 1 - 02012378 | 08/26/16 | TRICG | Tri Cities Grain | | JULIAN | 100,220 | 36,140 | 64,080 | |
| 1 - 02012404 | 08/27/16 | TRICG | Tri Cities Grain | | FELIPE | 97,380 | 36,540 | 60,840 | |
| 1 - 02012405 | 08/27/16 | TRICG | Tri Cities Grain | | ADOLFO | 89,040 | 33,640 | 55,400 | |
| 1 - 02012406 | 08/27/16 | TRICG | Tri Cities Grain | | JONAS | 95,700 | 37,540 | 58,160 | |
| 1 - 02012407 | 08/27/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,000 | 38,080 | 58,920 | |
| 1 - 02012409 | 08/29/16 | TRICG | Tri Cities Grain | | DEL | 95,600 | 35,780 | 59,820 | |
| 1 - 02012410 | 08/29/16 | TRICG | Tri Cities Grain | | TONI | 94,160 | 36,520 | 57,640 | |
| 1 - 02012411 | 08/29/16 | TRICG | Tri Cities Grain | | ALICIA | 101,220 | 37,100 | 64,120 | |
| 1 - 02012412 | 08/29/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,600 | 71,720 | |
| 1 - 02012414 | 08/29/16 | TRICG | Tri Cities Grain | | JULIAN | 100,240 | 36,220 | 64,020 | |
| 1 - 02012416 | 08/29/16 | TRICG | Tri Cities Grain | | MARTIN | 96,540 | 36,560 | 59,980 | |
| 1 - 02012424 | 08/29/16 | TRICG | Tri Cities Grain | | SAM | 102,800 | 38,780 | 64,020 | |
| 1 - 02012426 | 08/29/16 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 36,280 | 60,220 | |
| 1 - 02012427 | 08/29/16 | TRICG | Tri Cities Grain | | WILLIE | 96,000 | 31,820 | 64,180 | |
| 1 - 02012428 | 08/29/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,860 | 33,560 | 72,300 | |
| 1 - 02012430 | 08/29/16 | TRICG | Tri Cities Grain | | BEN | 101,820 | 39,360 | 62,460 | |
| 1 - 02012432 | 08/29/16 | TRICG | Tri Cities Grain | | JIMMY | 103,360 | 37,060 | 66,300 | |
| 1 - 02012434 | 08/29/16 | TRICG | Tri Cities Grain | | KEVIN | 103,060 | 38,960 | 64,100 | |
| 1 - 02012440 | 08/30/16 | TRICG | Tri Cities Grain | | DEL | 93,440 | 36,100 | 57,340 | |
| 1 - 02012441 | 08/30/16 | TRICG | Tri Cities Grain | | ALICI | 100,440 | 37,680 | 62,760 | |
| 1 - 02012442 | 08/30/16 | TRICG | Tri Cities Grain | | JULIAN | 100,200 | 36,460 | 63,740 | |
| 1 - 02012443 | 08/30/16 | TRICG | Tri Cities Grain | | CODY | 94,940 | 35,800 | 59,140 | |
| 1 - 02012446 | 08/30/16 | TRICG | Tri Cities Grain | | RICHARD | 104,420 | 38,140 | 66,280 | |
| 1 - 02012449 | 08/30/16 | TRICG | Tri Cities Grain | | KALEB | 102,980 | 36,440 | 66,540 | |
| 1 - 02012459 | 08/30/16 | TRICG | Tri Cities Grain | | JOSE | 96,500 | 36,280 | 60,220 | |
| 1 - 02012461 | 08/30/16 | TRICG | Tri Cities Grain | | ALLEN | 104,980 | 32,680 | 72,300 | |
| 1 - 02012462 | 08/30/16 | TRICG | Tri Cities Grain | | BRIAN | 103,500 | 37,720 | 65,780 | |
| 1 - 02012466 | 08/30/16 | TRICG | Tri Cities Grain | | GEORGE | 105,480 | 33,540 | 71,940 | |
| 1 - 02012469 | 08/30/16 | TRICG | Tri Cities Grain | | JONAS | 96,000 | 37,540 | 58,460 | |
| 1 - 02012470 | 08/30/16 | TRICG | Tri Cities Grain | | BEN | 101,500 | 38,440 | 63,060 | |
| 1 - 02012472 | 08/31/16 | TRICG | Tri Cities Grain | | JIMMY | 102,480 | 37,300 | 65,180 | |
| 1 - 02012476 | 08/31/16 | TRICG | Tri Cities Grain | | JULIAN | 100,300 | 36,200 | 64,100 | |
| 1 - 02012481 | 08/31/16 | TRICG | Tri Cities Grain | | CODY | 103,900 | 38,820 | 65,080 | |

**FG 36086**

09/26/2017  10:13:27PM

Documents Listing By Commodity Report

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02012485 | 08/31/16 | TRICG | Tri Cities Grain | | KALEB | 102,000 | 35,640 | 66,360 | |
| 1 - 02012487 | 08/31/16 | TRICG | Tri Cities Grain | | DAVE | 98,200 | 38,580 | 59,620 | |
| 1 - 02012489 | 08/31/16 | TRICG | Tri Cities Grain | | BRIAN | 103,140 | 37,780 | 65,360 | |
| 1 - 02012490 | 08/31/16 | TRICG | Tri Cities Grain | | JAMES | 94,980 | 36,200 | 58,780 | |
| 1 - 02012492 | 08/31/16 | TRICG | Tri Cities Grain | | BRIAN | 103,520 | 39,400 | 64,120 | |
| 1 - 02012493 | 08/31/16 | TRICG | Tri Cities Grain | | FELIPE | 92,720 | 37,700 | 55,020 | |
| 1 - 02012497 | 09/01/16 | TRICG | Tri Cities Grain | | JULIAN | 100,340 | 36,160 | 64,180 | |
| 1 - 02012498 | 09/01/16 | TRICG | Tri Cities Grain | | GIL | 100,080 | 36,120 | 63,960 | |
| 1 - 02012499 | 09/01/16 | TRICG | Tri Cities Grain | | DEL | 93,700 | 35,140 | 58,560 | |
| 1 - 02012506 | 09/01/16 | TRICG | Tri Cities Grain | | JIMMY | 101,140 | 37,300 | 63,840 | |
| 1 - 02012525 | 09/02/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,180 | 72,120 | |
| 1 - 02012526 | 09/02/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,460 | 33,460 | 72,000 | |
| 1 - 02012536 | 09/03/16 | TRICG | Tri Cities Grain | | BRIAN | 101,040 | 40,140 | 60,900 | |
| 1 - 02012544 | 09/06/16 | TRICG | Tri Cities Grain | | SCOTT | 105,120 | 36,080 | 69,040 | |
| 1 - 02012547 | 09/06/16 | TRICG | Tri Cities Grain | | CALEB | 102,520 | 36,440 | 66,080 | |
| 1 - 02012550 | 09/06/16 | TRICG | Tri Cities Grain | | MARIN | 96,480 | 37,060 | 59,420 | |
| 1 - 02012551 | 09/06/16 | TRICG | Tri Cities Grain | | KEVIN | 103,440 | 39,320 | 64,120 | |
| 1 - 02012552 | 09/06/16 | TRICG | Tri Cities Grain | | WILLIE | 95,920 | 32,380 | 63,540 | |
| 1 - 02012555 | 09/06/16 | TRICG | Tri Cities Grain | | GEORGE | 105,340 | 33,460 | 71,880 | |
| 1 - 02012556 | 09/06/16 | TRICG | Tri Cities Grain | | HOWARD | 103,000 | 37,820 | 65,180 | |
| 1 - 02012564 | 09/07/16 | TRICG | Tri Cities Grain | | JOHN | 102,780 | 36,680 | 66,100 | |
| 1 - 02012565 | 09/07/16 | TRICG | Tri Cities Grain | | JULIAN | 101,080 | 36,180 | 64,900 | |
| 1 - 02012570 | 09/07/16 | TRICG | Tri Cities Grain | | TONI | 98,140 | 36,660 | 61,480 | |
| 1 - 02012574 | 09/07/16 | TRICG | Tri Cities Grain | | BRIAN | 103,540 | 37,600 | 65,940 | |
| 1 - 02012576 | 09/07/16 | TRICG | Tri Cities Grain | | CODY | 96,020 | 34,860 | 61,160 | |
| 1 - 02012592 | 09/08/16 | TRICG | Tri Cities Grain | | JONAS | 95,480 | 37,600 | 57,880 | |
| 1 - 02012595 | 09/08/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,660 | 36,160 | 64,500 | |
| 1 - 02012597 | 09/08/16 | TRICG | Tri Cities Grain | | DEL | 95,660 | 35,680 | 59,980 | |
| 1 - 02012599 | 09/08/16 | TRICG | Tri Cities Grain | | ADOLFO | 89,020 | 33,680 | 55,340 | |
| 1 - 02012601 | 09/08/16 | TRICG | Tri Cities Grain | | TONY | 93,060 | 36,140 | 56,920 | |
| 1 - 02012602 | 09/08/16 | TRICG | Tri Cities Grain | | CLINT | 92,560 | 35,880 | 56,680 | |
| 1 - 02012607 | 09/08/16 | TRICG | Tri Cities Grain | | SCOTT | 101,820 | 37,020 | 64,800 | |
| 1 - 02012608 | 09/08/16 | TRICG | Tri Cities Grain | | DOUG | 89,060 | 35,420 | 53,640 | |
| 1 - 02012615 | 09/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,840 | 33,440 | 72,400 | |
| 1 - 02012618 | 09/09/16 | TRICG | Tri Cities Grain | | ANTONIO | 96,000 | 34,740 | 61,260 | |
| 1 - 02012619 | 09/09/16 | TRICG | Tri Cities Grain | | JULIAN | 100,780 | 36,240 | 64,540 | |
| 1 - 02012624 | 09/09/16 | TRICG | Tri Cities Grain | | DEL | 94,020 | 35,360 | 58,660 | |
| 1 - 02012626 | 09/09/16 | TRICG | Tri Cities Grain | | BRAD | 105,460 | 33,700 | 71,760 | |
| 1 - 02012627 | 09/09/16 | TRICG | Tri Cities Grain | | TONI | 86,900 | 35,760 | 51,140 | |
| 1 - 02012628 | 09/09/16 | TRICG | Tri Cities Grain | | CLINT | 77,680 | 35,420 | 42,260 | |
| 1 - 02012629 | 09/09/16 | TRICG | Tri Cities Grain | | ISMAEL | 95,860 | 35,120 | 60,740 | |
| 1 - 02012632 | 09/09/16 | TRICG | Tri Cities Grain | | CHRIS | 94,560 | 36,960 | 57,600 | |
| 1 - 02012635 | 09/09/16 | TRICG | Tri Cities Grain | | JOE | 101,040 | 38,220 | 62,820 | |
| 1 - 02012636 | 09/09/16 | TRICG | Tri Cities Grain | | JOE | 101,860 | 37,660 | 64,200 | |
| 1 - 02012639 | 09/09/16 | TRICG | Tri Cities Grain | | JAMEY | 105,300 | 33,440 | 71,860 | |
| 1 - 02012644 | 09/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 105,860 | 33,620 | 72,240 | |
| 1 - 02012648 | 09/09/16 | TRICG | Tri Cities Grain | | FRANSICO | 88,500 | 32,700 | 55,800 | |
| 1 - 02012649 | 09/10/16 | TRICG | Tri Cities Grain | | JONAS | 95,480 | 36,720 | 58,760 | |
| 1 - 02012650 | 09/10/16 | TRICG | Tri Cities Grain | | ARTEMIO | 97,600 | 36,380 | 61,220 | |
| 1 - 02012651 | 09/10/16 | TRICG | Tri Cities Grain | | GIL | 99,060 | 36,020 | 63,040 | |
| 1 - 02012652 | 09/10/16 | TRICG | Tri Cities Grain | | GUSTAVO | 96,500 | 36,960 | 59,540 | |
| 1 - 02012653 | 09/10/16 | TRICG | Tri Cities Grain | | PHIL | 97,600 | 38,160 | 59,440 | |
| 1 - 02012654 | 09/10/16 | TRICG | Tri Cities Grain | | RAUL | 101,060 | 38,140 | 62,920 | |
| 1 - 02012655 | 09/10/16 | TRICG | Tri Cities Grain | | JAMES | 96,120 | 36,520 | 59,600 | |
| 1 - 02012656 | 09/12/16 | TRICG | Tri Cities Grain | | JULIAN | 101,440 | 36,320 | 65,120 | |
| 1 - 02012657 | 09/12/16 | TRICG | Tri Cities Grain | | HEATH | 105,380 | 33,240 | 72,140 | |
| 1 - 02012658 | 09/12/16 | TRICG | Tri Cities Grain | | ISMAEL | 95,000 | 35,400 | 59,600 | |
| 1 - 02012659 | 09/12/16 | TRICG | Tri Cities Grain | | JOHN | 105,080 | 38,100 | 66,980 | |
| 1 - 02012662 | 09/12/16 | TRICG | Tri Cities Grain | | GARY | 104,480 | 33,980 | 70,500 | |
| 1 - 02012663 | 09/12/16 | TRICG | Tri Cities Grain | | RICHARD | 105,680 | 32,840 | 72,840 | |
| 1 - 02012664 | 09/12/16 | TRICG | Tri Cities Grain | | KEVIN | 103,780 | 39,340 | 64,440 | |
| 1 - 02012665 | 09/12/16 | TRICG | Tri Cities Grain | | MIKE | 96,940 | 36,180 | 60,760 | |
| 1 - 02012666 | 09/12/16 | TRICG | Tri Cities Grain | | WILLIE | 95,420 | 32,780 | 62,640 | |
| 1 - 02012668 | 09/12/16 | TRICG | Tri Cities Grain | | BRIAN | 103,300 | 38,080 | 65,220 | |
| 1 - 02012672 | 09/12/16 | TRICG | Tri Cities Grain | | JOSE | 96,840 | 36,720 | 60,120 | |
| 1 - 02012673 | 09/12/16 | TRICG | Tri Cities Grain | | MIKE | 102,440 | 40,140 | 62,300 | |
| 1 - 02012679 | 09/12/16 | TRICG | Tri Cities Grain | | BRAD | 105,940 | 33,560 | 72,380 | |
| 1 - 02012681 | 09/12/16 | TRICG | Tri Cities Grain | | JOSE | 99,600 | 38,480 | 61,120 | |
| 1 - 02012683 | 09/12/16 | TRICG | Tri Cities Grain | | TONY | 100,620 | 39,820 | 60,800 | |
| 1 - 02012687 | 09/13/16 | TRICG | Tri Cities Grain | | JOSH | 103,500 | 36,340 | 67,160 | |
| 1 - 02012689 | 09/13/16 | TRICG | Tri Cities Grain | | HEATH | 105,620 | 33,300 | 72,320 | |
| 1 - 02012690 | 09/13/16 | TRICG | Tri Cities Grain | | JAMEY | 105,240 | 33,300 | 71,940 | |
| 1 - 02012691 | 09/13/16 | TRICG | Tri Cities Grain | | DEL | 97,300 | 35,440 | 61,860 | |
| 1 - 02012694 | 09/13/16 | TRICG | Tri Cities Grain | | JULIAN | 100,200 | 36,360 | 63,840 | |

**FG 36087**

Case 19-06015-TLM   Doc 32   Filed 01/15/20   Entered 01/15/20 15:20:18   Desc Main
Document   Page 139 of 142
Page:   9
09/26/2017   10:13:27PM
Document Listing By Commodity Report
Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02012697 | 09/13/16 | TRICG | Tri Cities Grain | | PHIL | 97,880 | 38,240 | 59,640 | |
| 1 - 02012705 | 09/13/16 | TRICG | Tri Cities Grain | | BRICE | 102,260 | 39,820 | 62,440 | |
| 1 - 02012707 | 09/13/16 | TRICG | Tri Cities Grain | | JOSE | 97,060 | 36,520 | 60,540 | |
| 1 - 02012709 | 09/13/16 | TRICG | Tri Cities Grain | | BILL | 102,500 | 38,040 | 64,460 | |
| 1 - 02012713 | 09/13/16 | TRICG | Tri Cities Grain | | HOWARD | 102,660 | 37,460 | 65,200 | |
| 1 - 02012717 | 09/13/16 | TRICG | Tri Cities Grain | | MIKE | 102,560 | 40,220 | 62,340 | |
| 1 - 02012724 | 09/14/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,200 | 72,120 | |
| 1 - 02012746 | 09/15/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,180 | 72,140 | |
| 1 - 02012749 | 09/15/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,100 | 35,100 | 70,000 | |
| 1 - 02012762 | 09/15/16 | TRICG | Tri Cities Grain | | CARL | 105,180 | 35,400 | 69,780 | |
| 1 - 02012791 | 09/19/16 | TRICG | Tri Cities Grain | | BRIAN | 102,160 | 37,740 | 64,420 | |
| 1 - 02012793 | 09/19/16 | TRICG | Tri Cities Grain | | JON | 101,780 | 38,180 | 63,600 | |
| 1 - 02012797 | 09/20/16 | TRICG | Tri Cities Grain | | DEL | 93,160 | 35,780 | 57,380 | |
| 1 - 02012798 | 09/20/16 | TRICG | Tri Cities Grain | | WILLIAM | 102,700 | 38,400 | 64,300 | |
| 1 - 02012799 | 09/20/16 | TRICG | Tri Cities Grain | | HEATH | 105,720 | 33,280 | 72,440 | |
| 1 - 02012800 | 09/20/16 | TRICG | Tri Cities Grain | | BRAD | 105,860 | 33,420 | 72,440 | |
| 1 - 02012801 | 09/20/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,940 | 35,120 | 70,820 | |
| 1 - 02012832 | 09/22/16 | TRICG | Tri Cities Grain | | BRAD | 104,960 | 33,520 | 71,440 | |
| 1 - 02012833 | 09/22/16 | TRICG | Tri Cities Grain | | HEATH | 105,660 | 33,340 | 72,320 | |
| 1 - 02012834 | 09/22/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,360 | 35,120 | 70,240 | |
| 1 - 02012835 | 09/22/16 | TRICG | Tri Cities Grain | | JULIAN | 100,620 | 36,340 | 64,280 | |
| 1 - 02012853 | 09/23/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,260 | 72,040 | |
| 1 - 02012855 | 09/23/16 | TRICG | Tri Cities Grain | | DAVE | 93,360 | 38,540 | 54,820 | |
| 1 - 02012856 | 09/23/16 | TRICG | Tri Cities Grain | | JOSH | 103,720 | 36,260 | 67,460 | |
| 1 - 02012857 | 09/23/16 | TRICG | Tri Cities Grain | | ROLLIN | 104,680 | 35,100 | 69,580 | |
| 1 - 02012858 | 09/23/16 | TRICG | Tri Cities Grain | | JULIAN | 100,460 | 36,300 | 64,160 | |
| 1 - 02012873 | 09/23/16 | TRICG | Tri Cities Grain | | JAMEY | 106,100 | 33,140 | 72,960 | |
| 1 - 02012875 | 09/23/16 | TRICG | Tri Cities Grain | | BRIAN | 102,520 | 37,680 | 64,840 | |
| 1 - 02012888 | 09/24/16 | TRICG | Tri Cities Grain | | DENVER | 96,160 | 35,320 | 60,840 | |
| 1 - 02012890 | 09/26/16 | TRICG | Tri Cities Grain | | KEVIN | 103,520 | 39,040 | 64,480 | |
| 1 - 02012891 | 09/26/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,260 | 72,060 | |
| 1 - 02012894 | 09/26/16 | TRICG | Tri Cities Grain | | HOWARD | 102,260 | 37,480 | 64,780 | |
| 1 - 02012909 | 09/26/16 | TRICG | Tri Cities Grain | | BRIAN | 102,780 | 37,740 | 65,040 | |
| 1 - 02012913 | 09/26/16 | TRICG | Tri Cities Grain | | TODD | 104,740 | 31,740 | 73,000 | |
| 1 - 02012914 | 09/26/16 | TRICG | Tri Cities Grain | | QUINN | 105,320 | 29,580 | 75,740 | |
| 1 - 02012915 | 09/26/16 | TRICG | Tri Cities Grain | | VICENTE | 97,860 | 35,260 | 62,600 | |
| 1 - 02012919 | 09/26/16 | TRICG | Tri Cities Grain | | SANTOS | 97,940 | 35,280 | 62,660 | |
| 1 - 02012920 | 09/27/16 | TRICG | Tri Cities Grain | | JOSH | 101,360 | 36,380 | 64,980 | |
| 1 - 02012921 | 09/27/16 | TRICG | Tri Cities Grain | | HEATH | 105,300 | 33,300 | 72,000 | |
| 1 - 02012923 | 09/27/16 | TRICG | Tri Cities Grain | | MIKE | 103,980 | 37,920 | 66,060 | |
| 1 - 02012925 | 09/27/16 | TRICG | Tri Cities Grain | | JULIAN | 100,420 | 36,280 | 64,140 | |
| 1 - 02012927 | 09/27/16 | TRICG | Tri Cities Grain | | HOWARD | 103,200 | 37,860 | 65,340 | |
| 1 - 02012936 | 09/27/16 | TRICG | Tri Cities Grain | | BRIAN | 103,480 | 37,740 | 65,740 | |
| 1 - 02012937 | 09/27/16 | TRICG | Tri Cities Grain | | MAT | 95,760 | 35,880 | 59,880 | |
| 1 - 02012938 | 09/27/16 | TRICG | Tri Cities Grain | | DALTON | 94,700 | 35,040 | 59,660 | |
| 1 - 02012943 | 09/27/16 | TRICG | Tri Cities Grain | | JENNIFER | 105,160 | 31,400 | 73,760 | |
| 1 - 02012948 | 09/28/16 | TRICG | Tri Cities Grain | | HEATH | 105,340 | 33,320 | 72,020 | |
| 1 - 02012950 | 09/28/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,140 | 36,280 | 63,860 | |
| 1 - 02012953 | 09/28/16 | TRICG | Tri Cities Grain | | PHIL | 97,180 | 38,120 | 59,060 | |
| 1 - 02012954 | 09/28/16 | TRICG | Tri Cities Grain | | KEVIN | 103,500 | 38,960 | 64,540 | |
| 1 - 02012955 | 09/28/16 | TRICG | Tri Cities Grain | | RICHARD | 102,300 | 38,300 | 64,000 | |
| 1 - 02012956 | 09/28/16 | TRICG | Tri Cities Grain | | TONI | 101,000 | 39,000 | 62,000 | |
| 1 - 02012958 | 09/28/16 | TRICG | Tri Cities Grain | | KALEB | 102,120 | 35,760 | 66,360 | |
| 1 - 02012963 | 09/28/16 | TRICG | Tri Cities Grain | | GIL | 100,560 | 36,920 | 63,640 | |
| 1 - 02012968 | 09/28/16 | TRICG | Tri Cities Grain | | BRIAN | 102,480 | 37,700 | 64,780 | |
| 1 - 02012969 | 09/28/16 | TRICG | Tri Cities Grain | | BRAD | 105,480 | 33,560 | 71,920 | |
| 1 - 02012970 | 09/28/16 | TRICG | Tri Cities Grain | | MAT | 95,480 | 34,640 | 60,840 | |
| 1 - 02012975 | 09/28/16 | TRICG | Tri Cities Grain | | CLINT | 95,020 | 34,940 | 60,080 | |
| 1 - 02012977 | 09/29/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,320 | 72,000 | |
| 1 - 02012979 | 09/29/16 | TRICG | Tri Cities Grain | | PHIL | 97,940 | 38,200 | 59,740 | |
| 1 - 02012984 | 09/29/16 | TRICG | Tri Cities Grain | | JOHN | 98,260 | 38,140 | 60,120 | |
| 1 - 02012987 | 09/29/16 | TRICG | Tri Cities Grain | | DENVER | 96,180 | 35,260 | 60,920 | |
| 1 - 02012989 | 09/29/16 | TRICG | Tri Cities Grain | | BRAD | 105,180 | 33,520 | 71,660 | |
| 1 - 02012991 | 09/29/16 | TRICG | Tri Cities Grain | | BRIAN | 102,280 | 38,460 | 63,820 | |
| 1 - 02012994 | 09/29/16 | TRICG | Tri Cities Grain | | BILL | 102,580 | 37,340 | 65,240 | |
| 1 - 02012995 | 09/29/16 | TRICG | Tri Cities Grain | | KALEB | 102,320 | 35,840 | 66,480 | |
| 1 - 02012997 | 09/30/16 | TRICG | Tri Cities Grain | | HEATH | 105,220 | 33,260 | 71,960 | |
| 1 - 02012999 | 09/30/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,760 | 36,280 | 64,480 | |
| 1 - 02013001 | 09/30/16 | TRICG | Tri Cities Grain | | JAMEY | 105,620 | 33,300 | 72,320 | |
| 1 - 02013002 | 09/30/16 | TRICG | Tri Cities Grain | | RICHARD | 102,580 | 37,880 | 64,700 | |
| 1 - 02013008 | 09/30/16 | TRICG | Tri Cities Grain | | GIL | 100,280 | 37,180 | 63,100 | |
| 1 - 02013009 | 09/30/16 | TRICG | Tri Cities Grain | | PHIL | 98,320 | 38,240 | 60,080 | |
| 1 - 02013011 | 09/30/16 | TRICG | Tri Cities Grain | | MATT | 95,300 | 35,180 | 60,120 | |
| 1 - 02013012 | 09/30/16 | TRICG | Tri Cities Grain | | DALTON | 95,440 | 34,640 | 60,800 | |

**FG 36088**

09/26/2017  10:13:27PM

Documenting By Products Report

Page:  10

Location(s): 1-FARMERS GRAIN

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|----------|------|---------|-------------|----------|--------|----------|---------|--------|------------------|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02013021 | 09/30/16 | TRICG | Tri Cities Grain | | BRIAN | 102,900 | 37,640 | 65,260 | |
| 1 - 02013028 | 10/03/16 | TRICG | Tri Cities Grain | | JULIAN | 100,900 | 36,300 | 64,600 | |
| 1 - 02013030 | 10/03/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,280 | 72,040 | |
| 1 - 02013033 | 10/03/16 | TRICG | Tri Cities Grain | LITTLE DAVE TR | DAVE | 97,740 | 35,740 | 62,000 | |
| 1 - 02013034 | 10/03/16 | TRICG | Tri Cities Grain | | CRAIG | 102,320 | 37,880 | 64,440 | |
| 1 - 02013037 | 10/03/16 | TRICG | Tri Cities Grain | | GUSTAVO | 95,880 | 37,880 | 58,000 | |
| 1 - 02013038 | 10/03/16 | TRICG | Tri Cities Grain | | KARL | 105,500 | 35,100 | 70,400 | |
| 1 - 02013039 | 10/03/16 | TRICG | Tri Cities Grain | | DOUG | 85,840 | 35,160 | 50,680 | |
| 1 - 02013045 | 10/03/16 | TRICG | Tri Cities Grain | | JOHN | 102,580 | 37,700 | 64,880 | |
| 1 - 02013048 | 10/03/16 | TRICG | Tri Cities Grain | | GIL | 99,260 | 37,140 | 62,120 | |
| 1 - 02013063 | 10/03/16 | TRICG | Tri Cities Grain | | JOSH | 105,500 | 35,980 | 69,520 | |
| 1 - 02013066 | 10/03/16 | TRICG | Tri Cities Grain | | MEL | 100,820 | 39,240 | 61,580 | |
| 1 - 02013070 | 10/04/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 33,260 | 72,060 | |
| 1 - 02013071 | 10/04/16 | TRICG | Tri Cities Grain | | JULLIAN | 99,920 | 36,160 | 63,760 | |
| 1 - 02013073 | 10/04/16 | TRICG | Tri Cities Grain | | DOUG | 87,240 | 35,420 | 51,820 | |
| 1 - 02013076 | 10/04/16 | TRICG | Tri Cities Grain | | BRIAN | 102,160 | 37,560 | 64,600 | |
| 1 - 02013078 | 10/04/16 | TRICG | Tri Cities Grain | | GUSTOVO | 95,840 | 36,900 | 58,940 | |
| 1 - 02013079 | 10/04/16 | TRICG | Tri Cities Grain | | JON | 105,560 | 38,120 | 67,440 | |
| 1 - 02013084 | 10/04/16 | TRICG | Tri Cities Grain | | GIL | 100,320 | 37,180 | 63,140 | |
| 1 - 02013089 | 10/04/16 | TRICG | Tri Cities Grain | | CAMARA | 101,340 | 38,360 | 62,980 | |
| 1 - 02013094 | 10/05/16 | TRICG | Tri Cities Grain | | DOUG | 89,200 | 35,500 | 53,700 | |
| 1 - 02013095 | 10/05/16 | TRICG | Tri Cities Grain | | JOSH | 102,040 | 36,900 | 65,140 | |
| 1 - 02013097 | 10/05/16 | TRICG | Tri Cities Grain | | JULIAN | 100,300 | 36,560 | 63,740 | |
| 1 - 02013109 | 10/05/16 | TRICG | Tri Cities Grain | | KEVIN | 103,280 | 39,000 | 64,280 | |
| 1 - 02013120 | 10/06/16 | TRICG | Tri Cities Grain | | BRIAN | 102,340 | 37,560 | 64,780 | |
| 1 - 02013132 | 10/07/16 | TRICG | Tri Cities Grain | | MANUAL | 102,240 | 37,420 | 64,820 | |
| 1 - 02013133 | 10/07/16 | TRICG | Tri Cities Grain | | ADOLFO | 87,100 | 34,340 | 52,760 | |
| 1 - 02013136 | 10/07/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,280 | 36,580 | 63,700 | |
| 1 - 02013155 | 10/07/16 | TRICG | Tri Cities Grain | | BRIAN | 102,620 | 37,680 | 64,940 | |
| 1 - 02013165 | 10/10/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,120 | 36,640 | 63,480 | |
| 1 - 02013168 | 10/10/16 | TRICG | Tri Cities Grain | | GIL | 102,140 | 37,020 | 65,120 | |
| 1 - 02013169 | 10/10/16 | TRICG | Tri Cities Grain | | KEVIN | 103,020 | 39,160 | 63,860 | |
| 1 - 02013171 | 10/10/16 | TRICG | Tri Cities Grain | | RICHARD | 102,820 | 38,780 | 64,040 | |
| 1 - 02013172 | 10/10/16 | TRICG | Tri Cities Grain | | AL | 103,960 | 36,060 | 67,900 | |
| 1 - 02013177 | 10/10/16 | TRICG | Tri Cities Grain | | BILL | 103,500 | 37,840 | 65,660 | |
| 1 - 02013180 | 10/10/16 | TRICG | Tri Cities Grain | | JOHN | 102,640 | 38,580 | 64,060 | |
| 1 - 02013188 | 10/11/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,580 | 36,720 | 57,860 | |
| 1 - 02013189 | 10/11/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,160 | 37,140 | 63,020 | |
| 1 - 02013192 | 10/11/16 | TRICG | Tri Cities Grain | | WAYNE | 102,980 | 36,960 | 66,020 | |
| 1 - 02013195 | 10/11/16 | TRICG | Tri Cities Grain | | GIL | 100,300 | 37,260 | 63,040 | |
| 1 - 02013197 | 10/11/16 | TRICG | Tri Cities Grain | | ALEX | 93,040 | 36,360 | 56,680 | |
| 1 - 02013198 | 10/11/16 | TRICG | Tri Cities Grain | | HEATH | 105,320 | 34,040 | 71,280 | |
| 1 - 02013215 | 10/12/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,100 | 36,840 | 63,260 | |
| 1 - 02013216 | 10/12/16 | TRICG | Tri Cities Grain | | AL | 104,420 | 36,020 | 68,400 | |
| 1 - 02013218 | 10/12/16 | TRICG | Tri Cities Grain | | GIL | 100,280 | 37,640 | 62,640 | |
| 1 - 02013228 | 10/12/16 | TRICG | Tri Cities Grain | | AUGIE | 103,600 | 37,900 | 65,700 | |
| 1 - 02013235 | 10/13/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,040 | 36,660 | 57,380 | |
| 1 - 02013236 | 10/13/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,020 | 36,460 | 63,560 | |
| 1 - 02013239 | 10/13/16 | TRICG | Tri Cities Grain | | WAYNE | 103,460 | 36,440 | 67,020 | |
| 1 - 02013242 | 10/13/16 | TRICG | Tri Cities Grain | | GIL | 100,540 | 36,980 | 63,560 | |
| 1 - 02013243 | 10/13/16 | TRICG | Tri Cities Grain | | MEL | 98,700 | 39,720 | 58,980 | |
| 1 - 02013254 | 10/14/16 | TRICG | Tri Cities Grain | | JULLIAN | 100,080 | 36,900 | 63,180 | |
| 1 - 02013255 | 10/14/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,240 | 36,760 | 57,480 | |
| 1 - 02013259 | 10/14/16 | TRICG | Tri Cities Grain | | GIL | 98,940 | 37,120 | 61,820 | |
| 1 - 02013262 | 10/14/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,680 | 35,260 | 70,420 | |
| 1 - 02013266 | 10/14/16 | TRICG | Tri Cities Grain | | MEL | 81,480 | 38,560 | 42,920 | |
| 1 - 02013267 | 10/14/16 | TRICG | Tri Cities Grain | | ISHMIAL | 95,980 | 35,240 | 60,740 | |
| 1 - 02013268 | 10/14/16 | TRICG | Tri Cities Grain | | WAYNE | 103,320 | 36,340 | 66,980 | |
| 1 - 02013287 | 10/17/16 | TRICG | Tri Cities Grain | | KEVIN | 104,040 | 37,120 | 66,920 | |
| 1 - 02013288 | 10/17/16 | TRICG | Tri Cities Grain | | JULIAN | 100,180 | 36,360 | 63,820 | |
| 1 - 02013289 | 10/17/16 | TRICG | Tri Cities Grain | | SANTIAGO | 101,020 | 38,680 | 62,340 | |
| 1 - 02013292 | 10/17/16 | TRICG | Tri Cities Grain | | GIL | 100,560 | 37,560 | 63,000 | |
| 1 - 02013293 | 10/17/16 | TRICG | Tri Cities Grain | | MARTIN | 95,340 | 37,260 | 58,080 | |
| 1 - 02013323 | 10/18/16 | TRICG | Tri Cities Grain | | AL | 104,140 | 36,100 | 68,040 | |
| 1 - 02013325 | 10/18/16 | TRICG | Tri Cities Grain | | ROLLIN | 105,500 | 35,740 | 69,760 | |
| 1 - 02013329 | 10/18/16 | TRICG | Tri Cities Grain | | PHIL | 97,240 | 38,500 | 58,740 | |
| 1 - 02013330 | 10/18/16 | TRICG | Tri Cities Grain | | KALEB | 102,300 | 36,480 | 65,820 | |
| 1 - 02013331 | 10/18/16 | TRICG | Tri Cities Grain | | JAMEY | 105,540 | 33,240 | 72,300 | |
| 1 - 02013346 | 10/18/16 | TRICG | Tri Cities Grain | | MATT | 95,460 | 35,160 | 60,300 | |
| 1 - 02013352 | 10/19/16 | TRICG | Tri Cities Grain | | GARY | 105,080 | 35,980 | 69,100 | |
| 1 - 02013360 | 10/19/16 | TRICG | Tri Cities Grain | | CAMARA | 102,860 | 38,860 | 64,000 | |
| 1 - 02013370 | 10/20/16 | TRICG | Tri Cities Grain | | JOSE | 100,600 | 38,500 | 62,100 | |
| 1 - 02013374 | 10/20/16 | TRICG | Tri Cities Grain | | JAY | 85,160 | 31,140 | 54,020 | |
| 1 - 02013379 | 10/20/16 | TRICG | Tri Cities Grain | | BRAD | 105,640 | 33,260 | 72,380 | |

FG 36089

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| SWW Whole Wheat (TON) | | Commodity #: 31 | | | | | | | |
| 1 - 02013385 | 10/20/16 | TRICG | Tri Cities Grain | | TROY | 95,940 | 34,120 | 61,820 | |
| 1 - 02013422 | 10/24/16 | TRICG | Tri Cities Grain | | NATO | 95,480 | 33,040 | 62,440 | |
| 1 - 02013423 | 10/24/16 | TRICG | Tri Cities Grain | | ADOLF | 95,560 | 35,680 | 59,880 | |
| 1 - 02013425 | 10/24/16 | TRICG | Tri Cities Grain | | KEVIN | 104,280 | 37,320 | 66,960 | |
| 1 - 02013429 | 10/24/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,560 | 36,880 | 60,680 | |
| 1 - 02013430 | 10/24/16 | TRICG | Tri Cities Grain | | GARY | 105,320 | 33,980 | 71,340 | |
| 1 - 02013431 | 10/24/16 | TRICG | Tri Cities Grain | | WAYNE | 101,740 | 36,320 | 65,420 | |
| 1 - 02013436 | 10/24/16 | TRICG | Tri Cities Grain | | JOSH | 102,160 | 36,960 | 65,200 | |
| 1 - 02013439 | 10/24/16 | TRICG | Tri Cities Grain | | CESAR | 85,000 | 36,020 | 48,980 | |
| 1 - 02013447 | 10/24/16 | TRICG | Tri Cities Grain | | SUGAR RAY | 92,700 | 38,440 | 54,260 | |
| 1 - 02013457 | 10/25/16 | TRICG | Tri Cities Grain | | HEATH | 105,960 | 33,760 | 72,200 | |
| 1 - 02013461 | 10/25/16 | TRICG | Tri Cities Grain | | JAMEY | 105,340 | 33,580 | 71,760 | |
| 1 - 02013463 | 10/25/16 | TRICG | Tri Cities Grain | | RICK | 105,280 | 35,380 | 69,900 | |
| 1 - 02013470 | 10/25/16 | TRICG | Tri Cities Grain | | AL | 104,860 | 36,340 | 68,520 | |
| 1 - 02013476 | 10/26/16 | TRICG | Tri Cities Grain | | BILL | 101,860 | 38,640 | 63,220 | |
| 1 - 02013478 | 10/26/16 | TRICG | Tri Cities Grain | | BRAD | 105,240 | 33,800 | 71,440 | |
| 1 - 02013479 | 10/26/16 | TRICG | Tri Cities Grain | | DEL | 92,000 | 36,420 | 55,580 | |
| 1 - 02013482 | 10/26/16 | TRICG | Tri Cities Grain | | WILLIAM | 94,220 | 36,720 | 57,500 | |
| 1 - 02013484 | 10/26/16 | TRICG | Tri Cities Grain | | DOUG | 87,420 | 35,260 | 52,160 | |
| 1 - 02013486 | 10/26/16 | TRICG | Tri Cities Grain | | HECTOR | 94,020 | 34,960 | 59,060 | |
| 1 - 02013488 | 10/26/16 | TRICG | Tri Cities Grain | | GIL | 98,660 | 37,120 | 61,540 | |
| 1 - 02013491 | 10/26/16 | TRICG | Tri Cities Grain | | MEL | 99,980 | 39,020 | 60,960 | |
| 1 - 02013508 | 10/27/16 | TRICG | Tri Cities Grain | | CLINT | 79,880 | 36,800 | 43,080 | |
| 1 - 02013510 | 10/27/16 | TRICG | Tri Cities Grain | | WAYNEO | 102,360 | 36,420 | 65,940 | |
| 1 - 02013520 | 10/27/16 | TRICG | Tri Cities Grain | | GARY | 104,920 | 36,080 | 68,840 | |
| 1 - 02013526 | 10/28/16 | TRICG | Tri Cities Grain | | | 105,760 | 36,440 | 69,320 | |
| 1 - 02013535 | 10/28/16 | TRICG | Tri Cities Grain | | ALICIA | 100,400 | 37,960 | 62,440 | |
| 1 - 02013536 | 10/28/16 | TRICG | Tri Cities Grain | | VICTOR | 99,600 | 37,680 | 61,920 | |
| 1 - 02013537 | 10/28/16 | TRICG | Tri Cities Grain | | PHIL | 98,700 | 38,820 | 59,880 | |
| 1 - 02013539 | 10/28/16 | TRICG | Tri Cities Grain | | JERRY | 102,200 | 35,040 | 67,160 | |
| 1 - 02013559 | 10/31/16 | TRICG | Tri Cities Grain | | KEVIN | 101,460 | 36,980 | 64,480 | |
| 1 - 02013563 | 10/31/16 | TRICG | Tri Cities Grain | | ANTONIO | 100,700 | 38,280 | 62,420 | |
| 1 - 02013567 | 10/31/16 | TRICG | Tri Cities Grain | | CHRIS | 101,520 | 37,680 | 63,840 | |
| 1 - 02013568 | 10/31/16 | TRICG | Tri Cities Grain | | WAYNE | 101,740 | 36,380 | 65,360 | |
| 1 - 02013569 | 10/31/16 | TRICG | Tri Cities Grain | | GUS | 101,000 | 38,920 | 62,080 | |
| 1 - 02013573 | 10/31/16 | TRICG | Tri Cities Grain | | ADOLFO | 94,800 | 36,220 | 58,580 | |
| 1 - 02013576 | 10/31/16 | TRICG | Tri Cities Grain | | JON | 97,600 | 38,920 | 58,680 | |
| 1 - 02013577 | 10/31/16 | TRICG | Tri Cities Grain | | JOHN | 103,680 | 37,200 | 66,480 | |
| 1 - 02013579 | 10/31/16 | TRICG | Tri Cities Grain | | SAM | 95,620 | 36,960 | 58,660 | |
| 1 - 02013580 | 10/31/16 | TRICG | Tri Cities Grain | | CHARLES | 104,260 | 39,540 | 64,720 | |
| 1 - 02013581 | 10/31/16 | TRICG | Tri Cities Grain | | DAVID | 99,080 | 39,400 | 59,680 | |
| 1 - 02013582 | 10/31/16 | TRICG | Tri Cities Grain | | JOSE | 101,960 | 37,960 | 64,000 | |
| 1 - 02013583 | 10/31/16 | TRICG | Tri Cities Grain | | WILLIAM | 89,380 | 37,360 | 52,020 | |
| 1 - 02013585 | 10/31/16 | TRICG | Tri Cities Grain | | JAVAER | 100,920 | 36,820 | 64,100 | |
| 1 - 02013588 | 10/31/16 | TRICG | Tri Cities Grain | | RIGO | 94,740 | 36,880 | 57,860 | |
| 1 - 02013589 | 10/31/16 | TRICG | Tri Cities Grain | | GIL | 99,640 | 36,960 | 62,680 | |
| 1 - 02013591 | 10/31/16 | TRICG | Tri Cities Grain | | GARY | 103,340 | 33,640 | 69,700 | |
| 1 - 02013597 | 11/01/16 | TRICG | Tri Cities Grain | | VICTOR | 98,640 | 37,100 | 61,540 | |
| 1 - 02013598 | 11/01/16 | TRICG | Tri Cities Grain | | CLINT | 85,380 | 37,680 | 47,700 | |
| 1 - 02013599 | 11/01/16 | TRICG | Tri Cities Grain | | JOSH | 102,240 | 37,340 | 64,900 | |
| 1 - 02013601 | 11/01/16 | TRICG | Tri Cities Grain | | ALICIA | 100,380 | 37,780 | 62,600 | |
| 1 - 02013603 | 11/01/16 | TRICG | Tri Cities Grain | | TONY | 100,020 | 39,560 | 60,460 | |
| 1 - 02013604 | 11/01/16 | TRICG | Tri Cities Grain | | GUSTAVO | 97,380 | 38,140 | 59,240 | |
| 1 - 02013605 | 11/01/16 | TRICG | Tri Cities Grain | | DOUG | 87,120 | 35,320 | 51,800 | |
| 1 - 02013607 | 11/01/16 | TRICG | Tri Cities Grain | | LEEROY | 104,960 | 35,480 | 69,480 | |
| 1 - 02013610 | 11/01/16 | TRICG | Tri Cities Grain | | VICTOR | 99,600 | 37,600 | 62,000 | |
| 1 - 02013612 | 11/01/16 | TRICG | Tri Cities Grain | | BRIAN | 102,480 | 38,080 | 64,400 | |
| 1 - 02013618 | 11/01/16 | TRICG | Tri Cities Grain | | JIM | 93,420 | 36,840 | 56,580 | |
| 1 - 02013620 | 11/01/16 | TRICG | Tri Cities Grain | | KIP | 90,660 | 32,940 | 57,720 | |
| 1 - 02013623 | 11/01/16 | TRICG | Tri Cities Grain | | ALAN | 86,100 | 29,560 | 56,540 | |
| 1 - 02013624 | 11/01/16 | TRICG | Tri Cities Grain | | STEVE | 78,340 | 29,900 | 48,440 | |
| 1 - 02013625 | 11/01/16 | TRICG | Tri Cities Grain | | JOHN | 96,060 | 35,980 | 60,080 | |
| 1 - 02013626 | 11/01/16 | TRICG | Tri Cities Grain | | MARTYN | 94,160 | 37,000 | 57,160 | |
| 1 - 02013627 | 11/01/16 | TRICG | Tri Cities Grain | | WOODY | 100,620 | 37,040 | 63,580 | |
| 1 - 02013628 | 11/01/16 | TRICG | Tri Cities Grain | | JON | 97,780 | 38,900 | 58,880 | |
| 1 - 02013630 | 11/01/16 | TRICG | Tri Cities Grain | | SONNY | 101,460 | 37,200 | 64,260 | |
| 1 - 02013636 | 11/02/16 | TRICG | Tri Cities Grain | | HECTOR | 96,020 | 36,260 | 59,760 | |
| 1 - 02013637 | 11/02/16 | TRICG | Tri Cities Grain | | PHELIPE | 96,860 | 36,380 | 60,480 | |
| 1 - 02013638 | 11/02/16 | TRICG | Tri Cities Grain | | PAULINO | 98,680 | 37,960 | 60,720 | |
| 1 - 02013639 | 11/02/16 | TRICG | Tri Cities Grain | | VICTOR | 100,000 | 37,240 | 62,760 | |
| 1 - 02013640 | 11/02/16 | TRICG | Tri Cities Grain | | JOHN | 102,900 | 36,780 | 66,120 | |
| 1 - 02013643 | 11/02/16 | TRICG | Tri Cities Grain | | JOSH | 101,180 | 37,320 | 63,860 | |
| 1 - 02013644 | 11/02/16 | TRICG | Tri Cities Grain | | JOE | 101,340 | 37,920 | 63,420 | |
| 1 - 02013645 | 11/02/16 | TRICG | Tri Cities Grain | | CLINT | 86,000 | 37,640 | 48,360 | |

| Ticket # | Date | Dest Id | Destination | Lading # | Driver | Gross Wt | Tare Wt | Net Wt | Dest Units (TON) |
|---|---|---|---|---|---|---|---|---|---|
| **SWW Whole Wheat (TON)** | | **Commodity #: 31** | | | | | | | |
| 1 - 02013648 | 11/02/16 | TRICG | Tri Cities Grain | | MIKE | 100,880 | 37,040 | 63,840 | |
| 1 - 02013651 | 11/02/16 | TRICG | Tri Cities Grain | | BILL | 101,140 | 38,680 | 62,460 | |
| 1 - 02013652 | 11/02/16 | TRICG | Tri Cities Grain | | DOUG | 86,200 | 35,380 | 50,820 | |
| 1 - 02013653 | 11/02/16 | TRICG | Tri Cities Grain | | DOUG | 104,080 | 33,580 | 70,500 | |
| 1 - 02013655 | 11/02/16 | TRICG | Tri Cities Grain | | DELL | 101,000 | 37,340 | 63,660 | |
| 1 - 02013656 | 11/02/16 | TRICG | Tri Cities Grain | | GUSTAVO | 96,560 | 36,980 | 59,580 | |
| 1 - 02013657 | 11/02/16 | TRICG | Tri Cities Grain | | ADOLFO | 93,820 | 36,080 | 57,740 | |
| 1 - 02013659 | 11/02/16 | TRICG | Tri Cities Grain | | GIL | 98,060 | 37,180 | 60,880 | |
| 1 - 02013660 | 11/02/16 | TRICG | Tri Cities Grain | | VICTOR | 101,620 | 37,620 | 64,000 | |
| 1 - 02013661 | 11/02/16 | TRICG | Tri Cities Grain | | DORAN | 101,040 | 37,380 | 63,660 | |
| 1 - 02013808 | 11/08/16 | TRICG | Tri Cities Grain | 8296 | ALEX | 100,040 | 30,680 | 69,360 | |
| 1 - 02013822 | 11/09/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,660 | 36,620 | 66,040 | |
| 1 - 02013826 | 11/09/16 | TRICG | Tri Cities Grain | | HEATH | 102,680 | 36,360 | 66,320 | |
| 1 - 02013840 | 11/10/16 | TRICG | Tri Cities Grain | | WAYNE | 102,620 | 36,900 | 65,720 | |
| 1 - 02013842 | 11/10/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,800 | 36,600 | 66,200 | |
| 1 - 02014081 | 11/14/16 | TRICG | Tri Cities Grain | FG8387 | WAYNE | 100,440 | 36,600 | 63,840 | |
| 1 - 02014082 | 11/14/16 | TRICG | Tri Cities Grain | FG8496 | WAYNE | 102,620 | 36,640 | 65,980 | |
| 1 - 02013914 | 11/15/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,900 | 36,780 | 66,120 | |
| 1 - 02013936 | 11/16/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,760 | 36,420 | 66,340 | |
| 1 - 02013955 | 11/16/16 | TRICG | Tri Cities Grain | | WAYNE | 101,980 | 36,360 | 65,620 | |
| 1 - 02013957 | 11/17/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,900 | 36,680 | 66,220 | |
| 1 - 02014333 | 12/13/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,520 | 36,640 | 65,880 | |
| 1 - 02014335 | 12/13/16 | TRICG | Tri Cities Grain | | WAYNE | 103,640 | 36,840 | 66,800 | |
| 1 - 02014369 | 12/15/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,700 | 36,760 | 65,940 | |
| 1 - 02014374 | 12/15/16 | TRICG | Tri Cities Grain | | WAYNE | 103,040 | 37,300 | 65,740 | |
| 1 - 02014408 | 12/19/16 | TRICG | Tri Cities Grain | | TRAVIS | 100,020 | 36,880 | 63,140 | |
| 1 - 02014413 | 12/19/16 | TRICG | Tri Cities Grain | | WAYNE | 102,040 | 36,540 | 65,500 | |
| 1 - 02014438 | 12/21/16 | TRICG | Tri Cities Grain | | TRAVIS | 100,800 | 36,720 | 64,080 | |
| 1 - 02014460 | 12/22/16 | TRICG | Tri Cities Grain | | TRAVIS | 103,000 | 36,980 | 66,020 | |
| 1 - 02014462 | 12/22/16 | TRICG | Tri Cities Grain | | WAYNE | 102,620 | 37,300 | 65,320 | |
| 1 - 02014491 | 12/23/16 | TRICG | Tri Cities Grain | | WAYNE | 103,180 | 37,340 | 65,840 | |
| 1 - 02014492 | 12/23/16 | TRICG | Tri Cities Grain | | TRAVIS | 102,640 | 36,840 | 65,800 | |
| 1 - 02014563 | 12/29/16 | TRICG | Tri Cities Grain | 2-3372 | TRAVIS | 102,400 | 36,860 | 65,540 | |
| 1 - 02014568 | 12/29/16 | TRICG | Tri Cities Grain | 2-3383 | JOSE | 103,500 | 36,500 | 67,000 | |
| *** Destination Totals: | | TRICG | | | | | | 34,051,540 | |
| 1 - 02014150 | 11/30/16 | VALEV | Valeview Bins | | JASON | 2 | 1 | 1 | 0.00 |
| *** Destination Totals: | | VALEV | | | | | | 1 | 0.00 |
| ** Commodity Totals: | | | SWW Whole Wheat | | | | | 52,124,601 | 0.00 |
| * Report Totals: | | | | | | | | 52,124,601 | 0.00 |

FG 36091